**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Southern District of California

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | |
|---|---|
| 1. **Debtor's name** | Mountain Movers Engineering Contractors, Inc. |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number** (EIN) | 20-8261715 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 545 E Mission Rd | P.O. Box 962 |
| Number       Street | Number       Street |
| | |
| | P.O. Box |
| San Marcos          CA     92069 | San Marcos          CA     92079 |
| City                State    ZIP Code | City                State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| San Diego County | |
| County | Number       Street |
| | |
| | City                State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | www.mountainmoverseng.com |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

Debtor  Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number *(if known)*_____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

2389____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                        MM / DD / YYYY

District _____ When _____ Case number _____
                                        MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                                        MM / DD / YYYY

Case number, if known _____

---

| Debtor | Mountain Movers Engineering Contractors, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Mountain Movers Engineering Contractors, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/24/2025
  MM / DD / YYYY

X _____     Eli Njaa
  Signature of authorized representative of debtor     Printed name

Title  President

**18. Signature of attorney**

X _____     Date  10/24/2025
  Signature of attorney for debtor     MM / DD / YYYY

Martin Eliopulos
Printed name

Higgs Fletcher & Mack LLP
Firm name

401 West A Street, Suite 2600
Number        Street

San Diego                      CA        92101
City                          State      ZIP Code

619-236-1551                   elio@higgslaw.com
Contact phone                  Email address

149299                         CA
Bar number                     State

**Fill in this information to identify the case and this filing:**

Debtor Name Mountain Movers Engineering Contractors, Inc.

United States Bankruptcy Court for the: Southern District of California

Case number (If known) _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or boh. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule _____*

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foegoing is true and correct.

Executed on  10/24/2025 ✗ _____
          MM / DD / YYYY          Signature of individual signing on behalf of debtor

                              Eli Njaa
                              Printed name

                              President
                              Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name ___Mountain Movers Engineering Contractors, Inc.___

United States Bankruptcy Court for the: ___Southern District of California___

(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals            **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ................................................... $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................. $ 5,575,998.62

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* .................................................. $ 5,575,998.62

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................ $ 874,553.85

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*.................................................. $ 1,232,597.12

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ................................ +$ 3,314,740.74

4. **Total liabilities** .................................................................. $ 5,421,891.71
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name  Mountain Movers Engineering Contractors, Inc.

United States Bankruptcy Court for the: Southern District of California

Case number (If known): _____

☐ Check if this is an amended filing

---

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                          $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. California Bank and Trust | Checking | 6  1  2  1 | $ 5.00 |
   | 3.2. California Bank and Trust | Checking | 6  0  4  1 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____          $_____
   4.2. _____          $_____

5. **Total of Part 1**                                                                        $ 5.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____          $_____
   7.2. _____          $_____

---

Debtor    Mountain Movers Engineering Contractors, Inc.
          _____
          Name

Case number (if known)_____

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

### Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

**11. Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 3,124,822.43 | – | 0.00 | = ........➜ | $ 3,124,822.43 |
| 11b. Over 90 days old: | 676,415.19 | – | 0.00 | = ........➜ | $ 676,415.19 |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 3,801,237.62

---

### Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1._____ | _____ | $_____ |
| 14.2._____ | _____ | $_____ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

| | | | |
|---|---|---|---|
| 15.1._____ | _____% | _____ | $_____ |
| 15.2._____ | _____% | _____ | $_____ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1._____ | _____ | $_____ |
| 16.2._____ | _____ | $_____ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number (if known)_____

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor   Mountain Movers Engineering Contractors, Inc.
              Name

Case number (if known)_____

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.

    $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>See continuation sheet | $ 1,400.00 | _____ | $ 2,950.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>See continuation sheet | $ 56,906.00 | _____ | $ 56,906.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.

    $ 59,856.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor      Mountain Movers Engineering Contractors, Inc.
            _____          Case number (if known)_____
            Name

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2017 Freightliner Fuel/Lube Truck 3ALACXCY6HDHZ8908 | $ 150,000.00 | Comparable Sales | $ 150,000.00 |
| 47.2  1996 Wabash Van Box Trailer | $ 2,500.00 | Comparable Sales | $ 2,500.00 |
| 47.3  1996 Big Tex Utility Trailer 21 ft 16VPX2D29T1383074 | $ 5,500.00 | Comparable Sales | $ 5,500.00 |
| 47.4  See continuation sheet | $ 1,169,000.00 | | $ 1,169,000.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 387,900.00 | | $ 387,900.00 |
| **51. Total of Part 8.** Add lines 47 through 50. Copy the total to line 87. | | | $ 1,714,900.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Mountain Movers Engineering Contractors, Inc.

_____

Name

Case number (*if known*) _____

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Leased office and yard | Tenant | $ 0.00 | _____ | $ 0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☑ Yes

## Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** _____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites** _____ | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties** _____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations** _____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** _____ | $_____ | _____ | $_____ |
| **65. Goodwill** _____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor    Mountain Movers Engineering Contractors, Inc.
_____    Case number *(if known)*_____
         Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____    _____ — _____ = ➜    $_____
                                Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____    Tax year _____    $_____

_____    Tax year _____    $_____

_____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**

_____    $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____    $_____

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____    $_____

Nature of claim    _____

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

_____    $_____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_____    $_____

_____    $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.    $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor    Mountain Movers Engineering Contractors, Inc.
_____
          Name

Case number *(if known)*_____

---

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,801,237.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 59,856.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,714,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 5,575,998.62 | 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................. 5,575,998.62    $ 5,575,998.62

Debtor 1    Mountain Movers Engineering Contractors, Inc.

First Name     Middle Name     Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**39) Office furniture**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Entry Sofa | 0.00 | Comparable Sales | 50.00 |
| Desk (accounting) | 500.00 | Comparable Sales | 500.00 |
| Office Chairs | 0.00 | Comparable Sales | 800.00 |
| Front Room Desk | 0.00 | Comparable Sales | 450.00 |
| Middle Office Desk | 0.00 | Comparable Sales | 200.00 |
| Front Area Side Tables | 0.00 | Comparable Sales | 50.00 |
| Display Cabinet (Entry) | 500.00 | Comparable Sales | 500.00 |
| Filing Cabinet | 200.00 | Comparable Sales | 200.00 |
| PM Desk | 200.00 | Comparable Sales | 200.00 |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Dell Monitor #2 (Accounting Office) | 50.00 | Comparable Sales | 50.00 |
| Canon Colorwave 3600 large size plotter printer | 50,000.00 | Comparable Sales | 50,000.00 |
| Konica Minolta BizHub C360i Color Laser Multi Function Printer | 4,856.00 | Comparable Sales | 4,856.00 |
| Dell Monitor (Accounting Office) | 50.00 | Comparable Sales | 50.00 |
| Accounting Computer | 1,500.00 | Comparable Sales | 1,500.00 |
| Conference Room Insignia Roku TV | 450.00 | Comparable Sales | 450.00 |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2016 Ford F350 Super Duty Diesel 4x4 1FT8X3TXGEA99043 | 15,000.00 | Comparable Sales | 15,000.00 |

Debtor 1    Mountain Movers Engineering Contractors, Inc.

First Name    Middle Name    Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| 2016 Ford F250 Super Duty 1FT7X2A67GEA22275 | 15,000.00 | Comparable Sales | 15,000.00 |
| 1993 Harley Murray Inc Box Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 2019 Toyota Tundra Double Cab SR5 5TFTY5F18KX010563 | 25,000.00 | Comparable Sales | 25,000.00 |
| CAT CB224D COMPACTOR CATCB224V8RZ01285 | 15,500.00 | Comparable Sales | 15,500.00 |
| 1987 Alloy Van Box Trailer | 2,000.00 | Comparable Sales | 2,000.00 |
| 2018 F150 Super Crew 1FTEX1EP6JKF79661 | 25,000.00 | Comparable Sales | 25,000.00 |
| 1996 Wabash Van Box Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 2019 Ford F550 Superduty Single Cab Flat Bed 1FDUF5GTXKEG77538 | 40,000.00 | Comparable Sales | 40,000.00 |
| 2024 ASV RT40 Posi-Track compact track loader (SN: ASVRT040KRDS8125) | 59,000.00 | Comparable Sales | 59,000.00 |
| Cat 259D CAT0259DCFTL05988 | 40,000.00 | Comparable Sales | 40,000.00 |
| 2014 Caterpillar D6T XL CAT00D6TVGMK01493 | 165,000.00 | Comparable Sales | 165,000.00 |
| 2014 CAT 623K S/N WTB00117 5114 HRS | 525,000.00 | Comparable Sales | 525,000.00 |
| 2005 Sterling L80 Water Truck 2FWBAVDC25AN44261 | 25,000.00 | Comparable Sales | 25,000.00 |
| 2010 Toyota Tundra SR5 5TFRMSF17AX006413 | 9,000.00 | Comparable Sales | 9,000.00 |
| 2018 Ford Expedition Platinum 1FMJU1LT9JEA10482 | 26,000.00 | Comparable Sales | 26,000.00 |
| 1992 Ford 2500 Gal Water Truck | 22,000.00 | Comparable Sales | 22,000.00 |

Debtor 1    Mountain Movers Engineering Contractors, Inc.

