# Notice Recipients

District/Off: 0974–3         User: Admin.                Date Created: 10/28/2025
Case: 25–04421–CL7           Form ID: 309C               Total: 142

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
15230741     Leaf Capital Funding
15230782     Traut Petroleum Inc
15230796     Warrior Machinery, LLC
                                                                                    TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Mountain Movers Engineering Contractors, Inc.      P.O. Box 962        San Marcos, CA 92079 UNITED STATES
ust          United States Trustee       Office of the U.S. Trustee       880 Front Street       Suite 3230       San Diego, CA 92101
tr           Christopher R. Barclay       P.O. Box 2819       La Mesa, CA 91943–2819
aty          Martin A. Eliopulos       Higgs, Fletcher & Mack LLP       401 West A Street, Suite 2600       San Diego, CA 92101
smg          United States Trustee       Office of the U.S. Trustee       880 Front Street       Suite 3230       San Diego, CA 92101
smg          Employment Develop. Dept., State of CA       Bankruptcy Unit – MIC 92E       P.O. Box 826880       Sacramento, CA 94280
smg          Div. of Labor Standards Enforcement       7575 Metropolitan Drive, Suite 210       San Diego, CA 92108
smg          California Department of Tax and Fee Administration       Account Information Group, MIC:29       P.O. Box 942879       Sacramento, CA 94279–0029
smg          Franchise Tax Board       Attn: Bankruptcy       P.O. Box 2952       Sacramento, CA 95812–2952
15230667     3BG & Equipment Rental LLC       30896 Emperor Dr       Canyon Lake, CA 92587
15230668     405 Express Lanes       P.O. Box 2177       Costa Mesa, CA 92628
15230669     91 Express Lanes       PO Box 68039       Anaheim, CA 92817
15230670     A1 Pumpcrete, Inc       P.O. Box 1885       Poway , CA 92074
15230672     AFCO Insurance Premium Finance       P.O. Box 887200       Los Angeles, CA 90088
15230674     AJ Rental, Inc       1551 North Tustin Ave       Santa Ana, CA 92705
15230671     Addison Equipment Rental       10206 Elm Ave       Fontana, CA 92335
15230673     Affordable Site Model, Inc       P.O. Box 2025       Clovis, CA 93613
15230678     BST Linehaul       P.O. Box 1585       Lakeside, CA 92040
15230675     Balboa Capital       575 Anton Blvd.       Suite 1100       Costa Mesa, CA 92626
15230676     Blueberry Rentals Inc       33361 Gisbome Way       Lake Elsinore, CA 92530
15230677     Boneyard Equipment Inc       36700 Pavic Court       Lake Elsinore, CA 92532
15230679     Buckets 4 Rent       P.O. Box 55275       Riverside, CA 92517
15230680     Byzfunder (GBR Funding West)       530 7th Ave       Suite 505       New York, NY 10018
15230681     C5 Equipment Rental       21921 Alessandro Boulevard       Moreno Valley, CA 92553
15230692     CFGMS       180 Maiden Lane, 15th Floor       New York, NY 10038
15230694     CIT First Citizens Bank & Trust (Orion Capit       10201 Centurion Parkway North       Suite 100       Jacksonville, FL 32256
15230695     CIT First Citizens Bank & Trust (OrionCapital       10201 Centurion Parkway North       Suite 100       Jacksonville, FL 32256
15230682     Cal–Savers       P.O. Box 55759       Boston, MA 02205–5759
