| Information to identify the case: | | |
|---|---|---|
| Debtor | **Mountain Movers Engineering Contractors, Inc.**<br>Name | EIN: 20–8261715 |
| United States Bankruptcy Court   Southern District of California | | Date case filed for chapter:   7   10/27/25 |
| Case number:   25–04421–CL7 | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline         12/15/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | |
|---|---|---|
| 1. **Debtor's full name** | Mountain Movers Engineering Contractors, Inc. | |
| 2. **All other names used in the last 8 years** | | |
| 3. **Address** | P.O. Box 962<br>San Marcos, CA 92079<br>UNITED STATES | |
| 4. **Debtor's attorney**<br>Name and address | Martin A. Eliopulos<br>Higgs, Fletcher & Mack LLP<br>401 West A Street, Suite 2600<br>San Diego, CA 92101 | Contact phone (619) 236–1551<br>Email elio@higgslaw.com |
| 5. **Bankruptcy trustee**<br>Name and address | Christopher R. Barclay<br>P.O. Box 2819<br>La Mesa, CA 91943–2819 | Contact phone 619–255–1529<br>Email:  admin@crb7trustee.com |
| 6. **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.casb.uscourts.gov. | Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991 | Hours open<br>8:30am – 4:30pm<br>Contact phone 619–557–5620 |
| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **December 3, 2025 at 08:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 899 506 3782, and, Passcode 3301391688, OR, call (619) 367–5256**<br>For additional meeting information go to www.justice.gov/ust/moc |
| 8. **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

| | |
|---|---|
| **9. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page **1**

Debtor **Mountain Movers Engineering Contractors, Inc.**                                    Case number **25−04421−CL7**

## NOTICE OF APPOINTMENT OF INTERIM TRUSTEE

An order for relief having been entered in the above−referenced case on 10/27/25, the following person is named Interim Trustee of the estate of the debtor:

Christopher R. Barclay
P.O. Box 2819
La Mesa, CA 91943−2819

## TRUSTEE REQUIREMENTS

Debtors and debtors' attorneys must review the Standing Administration Guidelines immediately to comply with the production of supporting documentation of material represented in the Schedules and Statement of Financial Affair. Failure to do so in a timely manner may result in continuances of Meetings and additional appearances. The Trustee Guidelines and Additional Requirements are available on the internet at:

http://www.casb.uscourts.gov/trusteeguidelines

## DISMISSAL OF CASE

Notice is given that this case will be dismissed if the debtor(s) fails to pay the filing fee pursuant to the Rules of Bankruptcy Procedure 1006. This dismissal may occur without further notice.

Furthermore, notice is given that if the Debtor fails to file schedules and statements or other documents required by the Rules of Bankruptcy Procedure 1007, and/or 11 U.S.C. 521, or if the Debtor or Joint Debtor fails to appear at the §341(a) meeting that the Court, Trustee or U.S. Trustee may move for dismissal of the case without further notice to the Debtor or Creditors. A party in interest may object to the motion for dismissal at the §341(a) meeting, at which time a hearing on the objection will be scheduled.

## BANKRUPTCY FRAUD

If you have information regarding any bankruptcy fraud or abuse, please contact the United States Trustee in writing at 880 Front Street, 3rd Floor, Ste. 3230, San Diego, CA 92101 and/or by calling 619−557−5013.

page **2**

For the Court:

Mark Schnakenberg, Clerk
United States Bankruptcy Court
Southern District of California

Dated: 10/28/25

United States Bankruptcy Court
Southern District of California

In re:  
Mountain Movers Engineering Contractors,  
    Debtor

Case No. 25-04421-CL  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 4  
Date Rcvd: Oct 28, 2025      Form ID: 309C      Total Noticed: 137

