Christopher Beyer, SBN 213264
WRIGHT LAW GROUP, PLLC
1110 N Virgil Ave PMB 90003
Los Angeles, CA  90029
Tel.: 310-256-2519
E-mail:  cab@replevin.com

Attorneys for Creditor
COMMERCIAL CREDIT GROUP INC

UNITED STATES BANKRUPTCY COURT

SOUTHERN  DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| In re | ) Case No.: 25-04421-CL7 |
| | ) |
| Mountain Movers Engineering Contractors, Inc., | ) Chapter 7 |
| | ) |
| | ) **NOTICE OF APPEARANCE AND** |
| Debtor. | ) **REQUEST FOR NOTICE** |
| | ) |

     Pursuant to Rules 2002, 3017(a), 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure, Christopher Beyer hereby appears on behalf of Commercial Credit Group Inc, a creditor and party-in-interest in the above-captioned case, and requests that all notices given, and all pleadings, motions, orders and other documents served, in the above-captioned case be given and served to:

Christopher Beyer
Wright Law Group, PLLC
1110 N Virgil Ave PMB 90003
Los Angeles, CA  90029
Tel. & Fax: 310-256-2519; e-mail: cab@replevin.com

Dated: November 13, 2025.               **WRIGHT LAW GROUP, PLLC**

                                            By: /s/Christopher Beyer_____
                                                Christopher Beyer
                                                Attorneys for Creditor
                                                COMMERCIAL CREDIT GROUP INC

# PROOF OF SERVICE

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1110 N Virgil Ave PMB 90003, Los Angeles, CA 90029.

On November 13, 2025, I served the foregoing document described as:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

on the interested parties in this action by placing a true copy thereof in a sealed envelope in the U.S. Mail, with postage thereon fully prepaid, at Humble, TX (77338), addressed as follows, or by electronic CM/ECF service, as indicated:

| | |
|---|---|
| **Debtor – via U.S. Mail**<br>Mountain Movers Engineering Contractors, Inc.<br>P.O. Box 962<br>San Marcos, CA 92079 | |
| **Trustee - via CM/ECF**<br>Christopher R. Barclay<br>P.O. Box 2819<br>La Mesa, CA 91943-2819 | **U.S. Trustee – via CM/ECF**<br>United States Trustee<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 13, 2025, at Humble, Texas.

/s/Gloria Jackson
Gloria Jackson