185poc  
Rev. 06/22

**United States Bankruptcy Court**  
Southern District of California  
Jacob Weinberger U.S. Courthouse  
325 West F Street  
San Diego, CA 92101−6991

Telephone: 619−557−5620  
Website: www.casb.uscourts.gov  
Hours: 8:30am − 4:30pm Monday−Friday

**Mountain Movers Engineering Contractors, Inc.**  
 P.O. Box 962  
San Marcos, CA 92079  
UNITED STATES

Case number: 25−04421−CL7  
Chapter: 7  
Judge  Christopher B. Latham

*No Known Aliases*

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number filed on:   **Proof of Claim No. 2, San Diego Treasurer−Tax Collector** filed on: **11/18/25**  
Title of Document:

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

**The Proof of Claim is not signed by the claimant. The Filer is Directed to file an amended Proof of Claim.**

 The Proof of Claim (form 410) can be obtained at any U.S. Bankruptcy Court or the Court's Web site @ https://www.casb.uscourts.gov/forms/proofclaim OR  
Amended Claim may be filed online at https://www.casb.uscourts.gov/electronic_proof_claim_epoc

**ACTION TAKEN BY COURT**

☑  Atty/Debtor/Movant contacted on **11/18/25**           via  ☐ Tel/Voice Mail     ☑ Email    ☐ Mail or Other

**OTHER:**

Dated: 11/18/25

Mark Schnakenberg  
Clerk of the Bankruptcy Court

United States Bankruptcy Court
Southern District of California

| | |
|---|---|
| In re: | Case No. 25-04421-CL |
| Mountain Movers Engineering Contractors, | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 2 |
| Date Rcvd: Nov 18, 2025 | Form ID: 185poc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol       Definition**
^              Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15237341 | ^ MEBN | Nov 18 2025 23:21:42 | San Diego Treasurer-Tax Collector, 1600 Pacific Hwy Rm 162 Attn BK Desk, San Diego, CA 92101-2477 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Nov 20, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A. Kretsch | on behalf of Trustee Christopher R. Barclay brikretsch@sbcglobal.net  BAKretschCalifornia@jubileebk.net |
| Christopher Beyer | on behalf of Creditor Commercial Credit Group Inc cab@replevin.com  ecf@writofseizure.com |
| Christopher R. Barclay | admin@crb7trustee.com  mlcunanan@crb7trustee.com;QCRBARCLAY2@ecf.axosfs.com |
| Martin A. Eliopulos | on behalf of Debtor Mountain Movers Engineering Contractors  Inc. elio@higgslaw.com, begaym@higgslaw.com |
| United States Trustee | ustp.region15@usdoj.gov |

District/off: 0974-3 User: Admin. Page 2 of 2
Date Rcvd: Nov 18, 2025 Form ID: 185poc Total Noticed: 1
TOTAL: 5