CSD 2065 [08/01/24]

Court Telephone: (619) 557-5620, www.casb.uscourts.gov

Christopher R. Barclay, Chapter 7 Trustee
451 A Street, Suite 410
San Diego, CA 92101
U.S. Mail: P.O. Box 2819, La Mesa, CA 91943-2819
Tel.: (619) 255-1529 Email: admin@crb7trustee.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

Mountain Movers Engineering Contractors, Inc.

Debtor(s)

BANKRUPTCY NO. 25-04421-CL7

**TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY**

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 554 and FRBP 6007(a), notice is hereby given that the undersigned Trustee for this estate intends to abandon the following property:

PROPERTY TO BE ABANDONED:
See attached.

ESTIMATED VALUE OF THE PROPERTY:
See attached (According to values listed on Debtor's Schedule A/B).

LIENS AGAINST THE PROPERTY:
See attached (According to amounts listed on Debtor's Schedule D).

The property is to be abandoned because:

☒ There is little or no equity in the property for the estate.

☒ Costs of collection or litigation will probably exceed any recovery.

☒ Preservation of the asset is burdensome to the bankruptcy estate.

☐ Other:

CSD 2065 [08/01/242]

By abandoning the property, the Trustee is returning the property to the debtor because it cannot, for the reasons stated above, be liquidated for the benefit of creditors. Requests for additional information about the proposed abandonment should be directed to the Trustee named below.

IF YOU OBJECT TO THE PROPOSED ABANDONMENT:

1. **You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

    - CL  - call (619) 557-6019  -  DEPARTMENT ONE (Room 218)
    - JBM - call (619) 557-5157  -  DEPARTMENT TWO (Room 118)
    - LT  - call (619) 557-5157  -  DEPARTMENT THREE (Room 129)

2. **Within 14 days[1] from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition to the Abandonment** and separate **Request and Notice of Hearing** [Local Form CSD 1184[2]] upon the undersigned trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the factual and legal grounds for the opposition.

3. **You must** file the original of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

If you fail to serve your "Declaration in Opposition to the Abandonment" and "Request and Notice of Hearing" within the 14-day[1] period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the moving party may proceed to take the intended action.

Dated: November 17, 2025

/s/ Christopher R. Barclay
Chapter 7 Trustee
Address: P.O. Box 2819
La Mesa, CA 91943

Phone No.: (619) 255-1529
E-mail: admin@crb7trustee.com

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

**Trustee Intends to abandon the following personal property listed/unlisted on Debtor's Schedule A/B and located at 545 E. Mission Blvd, San Marcos, CA 92079:**

| Property Description | Petition Value | Liens |
|---|---|---|
| Office Furniture | $2,950.00 | $0.00 |
| Office Equipment, Including All Computer Equipment and Communication Systems Equipment and Software | $56,906.00 | $0.00 |
| Debtor's books and records (paper & electronic), including project files, stored in office trailer located at 545 E. Mission Blvd | Unscheduled | Multiple |
| 1996 Wabash Van Box Trailer | $2,500.00 | $0.00 |
| 1993 Harley Murray Inc Box Trailer | $2,500.00 | $0.00 |
| 2019 Toyota Tundra Double Cab SR5 5TFTY5F18KX010563 | $25,000.00 | $20,058.70 |
| 1987 Alloy Van Box Trailer | $2,000.00 | $0.00 |
| 1996 Wabash Van Box Trailer | $2,500.00 | $0.00 |
| 2024 ASV RT40 Posi-Track compact track loader (SN: ASVRT040KRDS8125) | $59,000.00 | Unknown |
| Cat 259D CAT0259DCFTL05988 | $40,000.00 | $0.00 |
| 2021 Toyota Tundra Platinum CrewMax 4x4 5TFRY5F1XMX279631 | $45,000.00 | $58,978.01 |
| 2019 Toyota Tundra Double Cab SR5 5TFTY5F17KX010571 | $25,000.00 | $18,228.84 |
| 1999 Harley Murray Inc Box Trailer | $2,500.00 | $0.00 |
| 1999 Dorsey Van Box Trailer | $2,500.00 | $0.00 |
| 1997 Wabash Van Box Trailer | $2,500.00 | $0.00 |
| 1997 Wabash Van Box Trailer | $2,500.00 | $0.00 |
| 1999 Stric Van Trailer | $2,500.00 | $0.00 |
| 1996 Monon Van Box Trailer | $2,000.00 | $0.00 |
| 1996 Wabash Van Box Trailer | $2,500.00 | $0.00 |
| 1997 Wabash Van Box Trailer | $2,500.00 | $0.00 |
| 1996 Wabash Van Box Trailer | $2,500.00 | $0.00 |
| 1971 Conge Dolly Trailer | $1,500.00 | $0.00 |
| 2019 Volvo CE SD75BV JCE0575BP05241347 (compaction roller) | $80,000.00 | $47,713.00 |
| 2017 John Deere 85G Excavator 1FF085GXJHJ019248 | $82,900.00 | $0.00 |
| 2015 Kenworth T800 Day Cab 1XKDD49X4FJ421370 | $90,000.00 | $58,978.01 |
| Bobcat S130 524617865 | $17,500.00 | $0.00 |
| 2005 MEGA MPT10 10,000 GAL Water Tower S/N 532120 | $59,000.00 | $18,414.00 |
| 2006 CAT 433 VIBATORY ROLLER CATSC433CASR00720 | $40,000.00 | $0.00 |
| 40' Conex Box | $5,000.00 | $0.00 |
| 40' Conex Box | $5,000.00 | $0.00 |
| 40' Conex Box | $5,000.00 | $0.00 |
| Mechanics Office Trailer | $3,500.00 | $0.00 |
| Leica GPS System which includes Leica GPS ICG60 Base with accessories; Leica GPS ICG70 Rover with accessories; and Leica CC90 Tablet with accessories. | Unscheduled | $57,461.90 |

