GARRY MASTERSON, ESQ. (SBN 297208)
Weltman, Weinberg & Reis Co., L.P.A.
5990 West Creek Road, Suite 200
Independence, OH 44131
Telephone: (216) 672-6984
Facsimile: (216) 739-5680
Email: BnkEcf-CA@weltman.com
WWR# 042003279 & 042003281

Attorney for Creditor,
First Citizens Bank & Trust Company

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA (SAN DIEGO)

| | |
|---|---|
| In re:<br><br>Mountain Movers Engineering Contractors, Inc.<br><br>Debtor. | Case No. 25-04421-CL7<br>Chapter 13<br>Judge Christopher B. Latham<br><br>**CREDITOR FIRST CITIZENS BANK & TRUST COMPANY'S RESPONSE TO TRUSTEE'S NOTICE OF PROPOSED AUCTION** |

Now comes First Citizens Bank & Trust Company ("Creditor"), by and through its attorney, Weltman, Weinberg & Reis Co., L.P.A., and hereby provides the following response:

1. Christopher R. Barclay (Trustee") filed a Trustee's Notice of Proposed Auction on November 20, 2025 [Docket No. 13].

2. Trustee's Notice lists the following Collateral of Creditor:

   a. 2019 Ford F-550 Day Cabs 1FDUF5GTXKEG77538
   b. 2016 Ford F-250SD, VIN No. 1FT7W2B60GEC52533

3. Creditor does not oppose Trustee's Notice as long as they are paid in full at the sale and that updated payoffs are requested from counsel at time of sale/distribution. However, if they are not paid in full, then Creditor may proceed in filing a motion for relief from stay.

WHEREFORE, Creditor prays that this Court denies Trustee's Notice of Proposed Auction or for other relief as the Court sees just.

Dated: December 11, 2025		/s/ Garry Masterson
					Garry Masterson (SBN 297208
					Attorney for Creditor
					First Citizens Bank & Trust Company