CSD 1184 [12/01/23]

| Name, Address, Telephone No. & I.D. No. | |
|---|---|
| Martin A. Eliopulos Esq., (SBN 149299)<br>Higgs Fletcher & Mack LLP<br>401 West A Street, Suite 2600<br>San Diego, CA 92101<br>619.236.1551<br>619.696.1410<br>elio@higgslaw.com | |

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>MOUNTAIN MOVERS ENGINEERING CONTRACTORS, INC.<br><br>Tax I.D.(EIN)#: 20-8261715    /S.S.#: XXX-XX-_____    Debtor(s) | BANKRUPTCY NO. 25-04421-CL7 |
|---|---|

# R E Q U E S T  A N D  N O T I C E  O F  H E A R I N G[1]

TO:  ALL CREDITORS AND OTHER PARTIES IN INTEREST

RE:    MOTION FILED ON BEHALF OF [insert name of moving party]   Mountain Movers Engineering Contractors, Inc.

**You are notified that**  Mountain Movers Engineering Contractors, Inc.                                  ,
the undersigned party in interest, hereby objects to your Motion [or Notice of Intent] and requests a hearing pursuant to your Notice of Motion [or Intent] to take the following action [insert description from Notice]:
(Chapter 7 Trustte's Abandonment Notice at ECF #32)

Your Notice fixed  December 23, 2025                         [2] as the last date for serving and filing this Request and Notice of Hearing and the accompanying Declaration[3] in Opposition to Motion [Notice of Intent]. The Opposing Party is [check one]:

[X]   Debtor             [ ]   United States Trustee            [ ]   Trustee

[ ]   Creditor           [ ]   Other (specify): _____

You are further notified that a hearing will be held in Department 1 , Room 218 , of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, on February 2, 2026 at 10:00 a.m., or as soon thereafter as it can be held.

DATED: December 24, 2025

/s/ Martin A. Eliopulos
[Attorney for] Opposing Party
Debtor, Mountain Movers Engineering Contractors, Inc.

---

[1] DO NOT USE THIS FORM FOR REQUESTING A HEARING ON MOTION FOR RELIEF FROM STAY. USE LOCAL FORM CSD 1186 INSTEAD.

[2] IMPORTANT NOTICE: Before this date, YOU MUST FILE the original and one copy of this Request and Notice of Hearing together with your Declaration in Opposition with Proof of Service with the Clerk of the Bankruptcy Court at the address shown above, and serve a copy of the papers on the moving party. You may obtain a hearing date and time from the Court by calling the number specified in the Notice of Motion [or Intent].

[3] NOTE: This form merely notices the hearing and places it on the Court's calendar. Additional declarations, points and authorities, etc., may be necessary, since the Court expects full compliance with LBR 9013-7(b).

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on 24th day of December, 2025, I served a true copy of this REQUEST AND NOTICE OF HEARING, together with the following pleadings on the following persons listed below by the mode of service shown below:

List additional papers:

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On December 24, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

    ☐ Attorney for Moving Party:              ☐ Attorney for Debtor, if required:

    Christopher Beyer        cab@replevin.com; ecf@writofseizure.com
    Martin A. Eliopulos      elio@higgslaw.com; begaym@higgslaw.com
    Brian A. Kretsch         brikretsch@sbcglobal.net; BAKretschCalifornia@jubileebk.net
    Garry Masterson          BnkEcf-CA@weltman.com; gmasterson@weltman.com

    ☒ Chapter 7 Trustee: Christopher R. Barclay    admin@crb7trustee.com; mlcunanan@crb7trustee.com; QCRBARCLAY2@ecf.axosfs.com

    ☒ For Chpt. 7, 11, & 12 cases:              ☐ For Chapter 13 cases assigned to:
       UNITED STATES TRUSTEE                         MICHAEL KOCH, TRUSTEE
       ustp.region15@usdoj.gov                       mkoch@ch13.sdcoxmail.com

2. **Served by United States Mail**:

    On December 24, 2025, I served the following person(s) and/or entity(ies) at the last known addresses(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

    ☐ Attorney for Moving Party:              ☐ Attorney for Debtor, if required:

Ian Rodriguez, 540 Enterprise St., Escondido, CA 92029
Positive LLC, 16776 Bernardo Center Drive, San Diego, CA 92128
Kenneth Ray Gaugh, Esq., 1965 West Carson Street, Torrance, CA 90501-3217

CSD 1184 (Page 3) [12/01/23]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Moving Party:              ☐ Attorney for Debtor, if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on December 24, 2025            MARIE BEGAY    /s/ Marie Begay
              (Date)                      (Typed Name and Signature)
                                         Higgs Fletcher & Mack LLP
                                         401 West A Street, Suite 2600
                                           (Address)

                                         San Diego, CA 92101
                                           (City, State, ZIP Code)