First Name    Middle Name    Last Name

Case number *(if known)*_____

## Continuation Sheet for Official Form 206 A/B

**1FTYS95XXNVA28728**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| **2016 Chevrolet 2500** 1GC2CUEG7GZ389819 | 18,000.00 | Comparable Sales | 18,000.00 |
| **2021 Toyota Tundra Platinum CrewMax 4x4** 5TFRY5F1XMX279631 | 45,000.00 | Comparable Sales | 45,000.00 |
| **2019 Toyota Tundra Double Cab SR5** 5TFTY5F17KX010571 | 25,000.00 | Comparable Sales | 25,000.00 |
| **2016 Ford F250 SuperCrew 4x4** 1FT7W2B60GEC52533 | 26,000.00 | Comparable Sales | 26,000.00 |
| **2016 Trailer World Gooseneck Trailer 47 Ft,** 57BGH840XG1513936 | 18,000.00 | Comparable Sales | 18,000.00 |
| **1999 Harley Murray Inc Box Trailer** | 2,500.00 | Comparable Sales | 2,500.00 |
| **1999 Dorsey Van Box Trailer** | 2,500.00 | Comparable Sales | 2,500.00 |
| **1997 Wabash Van Box Trailer** | 2,500.00 | Comparable Sales | 2,500.00 |
| **1997 Wabash Van Box Trailer** | 2,500.00 | Comparable Sales | 2,500.00 |
| **1999 Stric Van Trailer** | 2,500.00 | Comparable Sales | 2,500.00 |
| **1996 Monon Van Box Trailer** | 2,000.00 | Comparable Sales | 2,000.00 |
| **1996 Wabash Van Box Trailer** | 2,500.00 | Comparable Sales | 2,500.00 |
| **1997 Wabash Van Box Trailer** | 2,500.00 | Comparable Sales | 2,500.00 |
| **1996 Wabash Van Box Trailer** | 2,500.00 | Comparable Sales | 2,500.00 |
| **1971 Conge Dolly Trailer** | 1,500.00 | Comparable Sales | 1,500.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| **2019 Volvo CE** | 80,000.00 | Comparable Sales | 80,000.00 |

Debtor 1     Mountain Movers Engineering Contractors, Inc.         Case number *(if known)*_____

First Name    Middle Name    Last Name

## <u>Continuation Sheet for Official Form 206 A/B</u>

```
SD75BV
JCE0575BP05241347
(compaction roller)
```

| | | | |
|---|---|---|---|
| **2017 John Deere 85G Excavator 1FF085GXJHJ019248** | 82,900.00 | Comparable Sales | 82,900.00 |
| **2015 Kenworth T800 Day Cab 1XKDD49X4FJ421370** | 90,000.00 | Comparable Sales | 90,000.00 |
| **Bobcat S130 524617865** | 17,500.00 | Comparable Sales | 17,500.00 |
| **2005 MEGA MPT10 10, 000 GAL Water Tower S/N 532120** | 59,000.00 | Comparable Sales | 59,000.00 |
| **2006 CAT 433 VIBATORY ROLLER CATSC433CASR00720** | 40,000.00 | Comparable Sales | 40,000.00 |
| **40' Conex Box** | 5,000.00 | Comparable Sales | 5,000.00 |
| **40' Conex Box** | 5,000.00 | Comparable Sales | 5,000.00 |
| **40' Conex Box** | 5,000.00 | Comparable Sales | 5,000.00 |
| **Mechanics Office Trailer** | 3,500.00 | Comparable Sales | 3,500.00 |

**United States Bankruptcy Court**

**IN RE:**

Mountain Movers Engineering Contractors, Inc.

_____

Case No._____

Chapter _7_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Eli Njaa<br>160 Parnassus Circle , Oceanside, CA 92054 | 100 | Common stockholder |

**Fill in this information to identify the case:**

Debtor name __Mountain Movers Engineering Contractors, Inc.__

United States Bankruptcy Court for the: __Southern District of California__

Case number (If known): _____

☐ Check if this is an
   amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

Creditor's name
Balboa Capital

Creditor's mailing address
575 Anton Blvd.
Suite 1100, Costa Mesa, CA 92626

Creditor's email address, if known
_____

Date debt was incurred  03/02/2023
Last 4 digits of account number  1842

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,
_____

Describe debtor's property that is subject to a lien
2018 Ford Expedition Platinum
1FMJU1LT9JEA10482

$ 16,454.00        $ 26,000.00

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

Creditor's name
Balboa Capital

Creditor's mailing address
575 Anton Blvd.
Suite 1100, Costa Mesa, CA 92626

Creditor's email address, if known
_____

Date debt was incurred  06/20/2023
Last 4 digits of account number  3799

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
2019 Volvo CE SD75BV
JCE0575BP05241347 (compaction roller)

$47,713.00        $80,000.00

Describe the lien
Agreement you made

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                           $ 874,553.85

Debtor    Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number (if known)_____

| **Part 1:** | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.3** **Creditor's name**
Carmax Auto Finance
_____

**Creditor's mailing address**

P.O. Box 440609
Kennesaw, GA 30160

**Creditor's email address, if known**
_____

**Date debt was incurred**   05/17/2023
**Last 4 digits of account number**   8159

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

[                                    ]

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Toyota Tundra Double Cab SR5
5TFTY5F18KX010563

$20,058.70    $25,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** **Creditor's name**
Carmax Auto Finance
_____

**Creditor's mailing address**

P.O. Box 440609
P.O. Box 440609, Kennesaw, GA 30160

**Creditor's email address, if known**
_____

**Date debt was incurred**   05/17/2023
**Last 4 digits of account number**   9846

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

[                                    ]

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Toyota Tundra Double Cab SR5
5TFTY5F17KX010571

$18,228.84    $25,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  Mountain Movers Engineering Contractors, Inc.
        _____
        Name

Case number (if known)_____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5**  **Creditor's name**
CIT First Citizens Bank & Trust (Orion Capital)
_____

**Creditor's mailing address**

10201 Centurion Parkway North
_____
Suite 100, Jacksonville, FL 32256
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  02/17/2023
**Last 4 digits of account number**  6862

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2021 Toyota Tundra Platinum CrewMax 4x4 5TFRY5F1XMX279631

$58,978.01        $45,000.00

**Describe the lien**

Agreement you made, Loan also secured by

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.6**  **Creditor's name**
CIT First Citizens Bank & Trust (Orion Capital)
_____

**Creditor's mailing address**

10201 Centurion Parkway North
_____
Suite 100, Jacksonville, FL 32256
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  02/17/2023
**Last 4 digits of account number**  6862

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Ford F550 Superduty Single Cab Flat Bed 1FDUF5GTXKEG77538

$20,000.00        $40,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor **Mountain Movers Engineering Contractors, Inc.**
        _____
        Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.7** **Creditor's name**
CIT First Citizens Bank & Trust (Orion Capital)

**Creditor's mailing address**

10201 Centurion Parkway North
Suite 100, Jacksonville, FL 32256

**Creditor's email address, if known**

**Date debt was incurred**   01/09/2023
**Last 4 digits of account number**   5836

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2016 Ford F250 SuperCrew 4x4
1FT7W2B60GEC52533

$18,414.00    $26,000.00

**Describe the lien**

Agreement you made, Loan is also secured

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.8** **Creditor's name**
CIT First Citizens Bank & Trust (Orion Capital)

**Creditor's mailing address**

10201 Centurion Parkway North
Suite 100, Jacksonville, FL 32256

**Creditor's email address, if known**

**Date debt was incurred**   1/9/2023
**Last 4 digits of account number**   5836

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2005 MEGA MPT10 10,000 GAL Water Tower S/N 532120

$18,414.00    $59,000.00

**Describe the lien**

Agreement you made, Loan also secured by

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Mountain Movers Engineering Contractors, Inc.
          Name

Case number (if known)_____

## Part 1:    Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.9**  **Creditor's name**
CIT First Citizens Bank & Trust
(OrionCapital

**Creditor's mailing address**

10201 Centurion Parkway North
Suite 100, Jacksonville, FL 32256

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

2015 Kenworth T800 Day Cab
1XKDD49X4FJ421370

$58,978.01          $90,000.00

**Date debt was incurred**   2/17/2023
**Last 4 digits of account number**   6862

**Describe the lien**

Agreement you made, Loan is also secured

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.10**  **Creditor's name**
Commercial Credit Group (CCG)

**Creditor's mailing address**

2135 City Gate Lane
Suite 440, Naperville, IL 60563

**Creditor's email address, if known**

**Describe debtor's property that is subject to a lien**

2024 ASV RT40 Posi-Track compact track loader (SN: ASVRT040KRDS8125)

$ Unknown          $ 59,000.00

**Date debt was incurred**   04/15/2024
**Last 4 digits of account number**

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Mountain Movers Engineering Contractors, Inc.    Case number (*if known*)_____
          Name

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.11** **Creditor's name**
Commercial Credit Group (CCG)

**Describe debtor's property that is subject to a lien**
2014 CAT 623K S/N WTB00117 5114 HRS

$426,485.89    $525,000.00

**Creditor's mailing address**

2135 City Gate Lane
Suite 440, Naperville, IL 60563

**Creditor's email address, if known**

**Date debt was incurred** 04/15/2024
**Last 4 digits of account number** 2401

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.12** **Creditor's name**
De Lage Landed Financial Services, Inc. (Lease Direct)

**Describe debtor's property that is subject to a lien**
2014 Caterpillar D6T XL
CAT00D6TVGMK01493

$113,367.50    $165,000.00

**Creditor's mailing address**

P.O. Box 825736
Philadelphia, PA 19182-5736

**Creditor's email address, if known**

**Date debt was incurred** 7/15/2023
**Last 4 digits of account number** 3385

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    Mountain Movers Engineering Contractors, Inc.    Case number *(if known)*_____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.13** **Creditor's name**
First Western Bank

_____

**Creditor's mailing address**

100 Prairie Center Drive
Eden Prairie, MN 55344

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  11/07/2023
**Last 4 digits of account number**  4303

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Leica GPS System

$57,461.90     $58,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____
**Last 4 digits of account number**  _____

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor   Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number (if known)_____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor  Mountain Movers Engineering Contractors, Inc.