15230683     California Apprenticeship Council       P.O. Box 511283       Los Angeles, CA 90051
15230684     California Disbursement Unit       PO Box 989067       West Sacramento , CA 95798
15230685     California Tree Service, Inc       P.0. Box 2019       San Marcos, CA 92079
15230686     Canon Solutions America       15004 Collections Center Drive       Chicago, IL 60093
15230687     Carmax Auto Finance       P.O. Box 440609       Kennesaw, GA 30160
15230688     Carmax Auto Finance       P.O. Box 440609       P.O. Box 440609       Kennesaw, GA 30160
15230689     Cash Equipment Inc       17540 La Sierra Ave       Riverside, CA 92503
15230690     Caterpillar Access Account       P.O. Box 905299       Charlotte, NC 28290
15230691     Certified Laboratories       23261 Network Place       Chicago, IL 60673
15230693     Champ Equipment Corp.       P.O. Box 7233       Norco, CA 92860
15230696     Collinsworth Construction Inc       P.O. Box 1286       Yucaipa, CA 92399
15230697     Commercial Credit Group (CCG)       2135 City Gate Lane       Suite 440       Naperville, IL 60563
15230698     Construction Notice Service       9520 Padgett Street       Suite 208       San Diego, CA 92126
15230699     Court Ordered Debt Collections       P.O. Box 1328       Rancho Cordova, CA 95741
15230700     Crimson Marie Company (Sarah Thacker)       P.O. Box 291723       Phelan, CA 92329
15230701     D.L.S. OTR Service, Inc.       9036 Mission Blvd.       Jarupa Valley, CA 92509
15230705     DF Trucking LLC       6494 Mitchell Ave       Riverside, CA 92505
15230702     De Lage Landed Financial Services, Inc. (Leas       P.O. Box 825736       Philadelphia, PA 19182–5736
15230703     De Lage Landen Financial Services       P.O. Box 825736       Philadelphia, PA 19182
15230704     Dean Smith       9102 Old Castle Road       Valley Center, CA 92082
15230706     Dirt Patrol       P.O. Box 1095       Wildomar, CA 92595
15230707     Dirtprep Solutions, LP.       7108 Katella Ave #403       Stanton, CA 90680
15230708     Dispatch Trucking, Inc.       14032 Santa Ana Avenue       Fontana, CA 92337
15230709     Doug's Filter Service       1920 West Mission Road       Escondido, CA 92029
15230710     Douglas B. Vanderpool       330 Main Street       Suite 203B       Seal Beach, CA 90740
15230711     ECCO Equipment Corporation       1417 North Susan Street       Santa Ana, CA 92703
15230712     Eli Njaa       160 Parnassus Circle       Oceanside, CA 92054

| | | |
|---|---|---|
| 15230713 | Employment Development Department, State of C | Bankruptcy Unit – MIC 92E    P.O. Box 826880    Sacramento, CA 94280 |
| 15230714 | EquipmentShare, Inc. | P.O. Box 650429    Dallas, TX 72565 |
| 15230715 | F E Simmer Inc. | P.O. Box 89158    Temecula, CA 92589 |
| 15230716 | Fallbrook Oil | 1208 South Main Street    Fallbrook, CA 92028 |
| 15230717 | First Western Bank | 100 Prairie Center Drive    Eden Prairie, MN 55344 |
| 15230718 | First Western Equipment Finance | 100 Prairie Center Drive    Eden Prairie, MN 55344 |
| 15230719 | First Western Equipment Finance, a division o | c/o Wright Law Group, PLLC    1110 N. Virgil AVE, STE 90003    Los Angeles, CA 90029 |