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mountain Movers Engineering Contractors, Inc., P.O. Box 962, San Marcos, CA 92079, UNITED STATES 92079-0962 |
| 15230667 | #+ | 3BG & Equipment Rental LLC, 30896 Emperor Dr, Canyon Lake, CA 92587-7740 |
| 15230668 | + | 405 Express Lanes, P.O. Box 2177, Costa Mesa, CA 92628-2177 |
| 15230669 | + | 91 Express Lanes, PO Box 68039, Anaheim, CA 92817-0839 |
| 15230670 | + | A1 Pumpcrete, Inc, P.O. Box 1885, Poway, CA 92074-1885 |
| 15230672 | + | AFCO Insurance Premium Finance, P.O. Box 887200, Los Angeles, CA 90088-7200 |
| 15230674 | + | AJ Rental, Inc, 1551 North Tustin Ave, Santa Ana, CA 92705-8665 |
| 15230671 | + | Addison Equipment Rental, 10206 Elm Ave, Fontana, CA 92335-6316 |
| 15230673 | + | Affordable Site Model, Inc, P.O. Box 2025, Clovis, CA 93613-2025 |
| 15230678 | + | BST Linehaul, P.O. Box 1585, Lakeside, CA 92040-0914 |
| 15230675 | + | Balboa Capital, 575 Anton Blvd., Suite 1100, Costa Mesa, CA 92626-7685 |
| 15230676 | + | Blueberry Rentals Inc, 33361 Gisbome Way, Lake Elsinore, CA 92530-5411 |
| 15230677 | + | Boneyard Equipment Inc, 36700 Pavic Court, Lake Elsinore, CA 92532-2660 |
| 15230679 | + | Buckets 4 Rent, P.O. Box 55275, Riverside, CA 92517-0275 |
| 15230680 | + | Byzfunder (GBR Funding West), 530 7th Ave, Suite 505, New York, NY 10018-4890 |
| 15230681 | + | C5 Equipment Rental, 21921 Alessandro Boulevard, Moreno Valley, CA 92553-8209 |
| 15230692 | + | CFGMS, 180 Maiden Lane, 15th Floor, New York, NY 10038-5150 |
| 15230694 | + | CIT First Citizens Bank & Trust (Orion Capit, 10201 Centurion Parkway North, Suite 100, Jacksonville, FL 32256-4114 |
| 15230695 | + | CIT First Citizens Bank & Trust (OrionCapital, 10201 Centurion Parkway North, Suite 100, Jacksonville, FL 32256-4114 |
| 15230682 | | Cal-Savers, P.O. Box 55759, Boston, MA 02205-5759 |
| 15230683 | + | California Apprenticeship Council, P.O. Box 511283, Los Angeles, CA 90051-7838 |
| 15230684 | + | California Disbursement Unit, PO Box 989067, West Sacramento, CA 95798-9067 |
| 15230685 | + | California Tree Service, Inc, P.0. Box 2019, San Marcos, CA 92079-2019 |
| 15230686 | | Canon Solutions America, 15004 Collections Center Drive, Chicago, IL 60093 |
| 15230689 | + | Cash Equipment Inc, 17540 La Sierra Ave, Riverside, CA 92503-6525 |
| 15230690 | + | Caterpillar Access Account, P.O. Box 905299, Charlotte, NC 28290-0001 |
| 15230691 | + | Certified Laboratories, 23261 Network Place, Chicago, IL 60673-1232 |
| 15230693 | + | Champ Equipment Corp., P.O. Box 7233, Norco, CA 92860-8074 |
| 15230696 | + | Collinsworth Construction Inc, P.O. Box 1286, Yucaipa, CA 92399-1286 |
| 15230698 | #+ | Construction Notice Service, 9520 Padgett Street, Suite 208, San Diego, CA 92126-4400 |
| 15230699 | + | Court Ordered Debt Collections, P.O. Box 1328, Rancho Cordova, CA 95741-1328 |
| 15230700 | + | Crimson Marie Company (Sarah Thacker), P.O. Box 291723, Phelan, CA 92329-1723 |
| 15230701 | + | D.L.S. OTR Service, Inc., 9036 Mission Blvd., Jarupa Valley, CA 92509-2816 |
| 15230705 | + | DF Trucking LLC, 6494 Mitchell Ave, Riverside, CA 92505-2012 |
| 15230702 | | De Lage Landed Financial Services, Inc. (Leas, P.O. Box 825736, Philadelphia, PA 19182-5736 |
| 15230703 | + | De Lage Landen Financial Services, P.O. Box 825736, Philadelphia, PA 19182-5736 |
| 15230704 | + | Dean Smith, 9102 Old Castle Road, Valley Center, CA 92082-5504 |
| 15230706 | + | Dirt Patrol, P.O. Box 1095, Wildomar, CA 92595-1095 |
| 15230707 | + | Dirtprep Solutions, LP., 7108 Katella Ave #403, Stanton, CA 90680-2803 |
| 15230708 | + | Dispatch Trucking, Inc., 14032 Santa Ana Avenue, Fontana, CA 92337-7035 |
| 15230709 | + | Doug's Filter Service, 1920 West Mission Road, Escondido, CA 92029-1114 |

| District/off: 0974-3 | User: Admin. | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 28, 2025 | Form ID: 309C | Total Noticed: 137 |