United States Bankruptcy Court
Southern District of California

| | | |
|---|---|---|
| In re: | | Case No. 25-04421-CL |
| Mountain Movers Engineering Contractors, | | Chapter 7 |
| Debtor | | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0974-3 | User: Admin. | Page 1 of 4 |
| Date Rcvd: Nov 18, 2025 | Form ID: pdf904 | Total Noticed: 133 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mountain Movers Engineering Contractors, Inc., P.O. Box 962, San Marcos, CA 92079, UNITED STATES 92079-0962 |
| cr | | Commercial Credit Group Inc, c/o Wright Law Group, PLLC, 1110 N Virgil Ave PMB 90003 |
| 15230667 | #+ | 3BG & Equipment Rental LLC, 30896 Emperor Dr, Canyon Lake, CA 92587-7740 |
| 15230668 | + | 405 Express Lanes, P.O. Box 2177, Costa Mesa, CA 92628-2177 |
| 15230669 | + | 91 Express Lanes, PO Box 68039, Anaheim, CA 92817-0839 |
| 15230670 | + | A1 Pumpcrete, Inc, P.O. Box 1885, Poway , CA 92074-1885 |
| 15230672 | + | AFCO Insurance Premium Finance, P.O. Box 887200, Los Angeles, CA 90088-7200 |
| 15230674 | + | AJ Rental, Inc, 1551 North Tustin Ave, Santa Ana, CA 92705-8665 |
| 15230671 | + | Addison Equipment Rental, 10206 Elm Ave, Fontana, CA 92335-6316 |
| 15230673 | + | Affordable Site Model, Inc, P.O. Box 2025, Clovis, CA 93613-2025 |
| 15230678 | + | BST Linehaul, P.O. Box 1585, Lakeside, CA 92040-0914 |
| 15230675 | + | Balboa Capital, 575 Anton Blvd., Suite 1100, Costa Mesa, CA 92626-7685 |
| 15230676 | + | Blueberry Rentals Inc, 33361 Gisbome Way, Lake Elsinore, CA 92530-5411 |
| 15230677 | + | Boneyard Equipment Inc, 36700 Pavic Court, Lake Elsinore, CA 92532-2660 |
| 15230679 | + | Buckets 4 Rent, P.O. Box 55275, Riverside, CA 92517-0275 |
| 15230680 | + | Byzfunder (GBR Funding West), 530 7th Ave, Suite 505, New York, NY 10018-4890 |
| 15230681 | + | C5 Equipment Rental, 21921 Alessandro Boulevard, Moreno Valley, CA 92553-8209 |
| 15230692 | + | CFGMS, 180 Maiden Lane, 15th Floor, New York, NY 10038-5150 |
| 15230694 | + | CIT First Citizens Bank & Trust (Orion Capit, 10201 Centurion Parkway North, Suite 100, Jacksonville, FL 32256-4114 |
| 15230695 | + | CIT First Citizens Bank & Trust (OrionCapital, 10201 Centurion Parkway North, Suite 100, Jacksonville, FL 32256-4114 |
| 15230682 | | Cal-Savers, P.O. Box 55759, Boston, MA 02205-5759 |
| 15230683 | + | California Apprenticeship Council, P.O. Box 511283, Los Angeles, CA 90051-7838 |
| 15230684 | + | California Disbursement Unit, PO Box 989067, West Sacramento , CA 95798-9067 |
| 15230685 | + | California Tree Service, Inc, P.0. Box 2019, San Marcos, CA 92079-2019 |
| 15230686 | | Canon Solutions America, 15004 Collections Center Drive, Chicago, IL 60093 |
| 15230689 | + | Cash Equipment Inc, 17540 La Sierra Ave, Riverside, CA 92503-6525 |
| 15230690 | + | Caterpillar Access Account, P.O. Box 905299, Charlotte, NC 28290-0001 |
| 15230691 | + | Certified Laboratories, 23261 Network Place, Chicago, IL 60673-1232 |
| 15230693 | + | Champ Equipment Corp., P.O. Box 7233, Norco, CA 92860-8074 |
| 15236707 | + | Christopher Beyer, Wright Law Group, PLLC, 1110 N Virgil Ave PMB 90003, Los Angeles, CA 90029-2016 |
| 15230696 | + | Collinsworth Construction Inc, P.O. Box 1286, Yucaipa, CA 92399-1286 |
| 15230698 | #+ | Construction Notice Service, 9520 Padgett Street, Suite 208, San Diego, CA 92126-4400 |
| 15230699 | + | Court Ordered Debt Collections, P.O. Box 1328, Rancho Cordova, CA 95741-1328 |
| 15230700 | + | Crimson Marie Company (Sarah Thacker), P.O. Box 291723, Phelan, CA 92329-1723 |
| 15230701 | + | D.L.S. OTR Service, Inc., 9036 Mission Blvd., Jarupa Valley, CA 92509-2816 |
| 15230705 | + | DF Trucking LLC, 6494 Mitchell Ave, Riverside, CA 92505-2012 |
| 15230704 | + | Dean Smith, 9102 Old Castle Road, Valley Center, CA 92082-5504 |
| 15230706 | + | Dirt Patrol, P.O. Box 1095, Wildomar, CA 92595-1095 |
| 15230707 | + | Dirtprep Solutions, LP., 7108 Katella Ave #403, Stanton, CA 90680-2803 |
| 15230708 | + | Dispatch Trucking, Inc., 14032 Santa Ana Avenue, Fontana, CA 92337-7035 |
| 15230709 | + | Doug's Filter Service, 1920 West Mission Road, Escondido, CA 92029-1114 |

District/off: 0974-3      User: Admin.      Page 2 of 4
Date Rcvd: Nov 18, 2025      Form ID: pdf904      Total Noticed: 133