United States Bankruptcy Court for the:  Southern District of California

Case number
(if known)  _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Employment Development Department, State of California
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 193,539.18
Priority amount: $ 193,539.18

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8  )

**2.2** Priority creditor's name and mailing address
United States Treasury/EFTPS
Insolvency Operations Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 1,039,057.94
Priority amount: $ 1,039,057.94

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8  )

**2.3** Priority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____  $ _____

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

Basis for the claim:

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (____)

Debtor      Mountain Movers Engineering Contractors, Inc.

_____      Case number *(if known)*_____
Name

# Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
3BG & Equipment Rental LLC
30896 Emperor Dr
Canyon Lake, CA 92587

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 20,105.00

**Date or dates debt was incurred** 12/12/2024

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
405 Express Lanes
P.O. Box 2177
Costa Mesa, CA 92628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll Roads

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
91 Express Lanes
PO Box 68039
Anaheim, CA 92817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll Roads

$ 0.00

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.4** **Nonpriority creditor's name and mailing address**
A1 Pumpcrete, Inc
P.O. Box 1885
Poway , CA 92074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Concrete Pumping Service

$ 3,861.00

**Date or dates debt was incurred** 04/01/2025

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.5** **Nonpriority creditor's name and mailing address**
Addison Equipment Rental
10206 Elm Ave
Fontana, CA 92335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 3,571.25

**Date or dates debt was incurred** 05/18/2024

**Last 4 digits of account number** 0034

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6** **Nonpriority creditor's name and mailing address**
AFCO Insurance Premium Finance
P.O. Box 887200
Los Angeles, CA 90088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** GL and Auto Insurance

$ 40,307.75

**Date or dates debt was incurred** 02/15/2025

**Last 4 digits of account number** 5606

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Mountain Movers Engineering Contractors, Inc.
_____    Case number (if known)_____
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

Affordable Site Model, Inc
P.O. Box 2025
Clovis, CA 93613

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** GPS Site Modeling

$ 5,300.00

Date or dates debt was incurred ___04/28/2023___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

AJ Rental, Inc
1551 North Tustin Ave
Santa Ana, CA 92705

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 33,078.45

Date or dates debt was incurred ___03/18/2024___

Last 4 digits of account number ___3132___

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** Nonpriority creditor's name and mailing address

Blueberry Rentals Inc
33361 Gisbome Way
Lake Elsinore, CA 92530

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 4,375.00

Date or dates debt was incurred ___05/09/2025___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** Nonpriority creditor's name and mailing address

Boneyard Equipment Inc
36700 Pavic Court
Lake Elsinore, CA 92532

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 77,585.00

Date or dates debt was incurred ___07/20/2025___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** Nonpriority creditor's name and mailing address

BST Linehaul
P.O. Box 1585
Lakeside, CA 92040

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Hauling / Trucking

$ 17,400.00

Date or dates debt was incurred ___03/24/2025___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Mountain Movers Engineering Contractors, Inc.

Name _____    Case number *(if known)*_____

| **Part 2:** | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 12  **Nonpriority creditor's name and mailing address**

Buckets 4 Rent
P.O. Box 55275
Riverside, CA 92517

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 3,696.00

Date or dates debt was incurred    06/11/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 13  **Nonpriority creditor's name and mailing address**

Byzfunder (GBR Funding West)
530 7th Ave
Suite 505
New York, NY 10018

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

$ 271,000.94

Date or dates debt was incurred    04/09/2025

Last 4 digits of account number    4899

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 14  **Nonpriority creditor's name and mailing address**

C5 Equipment Rental
21921 Alessandro Boulevard
Moreno Valley, CA 92553

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 34,645.28

Date or dates debt was incurred    06/19/2025

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 15  **Nonpriority creditor's name and mailing address**

Cal-Savers
P.O. Box 55759
Boston, MA 02205-5759

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Savings Plan - California

$ 15,000.00

Date or dates debt was incurred    04/25/2025

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.** 16  **Nonpriority creditor's name and mailing address**

California Apprenticeship Council
P.O. Box 511283
Los Angeles, CA 90051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Training Fees (SANDAG)

$ 2,762.00

Date or dates debt was incurred    01/31/2025

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

Debtor
Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)*_____

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17**  Nonpriority creditor's name and mailing address

California Disbursement Unit
PO Box 989067
West Sacramento , CA 95798

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Child Support (Employees)

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.18**  Nonpriority creditor's name and mailing address

California Tree Service, Inc
P.0. Box 2019
San Marcos, CA 92079

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tree Service

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    05/22/2024

Last 4 digits of account number _____

$ 15,248.10

---

**3.19**  Nonpriority creditor's name and mailing address

Canon Solutions America
15004 Collections Center Drive
Chicago, IL 60093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Copier

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    06/19/2024

Last 4 digits of account number _____

$ 848.00

---

**3.20**  Nonpriority creditor's name and mailing address

Cash Equipment Inc
17540 La Sierra Ave
Riverside, CA 92503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    04/09/2025

Last 4 digits of account number _____

$ 2,894.25

---

**3.21**  Nonpriority creditor's name and mailing address

Caterpillar Access Account
P.O. Box 905299
Charlotte, NC 28290

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Parts

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    07/25/2019

Last 4 digits of account number    9225

$ 43,379.00

---

Debtor    Mountain Movers Engineering Contractors, Inc.

    Name                                                  Case number *(if known)*

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Certified Laboratories
23261 Network Place
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Oil and Grease

$ 1,334.35

Date or dates debt was incurred   12/03/2024

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

CFGMS
180 Maiden Lane, 15th Floor
New York, NY 10038

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Working Capital Loan

$ 39,278.94

Date or dates debt was incurred   04/10/2025

Last 4 digits of account number   7566

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Champ Equipment Corp.
P.O. Box 7233
Norco, CA 92860

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 1,048.75

Date or dates debt was incurred   08/13/2025

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Collinsworth Construction Inc
P.O. Box 1286
Yucaipa, CA 92399

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Street Sweeping

$ 3,925.00

Date or dates debt was incurred   03/31/2025

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Construction Notice Service
9520 Padgett Street
Suite 208
San Diego, CA 92126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lien Notice Service

$ 414.68

Date or dates debt was incurred   04/30/2025

Last 4 digits of account number   _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Mountain Movers Engineering Contractors, Inc.
          _____
          Name

Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27  Nonpriority creditor's name and mailing address**

Court Ordered Debt Collections
P.O. Box 1328
Rancho Cordova, CA 95741

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Child Support (Employees)

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ Unknown

---

**3.28  Nonpriority creditor's name and mailing address**

Crimson Marie Company (Sarah Thacker)
P.O. Box 291723
Phelan, CA 92329

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Concrete Ditches

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   03/31/2025

Last 4 digits of account number _____

$ 56,011.14

---

**3.29  Nonpriority creditor's name and mailing address**

D.L.S. OTR Service, Inc.
9036 Mission Blvd.
Jarupa Valley, CA 92509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   07/21/2022

Last 4 digits of account number _____

$ 10,248.84

---

**3.30  Nonpriority creditor's name and mailing address**

De Lage Landen Financial Services
(Lease Direct)
P.O. Box 825736
Philadelphia, PA 19182

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   07/15/2023

Last 4 digits of account number   6775

$ 113,367.50

---

**3.31  Nonpriority creditor's name and mailing address**

DF Trucking LLC
6494 Mitchell Ave
Riverside, CA 92505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred   04/19/2024

Last 4 digits of account number _____

$ 61,050.79

---

Debtor  Mountain Movers Engineering Contractors, Inc.
_____
     Name

Case number *(if known)*_____

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.32**   Nonpriority creditor's name and mailing address

Dirt Patrol
P.O. Box 1095
Wildomar, CA 92595

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 518.82

---

**3.33**   Nonpriority creditor's name and mailing address

Dirtprep Solutions, LP.
7108 Katella Ave #403
Stanton, CA 90680

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,210.18

---

**3.34**   Nonpriority creditor's name and mailing address

Dispatch Trucking, Inc.
14032 Santa Ana Avenue
Fontana, CA 92337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trucking (Equipment Hauling)

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 5,400.00

---

**3.35**   Nonpriority creditor's name and mailing address

Doug's Filter Service
1920 West Mission Road
Escondido, CA 92029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**Date or dates debt was incurred** 03/06/2025

**Last 4 digits of account number** 1511

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,769.61

---

**3.36**   Nonpriority creditor's name and mailing address

ECCO Equipment Corporation
1417 North Susan Street
Santa Ana, CA 92703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

**Date or dates debt was incurred** 05/01/2022

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,309.63

---

Debtor **Mountain Movers Engineering Contractors, Inc.**

Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 37** Nonpriority creditor's name and mailing address

Eli Njaa
160 Parnassus Circle
Oceanside, CA 92054

As of the petition filing date, the claim is: $ 256,884.64
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred      01/16/2024

Last 4 digits of account number      _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 38** Nonpriority creditor's name and mailing address

EquipmentShare, Inc.
P.O. Box 650429
Dallas, TX 72565

As of the petition filing date, the claim is: $ 12,410.92
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment

Date or dates debt was incurred      05/03/2024

Last 4 digits of account number      1125

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 39** Nonpriority creditor's name and mailing address

F E Simmer Inc.
P.O. Box 89158
Temecula, CA 92589

As of the petition filing date, the claim is: $ 3,490.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment

Date or dates debt was incurred      05/01/2025

Last 4 digits of account number      _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 40** Nonpriority creditor's name and mailing address

Fallbrook Oil
1208 South Main Street
Fallbrook, CA 92028

As of the petition filing date, the claim is: $ 13,288.26
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Date or dates debt was incurred      03/15/2023

Last 4 digits of account number      4475

Is the claim subject to offset?
☑ No
☐ Yes

---

**3. 41** Nonpriority creditor's name and mailing address

First Western Equipment Finance
100 Prairie Center Drive
Eden Prairie, MN 55344

As of the petition filing date, the claim is: $ Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lawsuit

Date or dates debt was incurred      11/07/2023

Last 4 digits of account number      4303

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Mountain Movers Engineering Contractors, Inc.**
Name

Case number *(if known)*

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** | Nonpriority creditor's name and mailing address

Franchise Tax Board, State of California
Bankruptcy Section NS A340
P.O. Box 2952
Sacramento, CA 95812-2952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Corporate Tax

$ 925.67

Date or dates debt was incurred   07/12/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.43** | Nonpriority creditor's name and mailing address

Free Builders Supply
1530 Linda Vista Drive
San Marcos, CA 92078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

$ 8,969.85

Date or dates debt was incurred   01/22/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   0595

---

**3.44** | Nonpriority creditor's name and mailing address

Frontier Communications
P.O. Box 60553
Oaklahoma City, OK 73146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

$ 2,534.29

Date or dates debt was incurred   02/24/2025

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   3124

---

**3.45** | Nonpriority creditor's name and mailing address

G.O. Rodriguez Trucking, Inc.
PO Box 2211
Irwindale, CA 91706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

$ 5,311.47

Date or dates debt was incurred   09/01/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

---

**3.46** | Nonpriority creditor's name and mailing address

GB Equipment, LLC
540 Enterprise Street
Escondido, CA 92029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 67,234.24

Date or dates debt was incurred   12/23/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   1292

---

Debtor  Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number (*if known*)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** **47** Nonpriority creditor's name and mailing address

Genesis Wrecking Inc.
3833 Schaefer Ave
Chino, CA 91710

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Demolition

Date or dates debt was incurred     04/01/2025

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 38,470.00

**3.** **48** Nonpriority creditor's name and mailing address

Gothic Landscape Construction
3110 Myers Street
Riverside, CA 92503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lanscaping

Date or dates debt was incurred     04/30/2025

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 220,290.63

**3.** **49** Nonpriority creditor's name and mailing address

Hamann Construction
1000 Pioneer Way
El Cajon, CA 92020

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor

Date or dates debt was incurred     04/01/2025

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 70,955.02

**3.** **50** Nonpriority creditor's name and mailing address

HD Supply / White Cap Construction
PO Box 6040
Cypress, CA 90630

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Materials

Date or dates debt was incurred     04/23/2024

Last 4 digits of account number  5688

Is the claim subject to offset?
☑ No
☐ Yes

$ 14,670.90

**3.** **51** Nonpriority creditor's name and mailing address

Herc Rentals Inc.
PO Box 936257
Atlanta, GA 31193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rentals

Date or dates debt was incurred     08/12/2024

Last 4 digits of account number  9617

Is the claim subject to offset?
☑ No
☐ Yes

$ 38,749.15

Debtor    Mountain Movers Engineering Contractors, Inc.

    Name

Case number *(if known)*_____

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52**   Nonpriority creditor's name and mailing address

ICW Group
11455 El Camino Real
San Diego, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Workers Comp Insurance

$ 36,105.41

Date or dates debt was incurred _____

Last 4 digits of account number   05/0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53**   Nonpriority creditor's name and mailing address

Imperial Sprinkler & Supply
PO Box 741381
Los Angeles, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Supplies

$ 11,575.26

Date or dates debt was incurred   07/14/2023

Last 4 digits of account number   2630

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54**   Nonpriority creditor's name and mailing address

James C Stevens Attorney at Law
402 W Broadway Suite 400
San Diego , CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 1,665.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55**   Nonpriority creditor's name and mailing address

Jeb Sand and Gravel
5323 Camino Jasmine
Bonsall, CA 92003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

$ 31,625.61

Date or dates debt was incurred   03/31/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56**   Nonpriority creditor's name and mailing address

KVL Tires
160 Industrial Street
San Marcos, CA 92078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tire

$ 11,213.49

Date or dates debt was incurred   08/16/2023

Last 4 digits of account number   0303

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number (*if known*) _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** ⁵⁷   **Nonpriority creditor's name and mailing address**

L.A. Commercial Group, Inc.
1111 N Brand Blvd.
Suite 401
Glendale, CA 91202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

$ 18,827.70

Date or dates debt was incurred    09/11/2025

Last 4 digits of account number    225CL034580N

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.** ⁵⁸   **Nonpriority creditor's name and mailing address**

Leaf Capital Funding
PO Box 644006
Cincinnati, OH 45264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Copier Lease

$ 468.63

Date or dates debt was incurred    06/15/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⁵⁹   **Nonpriority creditor's name and mailing address**

LJ Sierra, Inc.
PO Box 5624
Oceanside, CA 92052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trucking

$ 182,017.36

Date or dates debt was incurred    05/13/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⁶⁰   **Nonpriority creditor's name and mailing address**

McLaughlin Legal
5151 Shoreham Place
San Diego, CA 92122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Legal

$ 16,984.16

Date or dates debt was incurred    08/31/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** ⁶¹   **Nonpriority creditor's name and mailing address**

Merit Oil Company
PO Box 341
Bloomington, CA 92316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Fuel

$ 3,949.49

Date or dates debt was incurred    04/01/2025

Last 4 digits of account number    1090

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Mountain Movers Engineering Contractors, Inc.
_____    Case number *(if known)* _____
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.62** Nonpriority creditor's name and mailing address

Michael Parizo
28728 Chaucer Drive
Menifee, CA 92584

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE Unpaid Vacation 120 Hrs

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.63** Nonpriority creditor's name and mailing address

National Claim Services
PO Box 500698
Atlanta, GA 31150

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Property Damage Deductible

Date or dates debt was incurred    05/18/2023

Last 4 digits of account number    5114

Is the claim subject to offset?
☑ No
☐ Yes

$ 10,000.00

---

**3.64** Nonpriority creditor's name and mailing address

On Grade V-Ditch Excavating, Inc.
16286 Pine Avenue
Fontana, CA 92335

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

Date or dates debt was incurred    01/31/2025

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 36,998.80

---

**3.65** Nonpriority creditor's name and mailing address

Operating Engineers Trust Fund
P.O. Box 7063
Pasadena, CA 91109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Union Dues

Date or dates debt was incurred    09/04/2025

Last 4 digits of account number    6297

Is the claim subject to offset?
☑ No
☐ Yes

$ 13,770.14

---

**3.66** Nonpriority creditor's name and mailing address

Oscar Salas
29919 Calle Tomas
Menifee, CA 92586

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE Unpaid Vacation 64 hrs

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

Debtor  Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number *(if known)*_____

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.** 67  **Nonpriority creditor's name and mailing address**

Otay Land Field (Republic Services)
8541 Mast Blvd
Santee , CA 92071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 12,261.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 68  **Nonpriority creditor's name and mailing address**

Otay Mesa Sales, Inc.
1596 Radar Road
San Diego, CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Equipment

$ 54,996.81

**Date or dates debt was incurred**  04/14/2023

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 69  **Nonpriority creditor's name and mailing address**

P-Fleet
6390 Greenwich Drive
Ste 200
San Diego, CA 92122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Fuel

$ 37,667.61

**Date or dates debt was incurred**  07/31/2025

**Last 4 digits of account number**  8056

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 70  **Nonpriority creditor's name and mailing address**

Pavestone LLC
5 Concourse Parkway, Suite 1900
Suite 1900
Atlanta, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lawsuit

$ 16,062.82

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  25CL014147N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 71  **Nonpriority creditor's name and mailing address**

PDQ Rentals
1110 W Washington Ave
San Marcos, CA 92069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Equipment Rental

$ 163,859.00

**Date or dates debt was incurred**  09/10/2025

**Last 4 digits of account number**  8423

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)* _____

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.72 Nonpriority creditor's name and mailing address**

Platinum Enterprises
2970 Myers Street
Riverside, CA 92503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    07/22/2025

Last 4 digits of account number _____

$ 8,158.50

---

**3.73 Nonpriority creditor's name and mailing address**

Porter Rents, LLC
13013 Temescal Canyon Road
Corona, CA 92883

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    05/08/2024

Last 4 digits of account number    8430

$ 11,964.70

---

**3.74 Nonpriority creditor's name and mailing address**

Procore Technologies, Inc
PO Box 201212
Dallas, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    07/15/2025

Last 4 digits of account number _____

$ 10,477.42

---

**3.75 Nonpriority creditor's name and mailing address**

RDO Equipment Company
PO Box 7160
Fargo , ND 58106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    07/02/2025

Last 4 digits of account number    9013

$ 47,459.53

---

**3.76 Nonpriority creditor's name and mailing address**

Richard Lopez Construction
232 East Grand Blvd
Coronna, CA 92879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred    12/31/2024

Last 4 digits of account number _____

$ 104,295.14

---

Debtor     Mountain Movers Engineering Contractors, Inc.
_____     Case number (if known)_____
Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.77**  **Nonpriority creditor's name and mailing address**