| 15230720 | Franchise Tax Board, State of California | Bankruptcy Section NS A340    P.O. Box 2952    Sacramento, CA 95812–2952 |
| 15230721 | Free Builders Supply | 1530 Linda Vista Drive    San Marcos, CA 92078 |
| 15230722 | Frontier Communications | P.O. Box 60553    Oakahoma City, OK 73146 |
| 15230723 | G.O. Rodriguez Trucking, Inc. | PO Box 2211    Irwindale, CA 91706 |
| 15230724 | GB Equipment, LLC | 540 Enterprise Street    Escondido, CA 92029 |
| 15230725 | GB Equipment, LLC | 665 Opper Street    Suite 201    Escondido, CA 92029 |
| 15230726 | Genesis Wrecking Inc. | 3833 Schaefer Ave    Chino, CA 91710 |
| 15230727 | Gothic Landscape Construction | 3110 Myers Street    Riverside, CA 92503 |
| 15230728 | Gurstel Law Firm PC | 3914 Murphy Canyon    Suite A125    San Diego, CA 92123 |
| 15230730 | HD Supply / White Cap Construction | PO Box 6040    Cypress, CA 90630 |
| 15230729 | Hamann Construction | 1000 Pioneer Way    El Cajon, CA 92020 |
| 15230731 | Herc Rentals Inc. | PO Box 936257    Atlanta, GA 31193 |
| 15230733 | ICW Group | 11455 El Camino Real    San Diego, CA 92130 |
| 15230732 | Ian Rodriguez | 40043 Gibraltar Dr.    Murrieta, CA 95262–5830 |
| 15230734 | Imperial Sprinkler & Supply | PO Box 741381    Los Angeles, CA 90074 |
| 15230735 | Internal Revenue Service; Special Procedures | 880 Front Street    Room 3269    San Diego, CA 92101–8869 |
| 15230736 | James C Stevens Attorney at Law | 402 W Broadway Suite 400    San Diego , CA 92101 |
| 15230737 | Jeb Sand and Gravel | 5323 Camino Jasmine    Bonsall, CA 92003 |
| 15230738 | KVL Tires | 160 Industrial Street    San Marcos, CA 92078 |
| 15230739 | L.A. Commercial Group, Inc. | 1111 N Brand Blvd.    Suite 401    Glendale, CA 91202 |
| 15230742 | LJ Sierra, Inc. | PO Box 5624    Oceanside, CA 92052 |
| 15230740 | Leaf Capital Funding | PO Box 644006    Cincinnati, OH 45264 |
| 15230743 | Marks & Pinto, LLP | 2240 5th Ave, San Diego, CA 92101–2104    San Diego, CA 92101–2104 |
| 15230744 | McLaughlin Legal | 5151 Shoreham Place    San Diego, CA 92122 |
| 15230745 | Merit Oil Company | PO Box 341    Bloomington, CA 92316 |
| 15230746 | Michael Parizo | 28728 Chaucer Drive    Menifee, CA 92584 |
| 15230747 | NACM Commercial Services | 814 Morena Blvd.,    Suite 304    San Diego, CA 92110 |
| 15230748 | National Claim Services | PO Box 500698    Atlanta, GA 31150 |
| 15230749 | On Grade V–Ditch Excavating, Inc. | 16286 Pine Avenue    Fontana, CA 92335 |
| 15230750 | Operating Engineers Trust Fund | P.O. Box 7063    Pasadena, CA 91109 |
| 15230751 | Oscar Salas | 29919 Calle Tomas    Menifee, CA 92586 |
| 15230752 | Otay Land Field (Republic Services) | 8541 Mast Blvd    Santee , CA 92071 |
| 15230753 | Otay Mesa Sales, Inc. | 1596 Radar Road    San Diego, CA 92154 |
| 15230754 | P–Fleet | 6390 Greenwich Drive    Ste 200    San Diego, CA 92122 |
| 15230757 | PDQ Rentals | 1110 W Washington Ave    San Marcos, CA 92069 |
| 15230755 | Pavestone LLC | 5 Concourse Parkway, Suite 1900    Suite 1900    Atlanta, GA 30328 |
| 15230756 | Pavestone, LLC | 5 Concourse Parkway, Suite 1900    Atlanta, GA 30328 |
| 15230758 | Platinum Enterprises | 2970 Myers Street    Riverside, CA 92503 |
| 15230759 | Porter Rents, LLC | 13013 Temescal Canyon Road    Corona, CA 92883 |