| | | |
|---|---|---|
| 15230710 | + | Douglas B. Vanderpool, 330 Main Street, Suite 203B, Seal Beach, CA 90740-6352 |
| 15230711 | + | ECCO Equipment Corporation, 1417 North Susan Street, Santa Ana, CA 92703-1415 |
| 15230712 | + | Eli Njaa, 160 Parnassus Circle, Oceanside, CA 92054-4545 |
| 15230715 | | F E Simmer Inc., P.O. Box 89158, Temecula, CA 92589 |
| 15230716 | + | Fallbrook Oil, 1208 South Main Street, Fallbrook, CA 92028-3387 |
| 15230717 | + | First Western Bank, 100 Prairie Center Drive, Eden Prairie, MN 55344-5391 |
| 15230719 | + | First Western Equipment Finance, a division o, c/o Wright Law Group, PLLC, 1110 N. Virgil AVE, STE 90003, Los Angeles, CA 90029-2016 |
| 15230721 | + | Free Builders Supply, 1530 Linda Vista Drive, San Marcos, CA 92078-3889 |
| 15230722 | + | Frontier Communications, P.O. Box 60553, Oaklahoma City, OK 73146-0553 |
| 15230723 | + | G.O. Rodriguez Trucking, Inc., PO Box 2211, Irwindale, CA 91706-1128 |
| 15230724 | + | GB Equipment, LLC, 540 Enterprise Street, Escondido, CA 92029-1243 |
| 15230725 | + | GB Equipment, LLC, 665 Opper Street, Suite 201, Escondido, CA 92029-1021 |
| 15230726 | + | Genesis Wrecking Inc., 3833 Schaefer Ave, Chino, CA 91710-5456 |
| 15230727 | + | Gothic Landscape Construction, 3110 Myers Street, Riverside, CA 92503-5599 |
| 15230728 | + | Gurstel Law Firm PC, 3914 Murphy Canyon, Suite A125, San Diego, CA 92123-4499 |
| 15230730 | + | HD Supply / White Cap Construction, PO Box 6040, Cypress, CA 90630-0040 |
| 15230729 | + | Hamann Construction, 1000 Pioneer Way, El Cajon, CA 92020-1923 |
| 15230733 | + | ICW Group, 11455 El Camino Real, San Diego, CA 92130-2088 |
| 15230732 | + | Ian Rodriguez, 40043 Gibraltar Dr., Murrieta, CA 92562-5830 |
| 15230734 | + | Imperial Sprinkler & Supply, PO Box 741381, Los Angeles, CA 90074-1381 |
| 15230736 | + | James C Stevens Attorney at Law, 402 W Broadway Suite 400, San Diego , CA 92101-3554 |
| 15230737 | + | Jeb Sand and Gravel, 5323 Camino Jasmine, Bonsall, CA 92003-4913 |
| 15230738 | + | KVL Tires, 160 Industrial Street, San Marcos, CA 92078-4380 |
| 15230742 | + | LJ Sierra, Inc., PO Box 5624, Oceanside, CA 92052-5624 |
| 15230740 | + | Leaf Capital Funding, PO Box 644006, Cincinnati, OH 45264-0001 |
| 15230743 | | Marks & Pinto, LLP, 2240 5th Ave, San Diego, CA 92101-2104, San Diego, CA 92101-2104 |
| 15230744 | + | McLaughlin Legal, 5151 Shoreham Place, San Diego, CA 92122-5962 |
| 15230745 | + | Merit Oil Company, PO Box 341, Bloomington, CA 92316-0341 |
| 15230746 | + | Michael Parizo, 28728 Chaucer Drive, Menifee, CA 92584-7905 |
| 15230747 | + | NACM Commercial Services, 814 Morena Blvd.,, Suite 304, San Diego, CA 92110-2633 |
| 15230748 | #+ | National Claim Services, PO Box 500698, Atlanta, GA 31150-0698 |
| 15230749 | + | On Grade V-Ditch Excavating, Inc., 16286 Pine Avenue, Fontana, CA 92335-5566 |
| 15230750 | + | Operating Engineers Trust Fund, P.O. Box 7063, Pasadena, CA 91109-7063 |
| 15230751 | + | Oscar Salas, 29919 Calle Tomas, Menifee, CA 92586-3506 |
| 15230752 | | Otay Land Field (Republic Services), 8541 Mast Blvd, Santee , CA 92071 |
| 15230754 | + | P-Fleet, 6390 Greenwich Drive, Ste 200, San Diego, CA 92122-5923 |
| 15230757 | | PDQ Rentals, 1110 W Washington Ave, San Marcos, CA 92069 |
| 15230755 | + | Pavestone LLC, 5 Concourse Parkway, Suite 1900, Suite 1900, Atlanta, GA 30328-6111 |
| 15230756 | + | Pavestone, LLC, 5 Concourse Parkway, Suite 1900, Atlanta, GA 30328-6111 |
| 15230758 | + | Platinum Enterprises, 2970 Myers Street, Riverside, CA 92503-5524 |
| 15230759 | + | Porter Rents, LLC, 13013 Temescal Canyon Road, Corona, CA 92883-8454 |
| 15230760 | + | Positive LLC, 16776 Bernardo Center Dr., San Diego, CA 92128-2534 |
| 15230761 | + | Procore Technologies, Inc, PO Box 201212, Dallas, TX 75320-1212 |
| 15230762 | + | RDO Equipment Company, PO Box 7160, Fargo , ND 58106-7160 |
| 15230763 | | Rentto & Rentto, PLC, 3517 Camino Del Rio South, Suite 412, San Diego, CA 92108-4046 |
| 15230764 | + | Richard Lopez Construction, 232 East Grand Blvd, Coronna, CA 92879-1579 |
| 15230765 | + | Riverside Express, P.O. Box 1515, Corona, CA 92878-0900 |
| 15230766 | + | Robertson's, PO Box 3600, Corona, CA 92878-3600 |
| 15230767 | + | San Diego County Construction Laborers Trust, P.O. Box 51838, Los Angeles, CA 90051-6138 |
| 15230768 | + | San Diego County Treasurer - Tax Colle, PO Box 129009, San Diego, CA 92112-9009 |
| 15230769 | + | Sandco Insurance Agency, 5155 West Rosecrans Ave, Hawthorne, CA 90250-6694 |
| 15230770 | + | Savala Equipment Company, Inc., 16402 Construction Circle East, Irvine, CA 92606-4408 |
| 15230771 | + | Scott Citlau, 7461 WIndrose Drive, Highland, CA 92346-6559 |
| 15230772 | + | Screamin' Signs & Graphics, LLC, 1710 Palmyrite Ave, Ste 15, Riverside, CA 92507-1627 |
| 15230773 | + | South Bay Expressway (the 125 Toll Road)(Sand, 1129 La Media Road, San Diego, CA 92154-7802 |
| 15230774 | + | Spotlink, 4669 Murphy Canyon Rd, Ste 21, San Diego, CA 92123-4439 |
| 15230785 | + | TRB Equipment Company, 2128 Oak Canyon Lane, Chino Hills, CA 91709-2367 |
| 15230787 | + | TWP Inc, 4675 Wade Ave, Peris, CA 92571-7494 |
| 15230775 | + | Team Sweep, 387 Magnolia Ave, Corona, CA 92879-3307 |
| 15230776 | + | Tencate Geosynthetics N.A., PO Box 100288, Atlanta, GA 30384-0288 |
| 15230777 | + | Terra Mapping Solutions, 1762 Big Boulder Court, Reno, NV 89521-4078 |
| 15230778 | + | The Construction Pros Corp, 12646 10th Street, Yucaipa, CA 92399-2043 |