| ID | | Name and Address |
|---|---|---|
| 15230710 | + | Douglas B. Vanderpool, 330 Main Street, Suite 203B, Seal Beach, CA 90740-6352 |
| 15230711 | + | ECCO Equipment Corporation, 1417 North Susan Street, Santa Ana, CA 92703-1415 |
| 15230712 | + | Eli Njaa, 160 Parnassus Circle, Oceanside, CA 92054-4545 |
| 15230715 | | F E Simmer Inc., P.O. Box 89158, Temecula, CA 92589 |
| 15230716 | + | Fallbrook Oil, 1208 South Main Street, Fallbrook, CA 92028-3387 |
| 15230717 | + | First Western Bank, 100 Prairie Center Drive, Eden Prairie, MN 55344-5391 |
| 15230719 | + | First Western Equipment Finance, a division o, c/o Wright Law Group, PLLC, 1110 N. Virgil AVE, STE 90003, Los Angeles, CA 90029-2016 |
| 15230721 | + | Free Builders Supply, 1530 Linda Vista Drive, San Marcos, CA 92078-3889 |
| 15230722 | + | Frontier Communications, P.O. Box 60553, Oaklahoma City, OK 73146-0553 |
| 15230723 | + | G.O. Rodriguez Trucking, Inc., PO Box 2211, Irwindale, CA 91706-1128 |
| 15230724 | + | GB Equipment, LLC, 540 Enterprise Street, Escondido, CA 92029-1243 |
| 15230725 | + | GB Equipment, LLC, 665 Opper Street, Suite 201, Escondido, CA 92029-1021 |
| 15230726 | + | Genesis Wrecking Inc., 3833 Schaefer Ave, Chino, CA 91710-5456 |
| 15230727 | + | Gothic Landscape Construction, 3110 Myers Street, Riverside, CA 92503-5599 |
| 15230728 | + | Gurstel Law Firm PC, 3914 Murphy Canyon, Suite A125, San Diego, CA 92123-4499 |
| 15230730 | + | HD Supply / White Cap Construction, PO Box 6040, Cypress, CA 90630-0040 |
| 15230729 | + | Hamann Construction, 1000 Pioneer Way, El Cajon, CA 92020-1923 |
| 15230733 | + | ICW Group, 11455 El Camino Real, San Diego, CA 92130-2088 |
| 15230732 | + | Ian Rodriguez, 40043 Gibraltar Dr., Murrieta, CA 92562-5830 |
| 15230734 | + | Imperial Sprinkler & Supply, PO Box 741381, Los Angeles, CA 90074-1381 |
| 15230736 | + | James C Stevens Attorney at Law, 402 W Broadway Suite 400, San Diego , CA 92101-3554 |
| 15230737 | + | Jeb Sand and Gravel, 5323 Camino Jasmine, Bonsall, CA 92003-4913 |
| 15230738 | + | KVL Tires, 160 Industrial Street, San Marcos, CA 92078-4380 |
| 15230742 | + | LJ Sierra, Inc., PO Box 5624, Oceanside, CA 92052-5624 |
| 15230740 | + | Leaf Capital Funding, PO Box 644006, Cincinnati, OH 45264-0001 |
| 15230743 | | Marks & Pinto, LLP, 2240 5th Ave, San Diego, CA 92101-2104, San Diego, CA 92101-2104 |
| 15230744 | + | McLaughlin Legal, 5151 Shoreham Place, San Diego, CA 92122-5962 |
| 15230745 | + | Merit Oil Company, PO Box 341, Bloomington, CA 92316-0341 |
| 15230746 | + | Michael Parizo, 28728 Chaucer Drive, Menifee, CA 92584-7905 |
| 15230747 | + | NACM Commercial Services, 814 Morena Blvd.,, Suite 304, San Diego, CA 92110-2633 |
| 15230748 | #+ | National Claim Services, PO Box 500698, Atlanta, GA 31150-0698 |