Riverside Express
P.O. Box 1515
Corona, CA 92878

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll Roads

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

**3.78**  **Nonpriority creditor's name and mailing address**

Robertson's
PO Box 3600
Corona, CA 92878

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Concrete

**Date or dates debt was incurred** 08/07/2025

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,235.08

---

**3.79**  **Nonpriority creditor's name and mailing address**

San Diego County Construction Laborers Trust
Fund
P.O. Box 51838
Los Angeles, CA 90051

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Union Fees

**Date or dates debt was incurred** 02/01/2025

**Last 4 digits of account number** 6808

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 9,000.00

---

**3.80**  **Nonpriority creditor's name and mailing address**

San Diego County Treasurer - Tax Colle
PO Box 129009
San Diego, CA 92112

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Property Tax

**Date or dates debt was incurred** 05/05/2022

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 49,205.91

---

**3.81**  **Nonpriority creditor's name and mailing address**

Sandco Insurance Agency
5155 West Rosecrans Ave
#205
Hawthorne, CA 90250

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

**Date or dates debt was incurred** 06/02/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 23,083.90

---

Debtor    Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)*_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Savala Equipment Company, Inc.
16402 Construction Circle East
Irvine, CA 92606

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

Date or dates debt was incurred    11/01/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 16,597.80

---

**3.83** Nonpriority creditor's name and mailing address

Scott Citlau
7461 WIndrose Drive
Highland, CA 92346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE Unpaid Vacation 80 hrs

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.84** Nonpriority creditor's name and mailing address

Screamin' Signs & Graphics, LLC
1710 Palmyrite Ave
Ste 15
Riverside, CA 92507

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uniform

Date or dates debt was incurred    07/09/2025

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 119.63

---

**3.85** Nonpriority creditor's name and mailing address

South Bay Expressway (the 125 Toll
Road)(Sandag Customer Service Center)
1129 La Media Road
San Diego, CA 92154

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll Roads

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.86** Nonpriority creditor's name and mailing address

Spotlink
4669 Murphy Canyon Rd
Ste 21
San Diego, CA 92123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** IT Services

Date or dates debt was incurred    04/30/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 600.00

---

Debtor    Mountain Movers Engineering Contractors, Inc.    Case number *(if known)*_____
_____
Name

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.87** **Nonpriority creditor's name and mailing address**

Team Sweep
387 Magnolia Ave
Corona, CA 92879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Street Sweeping

**Date or dates debt was incurred** 04/09/2025

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 33,918.00

---

**3.88** **Nonpriority creditor's name and mailing address**

Tencate Geosynthetics N.A.
PO Box 100288
Atlanta, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

**Date or dates debt was incurred** 06/13/2024

**Last 4 digits of account number** 3426

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 25,240.62

---

**3.89** **Nonpriority creditor's name and mailing address**

Terra Mapping Solutions
1762 Big Boulder Court
Reno, NV 89521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Site Model

**Date or dates debt was incurred** 02/21/2025

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,662.50

---

**3.90** **Nonpriority creditor's name and mailing address**

The Construction Pros Corp
12646 10th Street
Yucaipa, CA 92399

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trucking (Equipment Hauling)

**Date or dates debt was incurred** 06/03/2025

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 6,102.50

---

**3.91** **Nonpriority creditor's name and mailing address**

The Toll Roads
PO Box 57011
Irvine, CA 92619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll Roads

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown

---

Debtor _____
Mountain Movers Engineering Contractors, Inc.
Name

Case number (*if known*)_____

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.92** Nonpriority creditor's name and mailing address

Tierrag Inc.
PO Box 8635
Redlands, CA 92375

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trucking

$ 147,999.00

Date or dates debt was incurred    05/22/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address

Tonka Tractor Rentals, Inc.
5256 South Mission Road
Ste 703-002
Bonsall, CA 92003

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment Rental

$ 345,700.00

Date or dates debt was incurred    10/22/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

Traut Petroleum, Inc.
1208 South Main Ave.
Fallbrook, CA 92028

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lawsuit

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    25CL037331N

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

Travis Tidwell Settlement (Wilshire Law Firm)
660 S. Figueroa St.
Sky Lobby
Los Angeles, CA 90017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Court Ordered Settlement

$ 20,000.00

Date or dates debt was incurred    05/13/2025

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

TRB Equipment Company
2128 Oak Canyon Lane
Chino Hills, CA 91709

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment Repair

$ 725.00

Date or dates debt was incurred    01/01/2025

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Mountain Movers Engineering Contractors, Inc.**
Name

Case number *(if known)* _____

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** Nonpriority creditor's name and mailing address

Trinity Equipment Inc.
9650 South La Cadena Drive
Colton, CA 92324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 76,754.15

Date or dates debt was incurred    06/13/2023

Last 4 digits of account number    1715

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.98** Nonpriority creditor's name and mailing address

TWP Inc
4675 Wade Ave
Peris, CA 92571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

$ 5,401.01

Date or dates debt was incurred    04/21/2025

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.99** Nonpriority creditor's name and mailing address

United Rentals
1301 South State College Blvd
Fullerton, CA 92831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 11,708.08

Date or dates debt was incurred    08/18/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100** Nonpriority creditor's name and mailing address

Upland Specialty Insurance Company
5050 Quorum Drive
Suite 700-#473
Dallas, TX 75254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Claim Deductible

$ 5,000.00

Date or dates debt was incurred    07/30/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101** Nonpriority creditor's name and mailing address

VanderSpek Howerzyl, CPAS
350 West 5th Avenue
Escondido, CA 92025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting

$ 5,885.00

Date or dates debt was incurred    04/30/2025

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Mountain Movers Engineering Contractors, Inc.
         Name

Case number *(if known)* _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 102  **Nonpriority creditor's name and mailing address**

Vaughan Trucking LLC
38725 Avenida Bonita
Murrieta, CA 92562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trucking

**$** 10,668.40

Date or dates debt was incurred   09/19/2023

Last 4 digits of account number   1995

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 103  **Nonpriority creditor's name and mailing address**

Vista Irrigation District
1391 Engineer Street
Vista, CA 92081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Water Service

**$** 2,142.00

Date or dates debt was incurred   07/01/2025

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 104  **Nonpriority creditor's name and mailing address**

Warrior Machinery LLC
2353 S Cactus AVE
Bloomington, CA 92316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

**$** Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   0642

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 105  **Nonpriority creditor's name and mailing address**

West Coast Sand & Gravel, Inc.
PO Box 5067
Buena Park, CA 90622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

**$** 8,549.00

Date or dates debt was incurred   07/10/2023

Last 4 digits of account number   4928

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 106  **Nonpriority creditor's name and mailing address**

Workwise Compliance
PO Box 5750
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Compliance

**$** 909.29

Date or dates debt was incurred   04/04/2025

Last 4 digits of account number   2457

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Mountain Movers Engineering Contractors, Inc.
_____    Case number *(if known)*_____
        Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Douglas B. Vanderpool<br>330 Main Street<br>Suite 203B<br>Seal Beach, CA, 90740 | Line 3.104<br>☐ Not listed. Explain: | _____ |
| 4.2. | Gurstel Law Firm PC<br>3914 Murphy Canyon<br>Suite A125<br>San Diego, CA, 92123 | Line 3.70<br>☐ Not listed. Explain | 147N |
| 4.3. | Ian Rodriguez<br>40043 Gibraltar Dr.<br>Murrieta, CA, 95262-5830 | Line 3.46<br>☐ Not listed. Explain | 709N |
| 4.4. | Internal Revenue Service; Special Procedures Branch<br>880 Front Street<br>Room 3269<br>San Diego, CA 92101-8869 | Line 2.2<br>☐ Not listed. Explain | _____ |
| 41. | Marks & Pinto, LLP<br>2240 5th Ave, San Diego, CA 92101-2104<br>San Diego, CA, 92101-2104 | Line 3.28<br>☐ Not listed. Explain | 992N |
| 4.5. | NACM Commercial Services<br>814 Morena Blvd.,<br>Suite 304<br>San Diego, CA, 92110 | Line 3.43<br>☐ Not listed. Explain | 0595 |
| 4.6. | Rentto & Rentto, PLC<br>3517 Camino Del Rio South<br>Suite 412<br>San Diego, CA, 92108-4046 | Line 3.94<br>☐ Not listed. Explain | 331N |
| 4.7. | Wright Law Group<br>1110 North Virgil Ave.<br>Suite 9003<br>Los Angeles, CA, 90029 | Line 3.41<br>☐ Not listed. Explain | -CJC |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

Debtor ___Mountain Movers Engineering Contractors, Inc._____    Case number *(if known)*_____
      Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| **5a.  Total claims from Part 1** | 5a. | $ 1,232,597.12 |
| **5b.  Total claims from Part 2** | 5b. **+** | $ 3,314,740.74 |
| **5c.  Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,547,337.86 |

**Fill in this information to identify the case:**

Debtor name ___Mountain Movers Engineering Contractors, Inc.___

United States Bankruptcy Court for the: ___Southern District of California___

Case number (If known): _____  Chapter ___7___

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **Business Office Lease Lessee** | **Positive LLC** 16776 Bernardo Center Dr. San Diego, CA, 92128 |
| | State the term remaining | Lease expires 12/31/2025 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