| 15230760 | Positive LLC | 16776 Bernardo Center Dr.    San Diego, CA 92128 |
| 15230761 | Procore Technologies, Inc | PO Box 201212    Dallas, TX 75320 |
| 15230762 | RDO Equipment Company | PO Box 7160    Fargo , ND 58106 |
| 15230763 | Rentto & Rentto, PLC | 3517 Camino Del Rio South    Suite 412    San Diego, CA 92108–4046 |
| 15230764 | Richard Lopez Construction | 232 East Grand Blvd    Coronna, CA 92879 |
| 15230765 | Riverside Express | P.O. Box 1515    Corona, CA 92878 |
| 15230766 | Robertson's | PO Box 3600    Corona, CA 92878 |
| 15230767 | San Diego County Construction Laborers Trust | P.O. Box 51838    Los Angeles, CA 90051 |
| 15230768 | San Diego County Treasurer – Tax Colle | PO Box 129009    San Diego, CA 92112 |
| 15230769 | Sandco Insurance Agency | 5155 West Rosecrans Ave    Hawthorne, CA 90250 |
| 15230770 | Savala Equipment Company, Inc. | 16402 Construction Circle East    Irvine, CA 92606 |
| 15230771 | Scott Citlau | 7461 WIndrose Drive    Highland, CA 92346 |
| 15230772 | Screamin' Signs & Graphics, LLC | 1710 Palmyrite Ave    Ste 15    Riverside, CA 92507 |
| 15230773 | South Bay Expressway (the 125 Toll Road)(Sand | 1129 La Media Road    San Diego, CA 92154 |
| 15230774 | Spotlink | 4669 Murphy Canyon Rd    Ste 21    San Diego, CA 92123 |
| 15230785 | TRB Equipment Company | 2128 Oak Canyon Lane    Chino Hills, CA 91709 |
| 15230787 | TWP Inc | 4675 Wade Ave    Peris, CA 92571 |
| 15230775 | Team Sweep | 387 Magnolia Ave    Corona, CA 92879 |
| 15230776 | Tencate Geosynthetics N.A. | PO Box 100288    Atlanta, GA 30384 |
| 15230777 | Terra Mapping Solutions | 1762 Big Boulder Court    Reno, NV 89521 |
| 15230778 | The Construction Pros Corp | 12646 10th Street    Yucaipa, CA 92399 |
| 15230779 | The Toll Roads | PO Box 57011    Irvine, CA 92619 |
| 15230780 | Tierrag Inc. | PO Box 8635    Redlands, CA 92375 |
| 15230781 | Tonka Tractor Rentals, Inc. | 5256 South Mission Road    Ste 703–002    Bonsall, CA 92003 |
| 15230783 | Traut Petroleum, Inc. | 1208 South Main Ave.    Fallbrook, CA 92028 |
| 15230784 | Travis Tidwell Settlement (Wilshire Law Firm) | 660 S. Figueroa St.    Sky Lobby    Los Angeles, CA 90017 |
| 15230786 | Trinity Equipment Inc. | 9650 South La Cadena Drive    Colton, CA 92324 |

| | | | | |
|---|---|---|---|---|
| 15230788 | United Rentals | 1301 South State College Blvd | Fullerton, CA 92831 | |
| 15230789 | United States Treasury/EFTPS | Insolvency Operations Unit | P.O. Box 7346 | Philadelphia, PA 19101–7346 |
| 15230790 | Upland Specialty Insurance Company | 5050 Quorum Drive | Suite 700–#473 | Dallas, TX 75254 |
| 15230791 | VanderSpek Howerzyl, CPAS | 350 West 5th Avenue | Escondido, CA 92025 | |
| 15230792 | Vaughan Trucking LLC | 38725 Avenida Bonita | Murrieta, CA 92562 | |
| 15230793 | Vista Irrigation District | 1391 Engineer Street | Vista, CA 92081 | |
| 15230794 | Warrior Machinery LLC | 2353 S Cactus AVE | Bloomington, CA 92316 | |
| 15230795 | Warrior Machinery LLC | 2353 S Cactus AVE | Rialto, CA 92316 | |
| 15230797 | West Coast Sand & Gravel, Inc. | PO Box 5067 | Buena Park, CA 90622 | |
| 15230798 | Workwise Compliance | PO Box 5750 | Carol Stream, IL 60197 | |
| 15230799 | Wright Law Group | 1110 North Virgil Ave. | Suite 9003 | Los Angeles, CA 90029 |

TOTAL: 139