Case 25-04421-CL7   Filed 10/28/25   Entered 10/30/25 21:09:46   Doc 8   Pg. 6 of 7

District/off: 0974-3                                User: Admin.                                      Page 3 of 4
Date Rcvd: Oct 28, 2025                             Form ID: 309C                                     Total Noticed: 137

| | | |
|---|---|---|
| 15230780 | + | Tierrag Inc., PO Box 8635, Redlands, CA 92375-1835 |
| 15230781 | + | Tonka Tractor Rentals, Inc., 5256 South Mission Road, Ste 703-002, Bonsall, CA 92003-3614 |
| 15230783 | + | Traut Petroleum, Inc., 1208 South Main Ave., Fallbrook, CA 92028-3327 |
| 15230784 | + | Travis Tidwell Settlement (Wilshire Law Firm), 660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017-3442 |
| 15230786 | | Trinity Equipment Inc., 9650 South La Cadena Drive, Colton, CA 92324 |
| 15230789 | | United States Treasury/EFTPS, Insolvency Operations Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15230790 | + | Upland Specialty Insurance Company, 5050 Quorum Drive, Suite 700-#473, Dallas, TX 75254-1410 |
| 15230791 | + | VanderSpek Howerzyl, CPAS, 350 West 5th Avenue, Escondido, CA 92025-4862 |
| 15230792 | + | Vaughan Trucking LLC, 38725 Avenida Bonita, Murrieta, CA 92562-9237 |
| 15230793 | + | Vista Irrigation District, 1391 Engineer Street, Vista, CA 92081-8836 |
| 15230794 | + | Warrior Machinery LLC, 2353 S Cactus AVE, Bloomington, CA 92316-2811 |
| 15230795 | + | Warrior Machinery LLC, 2353 S Cactus AVE, Rialto, CA 92316-2811 |
| 15230797 | + | West Coast Sand & Gravel, Inc., PO Box 5067, Buena Park, CA 90622-5067 |
| 15230798 | + | Workwise Compliance, PO Box 5750, Carol Stream, IL 60197-5750 |
| 15230799 | + | Wright Law Group, 1110 North Virgil Ave., Suite 9003, Los Angeles, CA 90029-2016 |