| 15230749 | + | On Grade V-Ditch Excavating, Inc., 16286 Pine Avenue, Fontana, CA 92335-5566 |
| 15230750 | + | Operating Engineers Trust Fund, P.O. Box 7063, Pasadena, CA 91109-7063 |
| 15230751 | + | Oscar Salas, 29919 Calle Tomas, Menifee, CA 92586-3506 |
| 15230752 | | Otay Land Field (Republic Services), 8541 Mast Blvd, Santee , CA 92071 |
| 15230754 | + | P-Fleet, 6390 Greenwich Drive, Ste 200, San Diego, CA 92122-5923 |
| 15230757 | | PDQ Rentals, 1110 W Washington Ave, San Marcos, CA 92069 |
| 15230755 | + | Pavestone LLC, 5 Concourse Parkway, Suite 1900, Suite 1900, Atlanta, GA 30328-6111 |
| 15230756 | + | Pavestone, LLC, 5 Concourse Parkway, Suite 1900, Atlanta, GA 30328-6111 |
| 15230758 | + | Platinum Enterprises, 2970 Myers Street, Riverside, CA 92503-5524 |
| 15230759 | + | Porter Rents, LLC, 13013 Temescal Canyon Road, Corona, CA 92883-8454 |
| 15230760 | + | Positive LLC, 16776 Bernardo Center Dr., San Diego, CA 92128-2534 |
| 15230761 | + | Procore Technologies, Inc, PO Box 201212, Dallas, TX 75320-1212 |
| 15230762 | + | RDO Equipment Company, PO Box 7160, Fargo , ND 58106-7160 |
| 15230763 | | Rentto & Rentto, PLC, 3517 Camino Del Rio South, Suite 412, San Diego, CA 92108-4046 |
| 15230764 | + | Richard Lopez Construction, 232 East Grand Blvd, Coronna, CA 92879-1579 |
| 15230765 | + | Riverside Express, P.O. Box 1515, Corona, CA 92878-0900 |
| 15230766 | + | Robertson's, PO Box 3600, Corona, CA 92878-3600 |
| 15230767 | + | San Diego County Construction Laborers Trust, P.O. Box 51838, Los Angeles, CA 90051-6138 |
| 15230768 | + | San Diego County Treasurer - Tax Colle, PO Box 129009, San Diego, CA 92112-9009 |
| 15230769 | + | Sandco Insurance Agency, 5155 West Rosecrans Ave, Hawthorne, CA 90250-6694 |
| 15230770 | + | Savala Equipment Company, Inc., 16402 Construction Circle East, Irvine, CA 92606-4408 |
| 15230771 | + | Scott Citlau, 7461 WIndrose Drive, Highland, CA 92346-6559 |
| 15230772 | + | Screamin' Signs & Graphics, LLC, 1710 Palmyrite Ave, Ste 15, Riverside, CA 92507-1627 |
| 15230773 | + | South Bay Expressway (the 125 Toll Road)(Sand, 1129 La Media Road, San Diego, CA 92154-7802 |
| 15230774 | + | Spotlink, 4669 Murphy Canyon Rd, Ste 21, San Diego, CA 92123-4439 |
| 15230785 | + | TRB Equipment Company, 2128 Oak Canyon Lane, Chino Hills, CA 91709-2367 |
| 15230787 | + | TWP Inc, 4675 Wade Ave, Peris, CA 92571-7494 |
| 15230775 | + | Team Sweep, 387 Magnolia Ave, Corona, CA 92879-3307 |
| 15230776 | + | Tencate Geosynthetics N.A., PO Box 100288, Atlanta, GA 30384-0288 |
| 15230777 | + | Terra Mapping Solutions, 1762 Big Boulder Court, Reno, NV 89521-4078 |
| 15230778 | + | The Construction Pros Corp, 12646 10th Street, Yucaipa, CA 92399-2043 |