---

**Fill in this information to identify the case:**

Debtor name _Mountain Movers Engineering Contractors, Inc._

United States Bankruptcy Court for the: _Southern District of California_

Case number (If known): _____

---

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Eli Njaa | 160 Parnassus Circle Oceanside, CA 92054 | United States | ☐ D ☑ E/F ☐ G |
| 2.2 Eli Njaa | 160 Parnassus Circle Oceanside, CA 92054 | CFGMS | ☐ D ☑ E/F ☐ G |
| 2.3 Eli Njaa | 160 Parnassus Circle Oceanside, CA 92054 | Byzfunder (GBR Funding | ☐ D ☑ E/F ☐ G |
| 2.4 Eli Njaa | 160 Parnassus Circle Oceanside, CA 92054 | Employment | ☐ D ☑ E/F ☐ G |
| 2.5 Eli Njaa | 160 Parnassus Circle Oceanside, CA 92054 | Commercial Credit | ☑ D ☐ E/F ☐ G |
| 2.6 Dean Smith | 9102 Old Castle Road Valley Center, CA 92082 | Fallbrook Oil | ☐ D ☑ E/F ☐ G |

Debtor    Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number *(if known)*_____

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.<u>7</u>  Dean Smith | 9102 Old Castle Road<br>Valley Center, CA 92082 | CIT First Citizens Bank & Trust (Orion Capital) | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>8</u>  Dean Smith | 9102 Old Castle Road<br>Valley Center, CA 92082 | CIT First Citizens Bank & Trust (Orion Capital) | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>9</u>  Dean Smith | 9102 Old Castle Road<br>Valley Center, CA 92082 | CIT First Citizens Bank & Trust (OrionCapital | ☑ D<br>☐ E/F<br>☐ G |
| 2.<u>10</u>  Eli Njaa | 160 Parnassus Circle<br>Oceanside, CA 92054 | Commercial Credit Group (CCG) | ☑ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name ___Mountain Movers Engineering Contractors, Inc.___

United States Bankruptcy Court for the: ___Southern District of California___

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:     Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _01/01/2025_<br>MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other | $ _11,203,494.00_ |
   | **For prior year:** | From _01/01/2024_<br>MM / DD / YYYY | to _12/31/2024_<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ _14,309,454.00_ |
   | **For the year before that:** | From _01/01/2023_<br>MM / DD / YYYY | to _12/31/2023_<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ _14,638,810.00_ |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to Filing date | _____ | $ _____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor    Mountain Movers Engineering Contractors, Inc.      Case number *(if known)*_____

          Name

---

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3.   Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | CFGMS <br> Creditor's name <br> 180 Maiden Lane, 15th Floor <br> New York, NY 10038 | 8/1/2025 <br> 7/1/2025 <br> 09/01/2025 | $ 26,625.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other  Other |
| 3.2. | Blueberry Rentals Inc <br> Creditor's name <br> 33361 Gisbome Way <br> Lake Elsinore, CA 92530 | 08/13/2025 | $ 10,000.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other  Other |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Eli Njaa <br> Insider's name <br> 160 Parnassus Circle <br> Oceanside, CA 92054 <br><br> Relationship to debtor <br> Owner/Management Company/Affiliate | 11/26/2024 | $ 30,000.00 | Loan Repayment |
| 4.2. | Eli Njaa <br> Insider's name <br> 160 Parnassus Circle <br> Oceanside, CA 92054 <br><br> Relationship to debtor <br> Owner/Management Company/Affiliate | 12/20/2024 | $ 10,000.00 | Loan Repayment |

---

Debtor    Mountain Movers Engineering Contractors, Inc.
_____    Case number (if known) _____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ Creditor's name | | _____ | $_____ |
| 5.2. _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| L.A. Commercial Group, Inc. Creditor's name 1111 N Brand Blvd. Suite 401 Glendale, CA 91202 | Bank Levy | 10/21/2025 | $ 18,827.70 |
| | Last 4 digits of account number: XXXX– 580N | | |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Pavestone, LLC v. Mountain Movers Engineering Contractors, | Collections. Pavestone Damages $16,062.82 | Superior Court, San Diego County | ☑ Pending ☐ On appeal ☐ Concluded |
| **Case number** 25CL014147N | | 325 South Melrose Vista, CA 92081 | |
| **Case title** 7.2. L.A. Commercial Group, Inc. v. Mountain Movers Engineering Contractors. Inc. | Post-Judgment | **Court or agency's name and address** Superior Court, San Diego County | ☐ Pending ☐ On appeal ☑ Concluded |
| **Case number** 25CL034580N | | 325 South Melrose Vista, CA 92081 | |

| Debtor | Mountain Movers Engineering Contractors, Inc. | Case number *(if known)* |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | _____ | Name |
| | **Case number** | |
| | _____ | |
| | **Date of order or assignment** | |
| | _____ | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |
| 9.2. | _____ | | _____ | $_____ |
| | Recipient's name | | _____ | $_____ |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | _____ | _____ | $_____ |

Debtor    Mountain Movers Engineering Contractors, Inc.
_____    Case number *(if known)*_____
Name

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  Higgs, Fletcher & Mack LLP | $10,000.00 fee + $338.00 filing fee for Chapter 7 case | 10/13/2025 | $ 10,338.00 |
| **Address** | | | |
| 401 West "A" Street, Ste. 2600 San Diego, CA 92101 | | | |
| **Email or website address** elio@higgslaw.com | | | |
| **Who made the payment, if not debtor?** | | | |

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.2.  _____ | | _____ | $_____ |
| **Address** | | | |
| | | | |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

Debtor    Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)*_____

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| | **Who received transfer?** | | _____ | $_____ |
| 13.2. | _____ | | | |
| | **Address** | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | | From _____ | To _____ |
| 14.2. | | From _____ | To _____ |

---

Debtor    Mountain Movers Engineering Contractors, Inc.    Case number *(if known)*_____
_____
Name

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |
| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Mountain Movers Engineering Contractors, Inc.                              Case number (if known)_____
_____
Name

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br><br>_____<br>Address | | | ☐ No<br>☐ Yes |

Debtor    Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)*_____

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list property leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |

---

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |

---

Debtor    Mountain Movers Engineering Contractors, Inc.
_____    Case number *(if known)* _____
          Name

---

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ Name | _____ Name | | _____ |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25.** **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

|  | Business name and address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.2. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |
| 25.3. | _____ Name | | EIN: _____ |
| | | | **Dates business existed** |
| | | | From _____    To _____ |

---

Debtor    Mountain Movers Engineering Contractors, Inc.                    Case number *(if known)*_____
_____Name_____

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Angelique Bourget<br>Name<br>42200 Morega RD, STE 40C, Temecula, CA 92591 | From 09/18/2006<br>To 09/12/2025 |
| 26a.2. Ariel Smith<br>Name<br>3566 Knollwood DR, Carlsbad, CA 92010 | From 09/30/2024<br>To 10/24/2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Vanderspek Howerzyl - CPA<br>Name<br>350 W 5th Ave, Escondido CA 92025 | From 09/18/2006<br>To 09/12/2025 |
| 26b.2. Next Level Analytics - NLA Holdings LLC<br>Name<br>351 Pico De la Loma, Escondido CA 92029 | From 01/01/2023<br>To 10/24/2025 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Eli Njaa<br>Name<br>545 East Mission Road, San Marcos, CA 92069 | |

Debtor _____Mountain Movers Engineering Contractors, Inc._____     Case number *(if known)*_____
　　　　　　　Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name |

Debtor    Mountain Movers Engineering Contractors, Inc.       Case number *(if known)* _____
       Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.2.   _____ | | |
| Name | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eli Njaa | 160 Parnassus Circle , Oceanside, CA 92054 | President | 100 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.   Eli Njaa | 2,000.00 | 4/25/25 | Reimbursement |
| Name | | | |
| 160 Parnassus Circle | | | |
| Oceanside, CA 92054 | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | | |
| Owner/Management Company/Affiliate | | _____ | |

Debtor    Mountain Movers Engineering Contractors, Inc.        Case number *(if known)*_____
         Name

| | Name and address of recipient | | 5,841.00 | 5/1/25 | Reimbursement |
|---|---|---|---|---|---|
| 30.2 | Eli Njaa | | | _____ | |
| | Name | | | | |
| | 160 Parnassus Circle | | | _____ | |
| | Oceanside, CA 92054 | | | _____ | |
| | | | | _____ | |
| | Relationship to debtor | | | _____ | |
| | Owner/Management Company/Affiliate | | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

❑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of he parent corporation |
|---|---|
| _____ | EIN: _____ |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a penson fund?

☑ No

❑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up o 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in ths *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/24/2025
         MM  / DD  / YYYY

✗ _____     Printed name   Eli Njaa
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor   President

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

❑ No

☑ Yes

Debtor Name _____Mountain Movers Engineering Contractors, Inc._____

Case number (if known)_____

## Continuation Sheet for Official Form 207

**3) Certain payments or transfers to creditors within 90 days before filing this case**

| | | |
|---|---|---|
| C5 Equipment Rental, 21921 Alessandro Boulevard, Moreno Valley, CA 92553 | $25,278.00 | Other |
| Tonka Tractor Rentals, Inc., 5256 South Mission Road Ste 703-002, Bonsall, CA 92003 | $29,918.56 | Other |
| De Lage Landen Financial Services, (Lease Direct) P.O. Box 825736, Philadelphia, PA 19182 | $9,135.38 | Monies loaned / advanced |
| Warrior Machinery LLC, 2353 S Cactus AVE, Bloomington, CA 92316 | $31,297.43 | Suppliers or vendors |

**4) Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

| | | | |
|---|---|---|---|
| Eli Njaa | 160 Parnassus Circle, Oceanside, CA 92054 | $15,000.00 | Loan Repayment |
| Eli Njaa | 160 Parnassus Circle, Oceanside, CA 92054 | $20,000.00 | Loan Repayment |
| Eli Njaa | 160 Parnassus Circle, Oceanside, CA 92054 | $18,000.00 | Loan Repayment |
| Eli Njaa | 160 Parnassus Circle, Oceanside, CA 92054 | $8,000.00 | Reimbursement |
| Eli Njaa | 160 Parnassus Circle, Oceanside, CA 92054 | $18,000.00 | Owner Draw |

**7) Legal Actions**

Warrior Machinery LLC v. Mountain Movers Engineering Contractors, Inc.