TOTAL: 118

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| aty | | Email/Text: elio@higgslaw.com | Oct 28 2025 23:22:00 | Martin A. Eliopulos, Higgs, Fletcher & Mack LLP, 401 West A Street, Suite 2600, San Diego, CA 92101 |
| tr | | EDI: QCRBARCLAY2.COM | Oct 29 2025 03:20:00 | Christopher R. Barclay, P.O. Box 2819, La Mesa, CA 91943-2819 |
| smg | | EDI: CALTAXFEE | Oct 29 2025 03:20:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | ^ | MEBN | Oct 28 2025 23:19:50 | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | + | EDI: EDD.COM | Oct 29 2025 03:20:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 29 2025 03:20:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| ust | + | Email/Text: ustp.region15@usdoj.gov | Oct 28 2025 23:22:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 15230687 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 28 2025 23:22:00 | Carmax Auto Finance, P.O. Box 440609, Kennesaw, GA 30160 |
| 15230688 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Oct 28 2025 23:22:00 | Carmax Auto Finance, P.O. Box 440609, P.O. Box 440609, Kennesaw, GA 30160 |
| 15230697 | | Email/Text: legalrequest@commercialcreditgroup.com | Oct 28 2025 23:22:00 | Commercial Credit Group (CCG), 2135 City Gate Lane, Suite 440, Naperville, IL 60563 |
| 15230702 | ^ | MEBN | Oct 28 2025 23:20:06 | De Lage Landed Financial Services, Inc. (Leas, P.O. Box 825736, Philadelphia, PA 19182-5736 |
| 15230703 | ^ | MEBN | Oct 28 2025 23:20:06 | De Lage Landen Financial Services, P.O. Box 825736, Philadelphia, PA 19182-5736 |
| 15230714 | | Email/Text: tim.s.johnson@equipmentshare.com | Oct 28 2025 23:22:00 | EquipmentShare, Inc., P.O. Box 650429, Dallas, TX 72565 |
| 15230713 | + | EDI: EDD.COM | Oct 29 2025 03:20:00 | Employment Development Department, State of C, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 15230718 | + | Email/Text: doug.buck@firstwesternef.com | Oct 28 2025 23:22:00 | First Western Equipment Finance, 100 Prairie |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Center Drive, Eden Prairie, MN 55344-5452 |
| 15230720 | | EDI: CALTAX.COM | Oct 29 2025 03:20:00 | Franchise Tax Board, State of California, Bankruptcy Section NS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 15230731 | ^ | MEBN | Oct 28 2025 23:20:05 | Herc Rentals Inc., PO Box 936257, Atlanta, GA 31193-6257 |
| 15230735 | | EDI: IRS.COM | Oct 29 2025 03:20:00 | Internal Revenue Service; Special Procedures, 880 Front Street, Room 3269, San Diego, CA 92101-8869 |
| 15230739 | + | Email/Text: bk@ccg2.com | Oct 28 2025 23:22:00 | L.A. Commercial Group, Inc., 1111 N Brand Blvd., Suite 401, Glendale, CA 91202-3071 |
| 15230779 | | Email/Text: oaziz@thetollroads.com | Oct 28 2025 23:22:00 | The Toll Roads, PO Box 57011, Irvine, CA 92619 |
| 15230788 | + | Email/Text: sluna@ur.com | Oct 28 2025 23:23:00 | United Rentals, 1301 South State College Blvd, Fullerton, CA 92831-5390 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15230741 | | Leaf Capital Funding |
| 15230782 | | Traut Petroleum Inc |
| 15230796 | | Warrior Machinery, LLC |
| smg | *+ | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 15230753 | ##+ | Otay Mesa Sales, Inc., 1596 Radar Road, San Diego, CA 92154-7815 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 30, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher R. Barclay | admin@crb7trustee.com  mlcunanan@crb7trustee.com;QCRBARCLAY2@ecf.axosfs.com |
| Martin A. Eliopulos | on behalf of Debtor Mountain Movers Engineering Contractors Inc. elio@higgslaw.com, begaym@higgslaw.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 3