Case 25-04421-CL7    Filed 11/18/25    Entered 11/20/25 21:09:56    Doc 16    Pg. 6 of 7

District/off: 0974-3                             User: Admin.                                Page 3 of 4
Date Rcvd: Nov 18, 2025                          Form ID: pdf904                             Total Noticed: 133

| | | |
|---|---|---|
| 15230780 | + | Tierrag Inc., PO Box 8635, Redlands, CA 92375-1835 |
| 15230781 | + | Tonka Tractor Rentals, Inc., 5256 South Mission Road, Ste 703-002, Bonsall, CA 92003-3614 |
| 15230783 | + | Traut Petroleum, Inc., 1208 South Main Ave., Fallbrook, CA 92028-3327 |
| 15230784 | + | Travis Tidwell Settlement (Wilshire Law Firm), 660 S. Figueroa St., Sky Lobby, Los Angeles, CA 90017-3442 |
| 15230786 | | Trinity Equipment Inc., 9650 South La Cadena Drive, Colton, CA 92324 |
| 15230789 | | United States Treasury/EFTPS, Insolvency Operations Unit, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15230790 | + | Upland Specialty Insurance Company, 5050 Quorum Drive, Suite 700-#473, Dallas, TX 75254-1410 |
| 15230791 | + | VanderSpek Howerzyl, CPAS, 350 West 5th Avenue, Escondido, CA 92025-4862 |
| 15230792 | + | Vaughan Trucking LLC, 38725 Avenida Bonita, Murrieta, CA 92562-9237 |
| 15230793 | + | Vista Irrigation District, 1391 Engineer Street, Vista, CA 92081-8836 |
| 15230794 | + | Warrior Machinery LLC, 2353 S Cactus AVE, Bloomington, CA 92316-2811 |
| 15230795 | + | Warrior Machinery LLC, 2353 S Cactus AVE, Rialto, CA 92316-2811 |
| 15230797 | + | West Coast Sand & Gravel, Inc., PO Box 5067, Buena Park, CA 90622-5067 |
| 15230798 | + | Workwise Compliance, PO Box 5750, Carol Stream, IL 60197-5750 |
| 15230799 | + | Wright Law Group, 1110 North Virgil Ave., Suite 9003, Los Angeles, CA 90029-2016 |
| 15236230 | + | c/o Wright Law Group, PLLC, 1110 N Virgil Ave PMB 90003, Los Angeles, CA 90029-2016 |