Debtor Name    Mountain Movers Engineering Contractors, Inc.                    Case number (if known)_____

## Continuation Sheet for Official Form 207

25CU025610C

Breach of Contract; Breach of Warranty. Claiming Attorneys Fees (we already paid our outstanding balance)

Superior Court, San Diego County

1100 Union Street, San Diego, CA 92101

Pending

-------

Addison Equipment Rental Inc v. Mountain Movers Engineering Contractors Inc

SCVA2502451

Collections. Claim we owe them $3571.25

Superior Court of CA, County of San Bernardino

17780 Arrow Boulevard, Fontana, CA 92335

Pending

-------

Warrior Machinery, LLC, A California Limited Liability Company vs. Mountain Movers Engineering Contractors, Inc., a California corporation, et al.

25PSCV01692

Limited Civil. Collections. Claiming Attorneys Fees (we already paid our outstanding balance)

Superior Court of CA, County of LA

1427 West Covina Pkwy, West Covina, CA 91790

Pending

-------

Sarah Thacker/Crimson Marie v Mountain Movers Engineering Contractors Inc

25CU043992N

Foreclose and enforce Mechanics Lien

Superior Court of CA, County of SD

Vista, CA 92081

Pending

-------

Warrior Machinery, LLC v Mountain Movers Engineering Contractors Inc

25CU027447C

Official Form 207                    **Statement of Financial Affairs for Non-Individuals**

Debtor Name _____Mountain Movers Engineering Contractors, Inc._____

Case number (*if known*)_____

### Continuation Sheet for Official Form 207

Breach of Contract/Warranty

Superior Court of CA, County of SD

San Diego, CA 92101

Pending

-------

Leaf Capital Funding v Mountain Movers Engineering Contractors Inc

250300966

Collections. Claiming payments and attorneys' fees $31,422.01

Court of Common Pleas

PA

Pending

-------

Warrior Machinery, LLC v Mountain Movers Engineering Contractors Inc

25CU027456C

Breach of Contract/Warranty

Superior Court of CA, County of SD

San Diego, CA 92101

Pending

-------

Traut Petroleum Inc v Mountain Movers Engineering Contractors Inc

25CL037331N

Collections. Claims we owe $23,893.47

Superior Court of CA, County of SD

Vista, CA 92081

Pending

-------

First Western Equipment Finance, a division of First Western Bank & Trust v.
Mountain Movers Engineering Contractors, Inc., et al.

30-2025-01516391-CU-BC-CJC

Collection. Breach of Contract/Warranty

Debtor Name  Mountain Movers Engineering Contractors, Inc.

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

Superior Court of CA, County of Orange

700 Civic Center DR, Santa Ana, CA 92701

Pending

-------

GB Equipment, LLC v. Mountain Movers Engineering, inc.

25CL051709N

Collections

Superior Court, San Diego County, North County Division

325 South Melrose, Vista, CA 92081

Pending

-------

30) Payments, distributions, or withdrawals credited or given to insiders

Name and Address:

Eli Njaa

160 Parnassus Circle
Oceanside, CA 92054

Amount of money or description: $2,000.00

Dates: 7/22/25, - , -

Reason: Reimbursement

---

Name and Address:

Eli Njaa

160 Parnassus Circle
Oceanside, CA 92054

Amount of money or description: $2,000.00

Dates: 7/21/25, - , -

Reason: Reimbursement

---

Name and Address:

Eli Njaa

160 Parnassus Circle

Debtor Name    Mountain Movers Engineering Contractors, Inc.

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

Oceanside, CA 92054

Amount of money or description: $82,794.22

Dates: - , - , -

Reason: weekly salary of $2,000 per week from 10/13/2024 until now
(10/15/2025) totaling $82,794.22 for the one-year look back period.

---

Name and Address:

Eli Njaa

160 Parnassus Circle
Oceanside, CA 92054

Amount of money or description: $6,000.00

Dates: 1/16/25, - , -

Reason: Owner Draw

---

Name and Address:

Eli Njaa

160 Parnassus Circle
Oceanside, CA 92054

Amount of money or description: $6,000.00

Dates: 2/21/25, - , -

Reason: Owner Draw

---

Name and Address:

Eli Njaa

160 Parnassus Circle
Oceanside, CA 92054

Amount of money or description: $6,000.00

Dates: 3/13/25, - , -

Reason: Owner Draw

---

Name and Address:

Eli Njaa

Debtor Name    Mountain Movers Engineering Contractors, Inc.

Case number *(if known)*_____

## Continuation Sheet for Official Form 207

160 Parnassus Circle
Oceanside, CA 92054

**Amount of money or description: $6,000.00**

**Dates: 5/13/25, - , -**

**Reason: Owner Draw**

**---**

**Name and Address:**

Eli Njaa

160 Parnassus Circle
Oceanside, CA 92054

**Amount of money or description: $6,000.00**

**Dates: 5/29/25, - , -**

**Reason: Owner Draw**

**---**

**Name and Address:**

Eli Njaa

160 Parnassus Circle
Oceanside, CA 92054

**Amount of money or description: $6,000.00**

**Dates: 6/6/25, - , -**

**Reason: Owner Draw**

**---**

**Name and Address:**

Eli Njaa

160 Parnassus Circle
Oceanside, CA 92054

**Amount of money or description: $6,000.00**

**Dates: 7/23/25, - , -**

**Reason: Owner Draw**

**---**

**Name and Address:**

Eli Njaa

Debtor Name _____Mountain Movers Engineering Contractors, Inc._____

Case number *(if known)*_____

### Continuation Sheet for Official Form 207

160 Parnassus Circle
Oceanside, CA 92054

**Amount of money or description: $6,000.00**

**Dates: 9/2/25, - , -**

**Reason: Owner Draw**

---

**Name and Address:**

Eli Njaa

160 Parnassus Circle
Oceanside, CA 92054

**Amount of money or description: $6,000.00**

**Dates: 10/23/24, - , -**

**Reason: Owner Draw**

---

**Name and Address:**

Eli Njaa

160 Parnassus Circle
Oceanside, CA 92054

**Amount of money or description: $6,000.00**

**Dates: 11/7/24, - , -**

**Reason: Owner Draw**

---

**Name and Address:**

Eli Njaa

160 Parnassus Circle
Oceanside, CA 92054

**Amount of money or description: $6,000.00**

**Dates: 11/22/24, - , -**

**Reason: Owner Draw**

---

**Name and Address:**

Eli Njaa

Debtor Name ___Mountain Movers Engineering Contractors, Inc.___    Case number *(if known)*_____

## Continuation Sheet for Official Form 207

**160 Parnassus Circle**
**Oceanside, CA 92054**

**Amount of money or description: $6,000.00**

**Dates: 12/16/24, - , -**

**Reason: Owner Draw**

**---**

**Name and Address:**

**Eli Njaa**

**160 Parnassus Circle**
**Oceanside, CA 92054**

**Amount of money or description: $6,000.00**

**Dates: 12/20/24, - , -**

**Reason: Owner Draw**

**---**

United States Bankruptcy Court

Southern District of California

In re: Mountain Movers Engineering Contractors, Inc.

Case No.

Chapter   7

Debtor(s)

### Verification of Creditor Matrix

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____10/24/2025_____

_____
Signature of Individual signing on behalf of debtor

Eli Njaa, President
Position or relationship to debtor

3BG & Equipment Rental LLC
30896 Emperor Dr
Canyon Lake, CA 92587


405 Express Lanes
P.O. Box 2177
Costa Mesa, CA 92628


91 Express Lanes
PO Box 68039
Anaheim, CA 92817


A1 Pumpcrete, Inc
P.O. Box 1885
Poway , CA 92074


Addison Equipment Rental
10206 Elm Ave
Fontana, CA 92335


AFCO Insurance Premium Finance
P.O. Box 887200
Los Angeles, CA 90088


Affordable Site Model, Inc
P.O. Box 2025
Clovis, CA 93613


AJ Rental, Inc
1551 North Tustin Ave
Santa Ana, CA 92705


Balboa Capital
575 Anton Blvd.
Suite 1100
Costa Mesa, CA 92626


Blueberry Rentals Inc
33361 Gisbome Way
Lake Elsinore, CA 92530


Boneyard Equipment Inc
36700 Pavic Court
Lake Elsinore, CA 92532


BST Linehaul
P.O. Box 1585
Lakeside, CA 92040


Buckets 4 Rent
P.O. Box 55275
Riverside, CA 92517

Byzfunder (GBR Funding West)
530 7th Ave
Suite 505
New York, NY 10018


C5 Equipment Rental
21921 Alessandro Boulevard
Moreno Valley, CA 92553


Cal-Savers
P.O. Box 55759
Boston, MA 02205-5759


California Apprenticeship Council
P.O. Box 511283
Los Angeles, CA 90051


California Disbursement Unit
PO Box 989067
West Sacramento , CA 95798


California Tree Service, Inc
P.0. Box 2019
San Marcos, CA 92079


Canon Solutions America
15004 Collections Center Drive
Chicago, IL 60093


Carmax Auto Finance
P.O. Box 440609
Kennesaw, GA 30160


Carmax Auto Finance
P.O. Box 440609
P.O. Box 440609
Kennesaw, GA 30160


Cash Equipment Inc
17540 La Sierra Ave
Riverside, CA 92503


Caterpillar Access Account
P.O. Box 905299
Charlotte, NC 28290


Certified Laboratories
23261 Network Place
Chicago, IL 60673

CFGMS
180 Maiden Lane, 15th Floor
New York, NY 10038


Champ Equipment Corp.
P.O. Box 7233
Norco, CA 92860


CIT First Citizens Bank & Trust (Orion Capit
10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256