TOTAL: 119

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15230687 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 18 2025 23:28:00 | Carmax Auto Finance, P.O. Box 440609, Kennesaw, GA 30160 |
| 15230688 | | Email/Text: CAF_Bankruptcy_Department@carmax.com | Nov 18 2025 23:28:00 | Carmax Auto Finance, P.O. Box 440609, P.O. Box 440609, Kennesaw, GA 30160 |
| 15230697 | | Email/Text: legalrequest@commercialcreditgroup.com | Nov 18 2025 23:28:00 | Commercial Credit Group (CCG), 2135 City Gate Lane, Suite 440, Naperville, IL 60563 |
| 15230702 | ^ | MEBN | Nov 18 2025 23:21:46 | De Lage Landed Financial Services, Inc. (Leas, P.O. Box 825736, Philadelphia, PA 19182-5736 |
| 15230703 | ^ | MEBN | Nov 18 2025 23:21:47 | De Lage Landen Financial Services, P.O. Box 825736, Philadelphia, PA 19182-5736 |
| 15230714 | | Email/Text: tim.s.johnson@equipmentshare.com | Nov 18 2025 23:28:00 | EquipmentShare, Inc., P.O. Box 650429, Dallas, TX 72565 |
| 15230713 | + | Email/Text: itcdbg@edd.ca.gov | Nov 18 2025 23:28:00 | Employment Development Department, State of C, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| 15230718 | + | Email/Text: doug.buck@firstwesternef.com | Nov 18 2025 23:28:00 | First Western Equipment Finance, 100 Prairie Center Drive, Eden Prairie, MN 55344-5452 |
| 15230720 | | Email/Text: BKBNCNotices@ftb.ca.gov | Nov 18 2025 23:28:00 | Franchise Tax Board, State of California, Bankruptcy Section NS A340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 15230731 | ^ | MEBN | Nov 18 2025 23:21:44 | Herc Rentals Inc., PO Box 936257, Atlanta, GA 31193-6257 |
| 15230735 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 18 2025 23:28:00 | Internal Revenue Service; Special Procedures, 880 Front Street, Room 3269, San Diego, CA 92101-8869 |
| 15230739 | + | Email/Text: bk@ccg2.com | Nov 18 2025 23:28:00 | L.A. Commercial Group, Inc., 1111 N Brand Blvd., Suite 401, Glendale, CA 91202-3071 |
| 15230779 | | Email/Text: oaziz@thetollroads.com | Nov 18 2025 23:28:00 | The Toll Roads, PO Box 57011, Irvine, CA 92619 |
| 15230788 | + | Email/Text: sluna@ur.com | Nov 18 2025 23:28:00 | United Rentals, 1301 South State College Blvd, Fullerton, CA 92831-5390 |

TOTAL: 14

| District/off: 0974-3 | User: Admin. | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 18, 2025 | Form ID: pdf904 | Total Noticed: 133 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15230741 | | Leaf Capital Funding |
| 15230782 | | Traut Petroleum Inc |
| 15230796 | | Warrior Machinery, LLC |
| 15230753 | ##+ | Otay Mesa Sales, Inc., 1596 Radar Road, San Diego, CA 92154-7815 |

TOTAL: 3 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 20, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A. Kretsch | on behalf of Trustee Christopher R. Barclay brikretsch@sbcglobal.net BAKretschCalifornia@jubileebk.net |
| Christopher Beyer | on behalf of Creditor Commercial Credit Group Inc cab@replevin.com ecf@writofseizure.com |
| Christopher R. Barclay | admin@crb7trustee.com mlcunanan@crb7trustee.com;QCRBARCLAY2@ecf.axosfs.com |
| Martin A. Eliopulos | on behalf of Debtor Mountain Movers Engineering Contractors Inc. elio@higgslaw.com, begaym@higgslaw.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 5