CIT First Citizens Bank & Trust (OrionCapital
10201 Centurion Parkway North
Suite 100
Jacksonville, FL 32256


Collinsworth Construction Inc
P.O. Box 1286
Yucaipa, CA 92399


Commercial Credit Group (CCG)
2135 City Gate Lane
Suite 440
Naperville, IL 60563


Construction Notice Service
9520 Padgett Street
Suite 208
San Diego, CA 92126


Court Ordered Debt Collections
P.O. Box 1328
Rancho Cordova, CA 95741


Crimson Marie Company (Sarah Thacker)
P.O. Box 291723
Phelan, CA 92329


D.L.S. OTR Service, Inc.
9036 Mission Blvd.
Jarupa Valley, CA 92509


De Lage Landed Financial Services, Inc. (Leas
P.O. Box 825736
Philadelphia, PA 19182-5736


De Lage Landen Financial Services
P.O. Box 825736
Philadelphia, PA 19182

```
Dean Smith
9102 Old Castle Road
Valley Center, CA 92082


DF Trucking LLC
6494 Mitchell Ave
Riverside, CA 92505


Dirt Patrol
P.O. Box 1095
Wildomar, CA 92595


Dirtprep Solutions, LP.
7108 Katella Ave #403
Stanton, CA 90680


Dispatch Trucking, Inc.
14032 Santa Ana Avenue
Fontana, CA 92337


Doug's Filter Service
1920 West Mission Road
Escondido, CA 92029


Douglas B. Vanderpool
330 Main Street
Suite 203B
Seal Beach, CA 90740


ECCO Equipment Corporation
1417 North Susan Street
Santa Ana, CA 92703


Eli Njaa
160 Parnassus Circle
Oceanside, CA 92054


Employment Development Department, State of C
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280


EquipmentShare, Inc.
P.O. Box 650429
Dallas, TX 72565


F E Simmer Inc.
P.O. Box 89158
Temecula, CA 92589
```

Fallbrook Oil
1208 South Main Street
Fallbrook, CA 92028


First Western Bank
100 Prairie Center Drive
Eden Prairie, MN 55344


First Western Equipment Finance
100 Prairie Center Drive
Eden Prairie, MN 55344


First Western Equipment Finance, a division o
c/o Wright Law Group, PLLC
1110 N. Virgil AVE, STE 90003
Los Angeles, CA 90029


Franchise Tax Board, State of California
Bankruptcy Section NS A340
P.O. Box 2952
Sacramento, CA 95812-2952


Free Builders Supply
1530 Linda Vista Drive
San Marcos, CA 92078


Frontier Communications
P.O. Box 60553
Oaklahoma City, OK 73146


G.O. Rodriguez Trucking, Inc.
PO Box 2211
Irwindale, CA 91706


GB Equipment, LLC
540 Enterprise Street
Escondido, CA 92029


GB Equipment, LLC
665 Opper Street
Suite 201
Escondido, CA 92029


Genesis Wrecking Inc.
3833 Schaefer Ave
Chino, CA 91710


Gothic Landscape Construction
3110 Myers Street
Riverside, CA 92503

Gurstel Law Firm PC
3914 Murphy Canyon
Suite A125
San Diego, CA 92123


Hamann Construction
1000 Pioneer Way
El Cajon, CA 92020


HD Supply / White Cap Construction
PO Box 6040
Cypress, CA 90630


Herc Rentals Inc.
PO Box 936257
Atlanta, GA 31193


Ian Rodriguez
40043 Gibraltar Dr.
Murrieta, CA 95262-5830


ICW Group
11455 El Camino Real
San Diego, CA 92130


Imperial Sprinkler & Supply
PO Box 741381
Los Angeles, CA 90074


Internal Revenue Service; Special Procedures
880 Front Street
Room 3269
San Diego, CA 92101-8869


James C Stevens Attorney at Law
402 W Broadway Suite 400
San Diego , CA 92101


Jeb Sand and Gravel
5323 Camino Jasmine
Bonsall, CA 92003


KVL Tires
160 Industrial Street
San Marcos, CA 92078


L.A. Commercial Group, Inc.
1111 N Brand Blvd.
Suite 401
Glendale, CA 91202

Leaf Capital Funding
PO Box 644006
Cincinnati, OH 45264


Leaf Capital Funding


LJ Sierra, Inc.
PO Box 5624
Oceanside, CA 92052


Marks & Pinto, LLP
2240 5th Ave, San Diego, CA 92101-2104
San Diego, CA 92101-2104


McLaughlin Legal
5151 Shoreham Place
San Diego, CA 92122


Merit Oil Company
PO Box 341
Bloomington, CA 92316


Michael Parizo
28728 Chaucer Drive
Menifee, CA 92584


NACM Commercial Services
814 Morena Blvd.,
Suite 304
San Diego, CA 92110


National Claim Services
PO Box 500698
Atlanta, GA 31150


On Grade V-Ditch Excavating, Inc.
16286 Pine Avenue
Fontana, CA 92335


Operating Engineers Trust Fund
P.O. Box 7063
Pasadena, CA 91109


Oscar Salas
29919 Calle Tomas
Menifee, CA 92586


Otay Land Field (Republic Services)
8541 Mast Blvd
Santee , CA 92071

Otay Mesa Sales, Inc.
1596 Radar Road
San Diego, CA 92154


P-Fleet
6390 Greenwich Drive
Ste 200
San Diego, CA 92122


Pavestone LLC
5 Concourse Parkway, Suite 1900
Suite 1900
Atlanta, GA 30328


Pavestone, LLC
5 Concourse Parkway, Suite 1900
Atlanta, GA 30328


PDQ Rentals
1110 W Washington Ave
San Marcos, CA 92069


Platinum Enterprises
2970 Myers Street
Riverside, CA 92503


Porter Rents, LLC
13013 Temescal Canyon Road
Corona, CA 92883


Positive LLC
16776 Bernardo Center Dr.
San Diego, CA 92128


Procore Technologies, Inc
PO Box 201212
Dallas, TX 75320


RDO Equipment Company
PO Box 7160
Fargo , ND 58106


Rentto & Rentto, PLC
3517 Camino Del Rio South
Suite 412
San Diego, CA 92108-4046


Richard Lopez Construction
232 East Grand Blvd
Coronna, CA 92879

Riverside Express
P.O. Box 1515
Corona, CA 92878


Robertson's
PO Box 3600
Corona, CA 92878


San Diego County Construction Laborers Trust
P.O. Box 51838
Los Angeles, CA 90051


San Diego County Treasurer - Tax Colle
PO Box 129009
San Diego, CA 92112


Sandco Insurance Agency
5155 West Rosecrans Ave
Hawthorne, CA 90250


Savala Equipment Company, Inc.
16402 Construction Circle East
Irvine, CA 92606


Scott Citlau
7461 WIndrose Drive
Highland, CA 92346


Screamin' Signs & Graphics, LLC
1710 Palmyrite Ave
Ste 15
Riverside, CA 92507


South Bay Expressway (the 125 Toll Road)(Sand
1129 La Media Road
San Diego, CA 92154


Spotlink
4669 Murphy Canyon Rd
Ste 21
San Diego, CA 92123


Team Sweep
387 Magnolia Ave
Corona, CA 92879


Tencate Geosynthetics N.A.
PO Box 100288
Atlanta, GA 30384

Terra Mapping Solutions
1762 Big Boulder Court
Reno, NV 89521


The Construction Pros Corp
12646 10th Street
Yucaipa, CA 92399


The Toll Roads
PO Box 57011
Irvine, CA 92619


Tierrag Inc.
PO Box 8635
Redlands, CA 92375


Tonka Tractor Rentals, Inc.
5256 South Mission Road
Ste 703-002
Bonsall, CA 92003


Traut Petroleum Inc


Traut Petroleum, Inc.
1208 South Main Ave.
Fallbrook, CA 92028


Travis Tidwell Settlement (Wilshire Law Firm)
660 S. Figueroa St.
Sky Lobby
Los Angeles, CA 90017


TRB Equipment Company
2128 Oak Canyon Lane
Chino Hills, CA 91709


Trinity Equipment Inc.
9650 South La Cadena Drive
Colton, CA 92324


TWP Inc
4675 Wade Ave
Peris, CA 92571


United Rentals
1301 South State College Blvd
Fullerton, CA 92831


United States Treasury/EFTPS
Insolvency Operations Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

Upland Specialty Insurance Company
5050 Quorum Drive
Suite 700-#473
Dallas, TX 75254


VanderSpek Howerzyl, CPAS
350 West 5th Avenue
Escondido, CA 92025


Vaughan Trucking LLC
38725 Avenida Bonita
Murrieta, CA 92562


Vista Irrigation District
1391 Engineer Street
Vista, CA 92081


Warrior Machinery LLC
2353 S Cactus AVE
Bloomington, CA 92316


Warrior Machinery LLC
2353 S Cactus AVE
Rialto, CA 92316


Warrior Machinery, LLC


West Coast Sand & Gravel, Inc.
PO Box 5067
Buena Park, CA 90622


Workwise Compliance
PO Box 5750
Carol Stream, IL 60197


Wright Law Group
1110 North Virgil Ave.
Suite 9003
Los Angeles, CA 90029