CSD 1099 [12/01/23]

Name, Address, Telephone No. & I.D. No.
Martin A. Eliopulos (SBN 149299)
Higgs Fletcher & Mack LLP
401 West A Street, Suite 2600
San Diego, CA 92101
T: 619.236.1551
F: p619.696.1410
elio@higgslaw.com

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re   MOUNTAIN MOVERS ENGINEERING CONTRACTORS, INC.

                                                    Debtor(s)

Bankruptcy No. 25-04421-CL7

## BALANCE OF SCHEDULES, STATEMENTS, AND/OR CHAPTER 13 PLAN

Presented are the originals required by CSD 1800 Administrative Procedures [Check one or more boxes as appropriate]:

- ☐ Schedules A/B - J (Forms 106A/B - J & 206A/B-G)
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☒ Summary of Your Assets and Liabilities and Certain Statistical Information Schedules (Form 106Sum & 206Sum)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)
- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Chapter 13 Plan (CSD1300)
- ☒ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☒ Creditors Who Have Claims Secured by Property (Form 106D & 206D)
- ☒ Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F)
- ☐ Executory Contracts & Unexpired Leases (Form 106G &206G)
- ☐ Your Co-Debtors (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Your Expenses (Form 106J)
- ☐ Expenses for Separate Household of Debtor 2 (Form 106J-2)

**If additional creditors are added at this time, the following are required:**

1. Electronic media required, see CSD 1007, containing only the added names and addresses (when the Balance of Schedules are filed on paper).
2. Local Form CSD 1101, *Notice to Creditors of This Debtor Added by Amendment or Balance of Schedules.* See instructions on reverse side.

Dated: January 13, 2026                    Signed:  /s/ Martin A. Eliopulos
                                                            Attorney for Debtor

I [We] Eli Njaa                          and                                    , the debtor(s), hereby declare
under penalty of perjury that the information set forth in the balance of schedules and/or chapter 13 plan attached hereto, consisting of 48
pages, and on the creditor matrix, if any, is true and correct.

Dated: January 13, 2026

                        *Debtor                                              *Joint Debtor
*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

CSD 1099 [12/01/23]

## INSTRUCTIONS

1.  Local Form CSD 1101, *Notice to Creditors of The Above-Named Debtor Added by Amendment or Balance of Schedules*, may be used to notify any added entity. When applicable, copies of the following notices must accompany the notice: Order for and Notice of Section 341(a) Meeting, Discharge of Debtor, Notice of Order Confirming Plan, and Proof of Claim.

2.  If not filed previously and this is an ECF case, the *Declaration Re: Electronic Filing of Petition, Schedules & Statements* (Local Form CSD 1801) must be filed in accordance with LBR 5005-4(c).

3.  If this is a Chapter 11 case, each member of any committee appointed must be served this Balance of Schedules.

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Balance of Schedules and/or Chapter 13 Plan** on the following persons listed below via the following method(s):

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On ___January 13, 2026___ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

Christopher Beyer        cab@replevin.com; ecf@writofseizure.com
Martin A. Eliopulos        elio@higgslaw.com; begaym@higgslaw.com
Brian A. Kretsch        brikretsch@sbcglobal.net; BAKretschCalifornia@jubileebk.net
Garry Masterson        BnkEcf-CA@weltman.com; gmasterson@weltman.com

☒    Chapter 7 Trustee: Christopher R. Barclay        admin@crb7trustee.com; mlcunanan@crb7trustee.com; QCRBARCLAY2@ecf.axosfs.com

☒    For Chapter 7, 11, & 12 cases:                                    ☐    For Chapter 13 cases:

UNITED STATES TRUSTEE                                            MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov                                            mkoch@ch13.sdcoxmail.com

2.  **Served by United States Mail**:

On ___Janauary 13, 2026___ , I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

Ian Rodriguez, 540 Enterprise St., Escondido, CA 92029

CSD 1099 [12/01/23]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on <u>January 13, 2026</u>    MARIE BEGAY    /s/ Marie Begay
　　　　　　　　(Date)　　　　　　　　　(Typed Name and Signature)

　　　　　　　　　　　　　　　　401 West A Street, Suite 2600
　　　　　　　　　　　　　　　　　(Address)

　　　　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　　　　　(City, State, ZIP Code)

**Fill in this information to identify the case:**

Debtor name ___Mountain Movers Engineering Contractors, Inc.___

United States Bankruptcy Court for the: ___Southern District of California___

(State)

Case number (If known): ___25-04421-CL7___

☑ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ........................................................... $ _____0.00

**CORRECTED**   1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................ $ _____5,637,048.62

**CORRECTED**   1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ......................................................... $ _____5,637,048.62

| Part 2: | Summary of Liabilities |
|---|---|

**CORRECTED**  2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................ $ _____1,864,604.84

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................ $ _____1,232,597.12

**CORRECTED**   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*........................................ +$ _____2,900,258.14

**CORRECTED**  4. **Total liabilities** .........................................................................................................
    Lines 2 + 3a + 3b $ _____5,997,460.10

**Fill in this information to identify the case:**

Debtor name  Mountain Movers Engineering Contractors, Inc.

United States Bankruptcy Court for the: Southern District of California

Case number (If known): 25-04421-CL7

☑ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                        $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | California Bank and Trust | Checking | 6  1  2  1 | $ 5.00 |
| 3.2. | California Bank and Trust | Checking | 6  0  4  1 | $ 0.00 |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____   $_____
   4.2. _____   $_____

5. **Total of Part 1**                                                                     $ 5.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____   $_____
   7.2. _____   $_____

Debtor    Mountain Movers Engineering Contractors, Inc.
_____    Case number *(if known)* 25-04421-CL7
Name

---

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|

**11. Accounts receivable**

11a. 90 days old or less:    3,124,822.43 _____ − 0.00 _____ = ........➔    $ 3,124,822.43
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    676,415.19 _____ − 0.00 _____ = ........➔    $ 676,415.19
                          face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 3,801,237.62

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1. _____    _____%    _____    $_____

15.2. _____    _____%    _____    $_____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    Mountain Movers Engineering Contractors, Inc.        25-04421-CL7
_____ Name _____    Case number *(if known)* 25-04421-CL7

---

**Part 5:**    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials |  |  |  |  |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** |  |  |  |  |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** |  |  |  |  |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** |  |  |  |  |
| _____ | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.    $_____

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** |  |  |  |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** |  |  |  |
| _____ | $_____ | _____ | $_____ |

| Debtor | Mountain Movers Engineering Contractors, Inc. | Case number *(if known)* | 25-04421-CL7 |
|---|---|---|---|
| | Name | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** See continuation sheet | $ 1,400.00 | _____ | $ 2,950.00 |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** See continuation sheet | $ 56,906.00 | _____ | $ 56,906.00 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 59,856.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    Mountain Movers Engineering Contractors, Inc.
Name

Case number (if known) 25-04421-CL7

---

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1  2017 Freightliner Fuel/Lube Truck 3ALACXCY6HDHZ8908 | $ 150,000.00 | Comparable Sales | $ 150,000.00 |
| 47.2  1996 Wabash Van Box Trailer | $ 2,500.00 | Comparable Sales | $ 2,500.00 |
| 47.3  1996 Big Tex Utility Trailer 21 ft 16VPX2D29T1383074 | $ 5,500.00 | Comparable Sales | $ 5,500.00 |
| **CORRECTED** 47.4  See continuation sheet | $ 1,230,050.00 | | $ 1,230,050.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** See continuation sheet | $ 387,900.00 | | $ 387,900.00 |

**CORRECTED**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 1,775,950.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number (if known)_____

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**
☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Leased office and yard | Tenant | $ 0.00 | _____ | $ 0.00 |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

## Part 10:    Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$_____

Debtor | Mountain Movers Engineering Contractors, Inc.
Name

Case number (if known) 25-04421-CL7

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

### Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   - ☑ No. Go to Part 12.
   - ☐ Yes. Fill in the information below.

                                                                                 **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)

   _____  _____ − _____ = ➤ $_____
                                       Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   _____   Tax year _____   $_____
   _____   Tax year _____   $_____
   _____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

   _____                         $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   _____                         $_____

   Nature of claim         _____
   Amount requested        $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   _____                         $_____

   Nature of claim         _____
   Amount requested        $_____

76. **Trusts, equitable or future interests in property**

   _____                         $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   _____                         $_____
   _____                         $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.             $_____

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   - ☐ No
   - ☐ Yes

Debtor ___Mountain Movers Engineering Contractors, Inc._____     Case number *(if known)* _____
         Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 5.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 3,801,237.62 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 59,856.00 | |
| CORRECTED 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,775,950.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| CORRECTED 91. **Total.** Add lines 80 through 90 for each column. ..........................91a. | $ 5,637,048.62 | + 91b. $ 0.00 |

CORRECTED
92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................. 5,637,048.62 ..................  $ 5,637,048.62

25-04421-CL7

Debtor 1 ___Mountain Movers Engineering Contractors, Inc.___

First Name    Middle Name    Last Name

Case number (if known) _____

## **Continuation Sheet for Official Form 206 A/B**

**39) Office furniture**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Entry Sofa | 0.00 | Comparable Sales | 50.00 |
| Desk (accounting) | 500.00 | Comparable Sales | 500.00 |
| Office Chairs | 0.00 | Comparable Sales | 800.00 |
| Front Room Desk | 0.00 | Comparable Sales | 450.00 |
| Middle Office Desk | 0.00 | Comparable Sales | 200.00 |
| Front Area Side Tables | 0.00 | Comparable Sales | 50.00 |
| Display Cabinet (Entry) | 500.00 | Comparable Sales | 500.00 |
| Filing Cabinet | 200.00 | Comparable Sales | 200.00 |
| PM Desk | 200.00 | Comparable Sales | 200.00 |

**41) Office equipment, including all computer equipment and communication systems equipment and software**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| Dell Monitor #2 (Accounting Office) | 50.00 | Comparable Sales | 50.00 |
| Canon Colorwave 3600 large size plotter printer | 50,000.00 | Comparable Sales | 50,000.00 |
| Konica Minolta BizHub C360i Color Laser Multi Function Printer | 4,856.00 | Comparable Sales | 4,856.00 |
| Dell Monitor (Accounting Office) | 50.00 | Comparable Sales | 50.00 |
| Accounting Computer | 1,500.00 | Comparable Sales | 1,500.00 |
| Conference Room Insignia Roku TV | 450.00 | Comparable Sales | 450.00 |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2016 Ford F350 Super Duty Diesel 4x4 1FT8X3TXGEA99043 | 15,000.00 | Comparable Sales | 15,000.00 |

25-04421-CL7

| Debtor 1 | Mountain Movers Engineering Contractors, Inc. | | | Case number *(if known)* |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Continuation Sheet for Official Form 206 A/B

| | | | |
|---|---|---|---|
| 2016 Ford F250 Super Duty 1FT7X2A67GEA22275 | 15,000.00 | Comparable Sales | 15,000.00 |
| 1993 Harley Murray Inc Box Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 2019 Toyota Tundra Double Cab SR5 5TFTY5F18KX010563 | 25,000.00 | Comparable Sales | 25,000.00 |
| CAT CB224D COMPACTOR CATCB224V8RZ01285 | 15,500.00 | Comparable Sales | 15,500.00 |
| 1987 Alloy Van Box Trailer | 2,000.00 | Comparable Sales | 2,000.00 |
| 2018 F150 Super Crew 1FTEX1EP6JKF79661 | 25,000.00 | Comparable Sales | 25,000.00 |
| 1996 Wabash Van Box Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 2019 Ford F550 Superduty Single Cab Flat Bed 1FDUF5GTXKEG77538 | 40,000.00 | Comparable Sales | 40,000.00 |
| 2024 ASV RT40 Posi-Track compact track loader (SN: ASVRT040KRDS8125) | 59,000.00 | Comparable Sales | 59,000.00 |
| Cat 259D CAT0259DCFTL05988 | 40,000.00 | Comparable Sales | 40,000.00 |
| 2014 Caterpillar D6T XL CAT00D6TVGMK01493 | 165,000.00 | Comparable Sales | 165,000.00 |
| 2014 CAT 623K S/N WTB00117 5114 HRS | 525,000.00 | Comparable Sales | 525,000.00 |
| 2005 Sterling L80 Water Truck 2FWBAVDC25AN44261 | 25,000.00 | Comparable Sales | 25,000.00 |
| 2010 Toyota Tundra SR5 5TFRMSF17AX006413 | 9,000.00 | Comparable Sales | 9,000.00 |
| 2018 Ford Expedition Platinum 1FMJU1LT9JEA10482 | 26,000.00 | Comparable Sales | 26,000.00 |
| 1992 Ford 2500 Gal Water Truck | 22,000.00 | Comparable Sales | 22,000.00 |

25-04421-CL7

Debtor 1 | Mountain Movers Engineering Contractors, Inc. | Case number (*if known*)_____

First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

1FTYS95XXNVA28728

| | | | |
|---|---|---|---|
| 2016 Chevrolet 2500 1GC2CUEG7GZ389819 | 18,000.00 | Comparable Sales | 18,000.00 |
| 2021 Toyota Tundra Platinum CrewMax 4x4 5TFRY5F1XMX279631 | 45,000.00 | Comparable Sales | 45,000.00 |
| 2019 Toyota Tundra Double Cab SR5 5TFTY5F17KX010571 | 25,000.00 | Comparable Sales | 25,000.00 |
| 2016 Ford F250 SuperCrew 4x4 1FT7W2B60GEC52533 | 26,000.00 | Comparable Sales | 26,000.00 |
| 2016 Trailer World Gooseneck Trailer 47 Ft, 57BGH840XG1513936 | 18,000.00 | Comparable Sales | 18,000.00 |
| 1999 Harley Murray Inc Box Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 1999 Dorsey Van Box Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 1997 Wabash Van Box Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 1997 Wabash Van Box Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 1999 Stric Van Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 1996 Monon Van Box Trailer | 2,000.00 | Comparable Sales | 2,000.00 |
| 1996 Wabash Van Box Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 1997 Wabash Van Box Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 1996 Wabash Van Box Trailer | 2,500.00 | Comparable Sales | 2,500.00 |
| 1971 Conge Dolly Trailer | 1,500.00 | Comparable Sales | 1,500.00 |
| **CORRECTED** White Freightliner FL70 | 32,500.00 | Comparable Sales | 32,500.00 |
| **CORRECTED** Yellow Zieman Trailer License Plate 4ML3397 | 8,250.00 | Comparable Sales | 8,250.00 |

Official Form 206 A/B                    Schedule A/B: Property                    **AMENDED**

25-04421-CL7

Debtor 1     Mountain Movers Engineering Contractors, Inc.          Case number (if known)_____
            First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 206 A/B

CORRECTED

| | | | |
|---|---|---|---|
| International Tractor Dura Start License Plate 56624T1 | 3,000.00 | Comparable Sales | 3,000.00 |

CORRECTED

| | | | |
|---|---|---|---|
| Green Trailer License Plate KT6713 | 5,800.00 | Comparable Sales | 5,800.00 |

CORRECTED

| | | | |
|---|---|---|---|
| White Elder Denver Trailer | 7,250.00 | Comparable Sales | 7,250.00 |

CORRECTED

| | | | |
|---|---|---|---|
| Wacker Neuson RTS2 | 3,800.00 | Comparable Sales | 3,800.00 |

CORRECTED

| | | | |
|---|---|---|---|
| Service Truck Bed | 450.00 | Comparable Sales | 450.00 |

**50) Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| General description | Net book value | Valuation method | Current value |
|---|---|---|---|
| 2019 Volvo CE SD75BV JCE0575BP05241347 (compaction roller) | 80,000.00 | Comparable Sales | 80,000.00 |
| 2017 John Deere 85G Excavator 1FF085GXJHJ019248 | 82,900.00 | Comparable Sales | 82,900.00 |
| 2015 Kenworth T800 Day Cab 1XKDD49X4FJ421370 | 90,000.00 | Comparable Sales | 90,000.00 |
| Bobcat S130 524617865 | 17,500.00 | Comparable Sales | 17,500.00 |
| 2005 MEGA MPT10 10,000 GAL Water Tower S/N 532120 | 59,000.00 | Comparable Sales | 59,000.00 |
| 2006 CAT 433 VIBATORY ROLLER CATSC433CASR00720 | 40,000.00 | Comparable Sales | 40,000.00 |
| 40' Conex Box | 5,000.00 | Comparable Sales | 5,000.00 |
| 40' Conex Box | 5,000.00 | Comparable Sales | 5,000.00 |
| 40' Conex Box | 5,000.00 | Comparable Sales | 5,000.00 |
| Mechanics Office Trailer | 3,500.00 | Comparable Sales | 3,500.00 |

**Fill in this information to identify the case:**

Debtor name __Mountain Movers Engineering Contractors, Inc.__

United States Bankruptcy Court for the: __Southern District of California__

Case number (If known): __25-04421-CL7__

☑ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
Balboa Capital

**Creditor's mailing address**
575 Anton Blvd.
Suite 1100, Costa Mesa, CA 92626

**Creditor's email address, if known**

**Date debt was incurred** 03/02/2023

**Last 4 digits of account number** 1842

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor,

**Describe debtor's property that is subject to a lien**
2018 Ford Expedition Platinum
1FMJU1LT9JEA10482

$ 16,454.00 — $ 26,000.00

**Describe the lien**
Agreement you made,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
Balboa Capital

**Creditor's mailing address**
575 Anton Blvd.
Suite 1100, Costa Mesa, CA 92626

**Creditor's email address, if known**

**Date debt was incurred** 06/20/2023

**Last 4 digits of account number** 3799

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
2019 Volvo CE SD75BV
JCE0575BP05241347 (compaction roller)

$47,713.00 — $80,000.00

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

CORRECTED.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 1,864,604.84

**AMENDED**

Debtor    Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number (if known)____ 25-04421-CL7

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

CORRECTED

**2.3** Creditor's name
Byzfunder (GBR Funding West)
_____

Creditor's mailing address

530 7th Ave
Suite 505, New York, NY 10018
_____

Creditor's email address, if known
_____

Date debt was incurred  04/09/2025
Last 4 digits of account number  4899

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Future Receipts

**Describe the lien**
Agreement; UCC-1 (3/16/2023); 3rd,

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $394,669.90
Value of collateral: $Unknown

---

**2.4** Creditor's name
Carmax Auto Finance
_____

Creditor's mailing address

P.O. Box 440609
Kennesaw, GA 30160
_____

Creditor's email address, if known
_____

Date debt was incurred  05/17/2023
Last 4 digits of account number  8159

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Toyota Tundra Double Cab SR5
5TFTY5F18KX010563

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: $20,058.70
Value of collateral: $25,000.00

---

| Debtor | Mountain Movers Engineering Contractors, Inc. | Case number (if known) | 25-04421-CL7 |
|---|---|---|---|
| | Name | | |

---

**Part 1:**   Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

---

**2.5** Creditor's name
Carmax Auto Finance

Creditor's mailing address

P.O. Box 440609
P.O. Box 440609, Kennesaw, GA 30160

Creditor's email address, if known

Date debt was incurred   05/17/2023
Last 4 digits of account number   9846

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2019 Toyota Tundra Double Cab SR5
5TFTY5F17KX010571

$18,228.84          $25,000.00

**Describe the lien**

Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

CORRECTED

---

**2.6** Creditor's name
CFG Merchant Solutions

Creditor's mailing address

180 Maiden Lane, 15th Floor
New York, NY 10038

Creditor's email address, if known

Date debt was incurred   04/10/2025
Last 4 digits of account number   7566

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Future Receipts

$39,278.94          $ Unknown

**Describe the lien**

Agreement; UCC-1 4/25/2025; 6th,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Mountain Movers Engineering Contractors, Inc. | Case number (if known) | 25-04421-CL7 |
|---|---|---|---|
| | Name | | |

**CORRECTED**

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**CORRECTED**

**2.7** Creditor's name
CIT First Citizens Bank & Trust (Orion Capital)

**Describe debtor's property that is subject to a lien**

2005 MEGA MPT10 10,000 GAL Water Tower S/N 532120, 2016 Ford F250 SuperCrew 4x4 1FT7W2B60GEC52533

$18,414.00    $85,000.00

Creditor's mailing address

10201 Centurion Parkway North
Suite 100, Jacksonville, FL 32256

Creditor's email address, if known

_____

Date debt was incurred   01/09/2023
Last 4 digits of account number   5836

**Describe the lien**

Loan; PMSI; 1st Priority,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [ ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**CORRECTED**

**2.8** Creditor's name
CIT First Citizens Bank & Trust (Orion Capital)

**Describe debtor's property that is subject to a lien**

2019 Ford F550 Superduty Single Cab Flat Bed 1FDUF5GTXKEG77538

$20,000.00    $40,000.00

Creditor's mailing address

10201 Centurion Parkway North
Suite 100, Jacksonville, FL 32256

Creditor's email address, if known

_____

Date debt was incurred   02/17/2023
Last 4 digits of account number   6862

**Describe the lien**

Loan; PMSI 1st Priority

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  [ ]

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number (*if known*)  25-04421-CL7
_____

| **Part 1:** | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**CORRECTED**

**2.9** **Creditor's name**
CIT First Citizens Bank & Trust (Orion Capital)
_____

**Creditor's mailing address**

10201 Centurion Parkway North
_____
Suite 100, Jacksonville, FL 32256
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 1/9/2023
**Last 4 digits of account number** 5836

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

CIT First Citizens Bank & Trust (Orion Capital), 1st; CIT First

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2015 Kenworth T800 Day Cab 1XKDD49X4FJ421370, 2021 Toyota Tundra Platinum CrewMax 4x4 5TFRY5F1XMX279631

$18,414.00          $135,000.00

**Describe the lien**

Loan; PMSI; 1st Priority,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**CORRECTED**

**2.10** **Creditor's name**
CIT First Citizens Bank & Trust (Orion Capital)
_____

**Creditor's mailing address**

10201 Centurion Parkway North
_____
Suite 100, Jacksonville, FL 32256
_____

**Creditor's email address, if known**

_____

**Date debt was incurred** 02/17/2023
**Last 4 digits of account number** 6862

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☑ Yes. The relative priority of creditors is specified on lines 2.3

**Describe debtor's property that is subject to a lien**

2015 Kenworth T800 Day Cab 1XKDD49X4FJ421370, 2021 Toyota Tundra Platinum CrewMax 4x4 5TFRY5F1XMX279631

$58,978.01          $135,000.00

**Describe the lien**

Loan; PMSI; 1st Priority,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number *(if known)*    25-04421-CL7
_____

**Part 1:**    Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**CORRECTED**

**2.11** **Creditor's name**
Commercial Credit Group (CCG)
_____

**Creditor's mailing address**

2135 City Gate Lane
Suite 440, Naperville, IL 60563
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   04/15/2024
**Last 4 digits of account number**   _____

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2024 ASV RT40 Posi-Track compact track loader (SN: ASVRT040KRDS8125)

$ Unknown    $ 59,000.00

**Describe the lien**
Loan; PMSI; 1st Priority

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**CORRECTED**

**2.12** **Creditor's name**
Commercial Credit Group (CCG)
_____

**Creditor's mailing address**

2135 City Gate Lane
Suite 440, Naperville, IL 60563
_____

**Creditor's email address, if known**
_____

**Date debt was incurred**   04/15/2024
**Last 4 digits of account number**   2401

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
    ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2014 CAT 623K S/N WTB00117 5114 HRS

$ 426,485.89    $ 525,000.00

**Describe the lien**
Loan; PMSI; 1st Priority

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**AMENDED**

Debtor **Mountain Movers Engineering Contractors, Inc.**
Name

Case number (*if known*) 25-04421-CL7

---

**Part 1:** Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.13** **Creditor's name**
De Lage Landed Financial Services, Inc.
(Lease Direct)

**Describe debtor's property that is subject to a lien**

2014 Caterpillar D6T XL
CAT00D6TVGMK01493

$113,367.50     $165,000.00

**Creditor's mailing address**

P.O. Box 825736
Philadelphia, PA 19182-5736

**Creditor's email address, if known**

**Date debt was incurred** 7/15/2023
**Last 4 digits of account number** 3385

**Describe the lien**
Agreement you made

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

**ADDED**

**2.14** **Creditor's name**
Employment Development Department,
State of California

**Describe debtor's property that is subject to a lien**

All Personal Property

$64,804.22     $ Unknown

**Creditor's mailing address**

Bankruptcy Unit - MIC 92E
P.O. Box 826880, Sacramento, CA 94280

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Describe the lien**
Tax Lien; 10/28/2024,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

---

| Debtor | Mountain Movers Engineering Contractors, Inc. | Case number (if known) | 25-04421-CL7 |
|---|---|---|---|
| | Name | | |

## Part 1:   Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

### 2.15

**Creditor's name**
First Western Bank

**Creditor's mailing address**
100 Prairie Center Drive
Eden Prairie, MN 55344

**Creditor's email address, if known**

**Date debt was incurred**  11/07/2023
**Last 4 digits of account number**  4303

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Leica GPS System

$57,461.90     $58,000.00

**Describe the lien**
Loan; PMSI; 1st Priority

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**ADDED**

### 2.16

**Creditor's name**
Internal Revenue Service; Special Procedures Branch

**Creditor's mailing address**
800 Front Street
Room 3269, San Diego, CA 92101-8869

**Creditor's email address, if known**

**Date debt was incurred**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
All Personal Property

$172,005.04     $ Unknown

**Describe the lien**
Tax Lien; 3/17/2025; 5th Priority,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**AMENDED**

Debtor    Mountain Movers Engineering Contractors, Inc.
_____
                  Name

Case number *(if known)*    25-04421-CL7

---

**Part 1:**    Additional Page

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**ADDED**

**2.17** **Creditor's name**
Internal Revenue Service; Special Procedures Branch
_____

**Creditor's mailing address**

800 Front Street
Room 3269, San Diego, CA 92101-8869
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Personal Property

**Describe the lien**

Tax Lien, Recorded 11/12/2025,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$229,380.75    $Unknown

---

**ADDED**

**2.18** **Creditor's name**
Otay Mesa Sales, Inc.
_____

**Creditor's mailing address**

1596 Radar Road
San Diego, CA 92154
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** 04/14/2023
**Last 4 digits of account number** _____

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

All Personal Property

**Describe the lien**

Agreement you made, Loan; Sec. Agr.; UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$54,996.81    $ Unknown

---

**AMENDED**

| Debtor | Mountain Movers Engineering Contractors, Inc. | Case number *(if known)* | 25-04421-CL7 |
| --- | --- | --- | --- |
| | Name | | |

## Part 1:   Additional Page

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**ADDED**

**2.19** **Creditor's name**
San Diego County Treasurer - Tax Colle

**Describe debtor's property that is subject to a lien**

All Personal Property

$79,056.80        $ Unknown

**Creditor's mailing address**

1600 Pacific Hwy, #162
Attn BK Desk, San Diego, CA 92101

**Creditor's email address, if known**

**Date debt was incurred**   05/05/2022
**Last 4 digits of account number**

**Describe the lien**

Tax Lien(s),

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

**ADDED**

**2.20** **Creditor's name**
San Diego County Treasurer/Tax Collector

**Describe debtor's property that is subject to a lien**

All Personal Property

$ 14,836.54        $ Unknown

**Creditor's mailing address**

1600 Pacific Hwy, #162
Attn BK Desk, San Diego, CA 92101

**Creditor's email address, if known**

**Date debt was incurred**   _____
**Last 4 digits of account number**

**Describe the lien**

Tax Lien(s),

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

  ☐ Yes. The relative priority of creditors is specified on lines _____

**AMENDED**

| Debtor | Mountain Movers Engineering Contractors, Inc. | Case number (*if known*) | 25-04421-CL7 |
|---|---|---|---|
| | Name | | |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor    Mountain Movers Engineering Contractors, Inc.

United States Bankruptcy Court for the:   Southern District of California

Case number   25-04421-CL7
(if known)

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Employment Development Department, State of California
Bankruptcy Unit - MIC 92E
P.O. Box 826880
Sacramento, CA 94280

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 193,539.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Priority amount: $ 193,539.18

**2.2** Priority creditor's name and mailing address
United States Treasury/EFTPS
Insolvency Operations Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is: $ 1,039,057.94
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes & Other Government Units

Is the claim subject to offset?
☑ No
☐ Yes

Priority amount: $ 1,039,057.94

**2.3** Priority creditor's name and mailing address

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor **Mountain Movers Engineering Contractors, Inc.**

Name

Case number *(if known)* 25-04421-CL7

---

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
3BG & Equipment Rental LLC
30896 Emperor Dr
Canyon Lake, CA 92587

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 20,105.00

Date or dates debt was incurred  12/12/2024
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
405 Express Lanes
P.O. Box 2177
Costa Mesa, CA 92628

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll Roads

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
91 Express Lanes
PO Box 68039
Anaheim, CA 92817

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll Roads

$ 0.00

Date or dates debt was incurred  _____
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
A1 Pumpcrete, Inc
P.O. Box 1885
Poway , CA 92074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Concrete Pumping Service

$ 3,861.00

Date or dates debt was incurred  04/01/2025
Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Addison Equipment Rental
10206 Elm Ave
Fontana, CA 92335

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 3,571.25

Date or dates debt was incurred  05/18/2024
Last 4 digits of account number  0034

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
AFCO Insurance Premium Finance
P.O. Box 887200
Los Angeles, CA 90088

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** GL and Auto Insurance

$ 40,307.75

Date or dates debt was incurred  02/15/2025
Last 4 digits of account number  5606

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor _____Mountain Movers Engineering Contractors, Inc._____   Case number *(if known)* 25-04421-CL7
                    Name

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 7  **Nonpriority creditor's name and mailing address**

Affordable Site Model, Inc
P.O. Box 2025
Clovis, CA 93613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** GPS Site Modeling

$ 5,300.00

**Date or dates debt was incurred**   04/28/2023

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 8  **Nonpriority creditor's name and mailing address**

AJ Rental, Inc
1551 North Tustin Ave
Santa Ana, CA 92705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 33,078.45

**Date or dates debt was incurred**   03/18/2024

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**   3132

---

**3.** 9  **Nonpriority creditor's name and mailing address**

Blueberry Rentals Inc
33361 Gisbome Way
Lake Elsinore, CA 92530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 4,375.00

**Date or dates debt was incurred**   05/09/2025

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 10  **Nonpriority creditor's name and mailing address**

Boneyard Equipment Inc
36700 Pavic Court
Lake Elsinore, CA 92532

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 77,585.00

**Date or dates debt was incurred**   07/20/2025

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

**3.** 11  **Nonpriority creditor's name and mailing address**

BST Linehaul
P.O. Box 1585
Lakeside, CA 92040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Hauling / Trucking

$ 17,400.00

**Date or dates debt was incurred**   03/24/2025

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

---

Debtor   Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)* 25-04421-CL7

---

**Part 2:**   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 12   **Nonpriority creditor's name and mailing address**

Buckets 4 Rent
P.O. Box 55275
Riverside, CA 92517

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 3,696.00

Date or dates debt was incurred   06/11/2024

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 13   **Nonpriority creditor's name and mailing address**

C5 Equipment Rental
21921 Alessandro Boulevard
Moreno Valley, CA 92553

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 34,645.28

Date or dates debt was incurred   06/19/2025

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 14   **Nonpriority creditor's name and mailing address**

Cal-Savers
P.O. Box 55759
Boston, MA 02205-5759

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Employee Savings Plan - California

$ 15,000.00

Date or dates debt was incurred   04/25/2025

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 15   **Nonpriority creditor's name and mailing address**

California Apprenticeship Council
P.O. Box 511283
Los Angeles, CA 90051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Training Fees (SANDAG)

$ 2,762.00

Date or dates debt was incurred   01/31/2025

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 16   **Nonpriority creditor's name and mailing address**

California Disbursement Unit
PO Box 989067
West Sacramento , CA 95798

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Child Support (Employees)

$ Unknown

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Mountain Movers Engineering Contractors, Inc.
      Name

Case number *(if known)* 25-04421-CL7

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

California Tree Service, Inc
P.O. Box 2019
San Marcos, CA 92079

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 15,248.10**

Basis for the claim:  Tree Service

Date or dates debt was incurred    05/22/2024

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Canon Solutions America
15004 Collections Center Drive
Chicago, IL 60093

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 848.00**

Basis for the claim:  Copier

Date or dates debt was incurred    06/19/2024

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Cash Equipment Inc
17540 La Sierra Ave
Riverside, CA 92503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 2,894.25**

Basis for the claim:  Equipment Rental

Date or dates debt was incurred    04/09/2025

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Caterpillar Access Account
P.O. Box 905299
Charlotte, NC 28290

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 43,379.00**

Basis for the claim:  Equipment Parts

Date or dates debt was incurred    07/25/2019

Last 4 digits of account number    9225

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Certified Laboratories
23261 Network Place
Chicago, IL 60673

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$ 1,334.35**

Basis for the claim:  Oil and Grease

Date or dates debt was incurred    12/03/2024

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)* 25-04421-CL7

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.22** Nonpriority creditor's name and mailing address

Champ Equipment Corp.
P.O. Box 7233
Norco, CA 92860

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 1,048.75

Date or dates debt was incurred    08/13/2025

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address

Collinsworth Construction Inc
P.O. Box 1286
Yucaipa, CA 92399

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Street Sweeping

$ 3,925.00

Date or dates debt was incurred    03/31/2025

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address

Construction Notice Service
9520 Padgett Street
Suite 208
San Diego, CA 92126

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lien Notice Service

$ 414.68

Date or dates debt was incurred    04/30/2025

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address

Court Ordered Debt Collections
P.O. Box 1328
Rancho Cordova, CA 95741

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Child Support (Employees)

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address

Crimson Marie Company (Sarah Thacker)
P.O. Box 291723
Phelan, CA 92329

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Concrete Ditches

$ 56,011.14

Date or dates debt was incurred    03/31/2025

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Mountain Movers Engineering Contractors, Inc.

Name    Case number (if known) 25-04421-CL7

**Part 2:** | **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**

D.L.S. OTR Service, Inc.
9036 Mission Blvd.
Jarupa Valley, CA 92509

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 10,248.84

Date or dates debt was incurred    07/21/2022

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28** | **Nonpriority creditor's name and mailing address**

De Lage Landen Financial Services
(Lease Direct)
P.O. Box 825736
Philadelphia, PA 19182

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned / Advanced

$ 113,367.50

Date or dates debt was incurred    07/15/2023

Last 4 digits of account number    6775

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.29** | **Nonpriority creditor's name and mailing address**

DF Trucking LLC
6494 Mitchell Ave
Riverside, CA 92505

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 61,050.79

Date or dates debt was incurred    04/19/2024

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30** | **Nonpriority creditor's name and mailing address**

Dirt Patrol
P.O. Box 1095
Wildomar, CA 92595

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

$ 518.82

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.31** | **Nonpriority creditor's name and mailing address**

Dirtprep Solutions, LP.
7108 Katella Ave #403
Stanton, CA 90680

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 1,210.18

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Mountain Movers Engineering Contractors, Inc.**
Name

Case number *(if known)* 25-04421-CL7

---

**Part 2:** Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 32 **Nonpriority creditor's name and mailing address**

Dispatch Trucking, Inc.
14032 Santa Ana Avenue
Fontana, CA 92337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trucking (Equipment Hauling)

$ 5,400.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.** 33 **Nonpriority creditor's name and mailing address**

Doug's Filter Service
1920 West Mission Road
Escondido, CA 92029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ 1,769.61

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 03/06/2025

Last 4 digits of account number 1511

---

**3.** 34 **Nonpriority creditor's name and mailing address**

ECCO Equipment Corporation
1417 North Susan Street
Santa Ana, CA 92703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 7,309.63

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 05/01/2022

Last 4 digits of account number _____

---

**3.** 35 **Nonpriority creditor's name and mailing address**

Eli Njaa
160 Parnassus Circle
Oceanside, CA 92054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Loan

$ 256,884.64

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 01/16/2024

Last 4 digits of account number _____

---

**3.** 36 **Nonpriority creditor's name and mailing address**

EquipmentShare, Inc.
P.O. Box 650429
Dallas, TX 72565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 12,410.92

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred 05/03/2024

Last 4 digits of account number 1125

---

Debtor    Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)*   25-04421-CL7

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 37   Nonpriority creditor's name and mailing address

F E Simmer Inc.
P.O. Box 89158
Temecula, CA 92589

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 3,490.00

Date or dates debt was incurred   05/01/2025

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 38   Nonpriority creditor's name and mailing address

Fallbrook Oil
1208 South Main Street
Fallbrook, CA 92028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Credit Card Debt

$ 13,288.26

Date or dates debt was incurred   03/15/2023

Last 4 digits of account number   4475

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 39   Nonpriority creditor's name and mailing address

First Western Equipment Finance
100 Prairie Center Drive
Eden Prairie, MN 55344

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit

$ Unknown

Date or dates debt was incurred   11/07/2023

Last 4 digits of account number   4303

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 40   Nonpriority creditor's name and mailing address

Franchise Tax Board, State of California
Bankruptcy Section NS A340
P.O. Box 2952
Sacramento, CA 95812-2952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Corporate Tax

$ 925.67

Date or dates debt was incurred   07/12/2024

Last 4 digits of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 41   Nonpriority creditor's name and mailing address

Free Builders Supply
1530 Linda Vista Drive
San Marcos, CA 92078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

$ 8,969.85

Date or dates debt was incurred   01/22/2024

Last 4 digits of account number   0595

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number *(if known)*  25-04421-CL7

| **Part 2:** | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.42**  **Nonpriority creditor's name and mailing address**

Frontier Communications
P.O. Box 60553
Oaklahoma City, OK 73146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

$ 2,534.29

Date or dates debt was incurred   02/24/2025

Last 4 digits of account number   3124

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43**  **Nonpriority creditor's name and mailing address**

G.O. Rodriguez Trucking, Inc.
PO Box 2211
Irwindale, CA 91706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

$ 5,311.47

Date or dates debt was incurred   09/01/2023

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44**  **Nonpriority creditor's name and mailing address**

GB Equipment, LLC
540 Enterprise Street
Escondido, CA 92029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 67,234.24

Date or dates debt was incurred   12/23/2024

Last 4 digits of account number   1292

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45**  **Nonpriority creditor's name and mailing address**

Genesis Wrecking Inc.
3833 Schaefer Ave
Chino, CA 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Demolition

$ 38,470.00

Date or dates debt was incurred   04/01/2025

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46**  **Nonpriority creditor's name and mailing address**

Gothic Landscape Construction
3110 Myers Street
Riverside, CA 92503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lanscaping

$ 220,290.63

Date or dates debt was incurred   04/30/2025

Last 4 digits of account number   _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number (*if known*)  25-04421-CL7
_____

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.** **47** **Nonpriority creditor's name and mailing address**

Hamann Construction
1000 Pioneer Way
El Cajon, CA 92020

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

$ 70,955.02

**Date or dates debt was incurred**  04/01/2025

**Last 4 digits of account number**  ____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **48** **Nonpriority creditor's name and mailing address**

HD Supply / White Cap Construction
PO Box 6040
Cypress, CA 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Materials

$ 14,670.90

**Date or dates debt was incurred**  04/23/2024

**Last 4 digits of account number**  5688

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **49** **Nonpriority creditor's name and mailing address**

Herc Rentals Inc.
PO Box 936257
Atlanta, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Rentals

$ 38,749.15

**Date or dates debt was incurred**  08/12/2024

**Last 4 digits of account number**  9617

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **50** **Nonpriority creditor's name and mailing address**

ICW Group
11455 El Camino Real
San Diego, CA 92130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Workers Comp Insurance

$ 36,105.41

**Date or dates debt was incurred**  ____

**Last 4 digits of account number**  05/0

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** **51** **Nonpriority creditor's name and mailing address**

Imperial Sprinkler & Supply
PO Box 741381
Los Angeles, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplies

$ 11,575.26

**Date or dates debt was incurred**  07/14/2023

**Last 4 digits of account number**  2630

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)*   25-04421-CL7

---

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 52   **Nonpriority creditor's name and mailing address**

James C Stevens Attorney at Law
402 W Broadway Suite 400
San Diego , CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

$ 1,665.00

---

**3.** 53   **Nonpriority creditor's name and mailing address**

Jeb Sand and Gravel
5323 Camino Jasmine
Bonsall, CA 92003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

**Date or dates debt was incurred** 03/31/2023

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 31,625.61

---

**3.** 54   **Nonpriority creditor's name and mailing address**

KVL Tires
160 Industrial Street
San Marcos, CA 92078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tire

**Date or dates debt was incurred** 08/16/2023

**Last 4 digits of account number** 0303

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 11,213.49

---

**3.** 55   **Nonpriority creditor's name and mailing address**

L.A. Commercial Group, Inc.
1111 N Brand Blvd.
Suite 401
Glendale, CA 91202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Judgment

**Date or dates debt was incurred** 09/11/2025

**Last 4 digits of account number** 225CL034580N

**Is the claim subject to offset?**
☐ No
☑ Yes

$ 18,827.70

---

**3.** 56   **Nonpriority creditor's name and mailing address**

Leaf Capital Funding
PO Box 644006
Cincinnati, OH 45264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Copier Lease

**Date or dates debt was incurred** 06/15/2024

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 468.63

---

Debtor    Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number (if known) 25-04421-CL7
_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

LJ Sierra, Inc.
PO Box 5624
Oceanside, CA 92052

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trucking

$ 182,017.36

Date or dates debt was incurred    05/13/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.58** Nonpriority creditor's name and mailing address

McLaughlin Legal
5151 Shoreham Place
San Diego, CA 92122

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal

$ 16,984.16

Date or dates debt was incurred    08/31/2024

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.59** Nonpriority creditor's name and mailing address

Merit Oil Company
PO Box 341
Bloomington, CA 92316

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Fuel

$ 3,949.49

Date or dates debt was incurred    04/01/2025

Last 4 digits of account number    1090

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.60** Nonpriority creditor's name and mailing address

Michael Parizo
28728 Chaucer Drive
Menifee, CA 92584

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: EMPLOYEE Unpaid Vacation 120 Hrs

$ Unknown

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.61** Nonpriority creditor's name and mailing address

National Claim Services
PO Box 500698
Atlanta, GA 31150

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Property Damage Deductible

$ 10,000.00

Date or dates debt was incurred    05/18/2023

Last 4 digits of account number    5114

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor  Mountain Movers Engineering Contractors, Inc.    Case number (*if known*)  25-04421-CL7
 _____
 Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.** 62  **Nonpriority creditor's name and mailing address**

On Grade V-Ditch Excavating, Inc.
16286 Pine Avenue
Fontana, CA 92335

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

$ 36,998.80

Date or dates debt was incurred  01/31/2025

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 63  **Nonpriority creditor's name and mailing address**

Operating Engineers Trust Fund
P.O. Box 7063
Pasadena, CA 91109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Union Dues

$ 13,770.14

Date or dates debt was incurred  09/04/2025

Last 4 digits of account number  6297

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 64  **Nonpriority creditor's name and mailing address**

Oscar Salas
29919 Calle Tomas
Menifee, CA 92586

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE Unpaid Vacation 64 hrs

$ Unknown

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 65  **Nonpriority creditor's name and mailing address**

Otay Land Field (Republic Services)
8541 Mast Blvd
Santee , CA 92071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 12,261.00

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 66  **Nonpriority creditor's name and mailing address**

P-Fleet
6390 Greenwich Drive
Ste 200
San Diego, CA 92122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Fuel

$ 37,667.61

Date or dates debt was incurred  07/31/2025

Last 4 digits of account number  8056

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor      Mountain Movers Engineering Contractors, Inc.
_____
            Name
                                                    Case number (*if known*)  25-04421-CL7
                                                    _____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3. 67**    **Nonpriority creditor's name and mailing address**

Pavestone LLC
5 Concourse Parkway, Suite 1900
Suite 1900
Atlanta, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit

$ 16,062.82

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number  25CL014147N

---

**3. 68**    **Nonpriority creditor's name and mailing address**

PDQ Rentals
1110 W Washington Ave
San Marcos, CA 92069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 163,859.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  09/10/2025
Last 4 digits of account number  8423

---

**3. 69**    **Nonpriority creditor's name and mailing address**

Platinum Enterprises
2970 Myers Street
Riverside, CA 92503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 8,158.50

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  07/22/2025
Last 4 digits of account number _____

---

**3. 70**    **Nonpriority creditor's name and mailing address**

Porter Rents, LLC
13013 Temescal Canyon Road
Corona, CA 92883

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 11,964.70

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  05/08/2024
Last 4 digits of account number  8430

---

**3. 71**    **Nonpriority creditor's name and mailing address**

Procore Technologies, Inc
PO Box 201212
Dallas, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Software

$ 10,477.42

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred  07/15/2025
Last 4 digits of account number _____

Debtor   Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)*   25-04421-CL7

---

**Part 2:**   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.72** Nonpriority creditor's name and mailing address

RDO Equipment Company
PO Box 7160
Fargo , ND 58106

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment

Date or dates debt was incurred   07/02/2025

Last 4 digits of account number   9013

Is the claim subject to offset?
☑ No
☐ Yes

$ 47,459.53

---

**3.73** Nonpriority creditor's name and mailing address

Richard Lopez Construction
232 East Grand Blvd
Coronna, CA 92879

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Equipment

Date or dates debt was incurred   12/31/2024

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 104,295.14

---

**3.74** Nonpriority creditor's name and mailing address

Riverside Express
P.O. Box 1515
Corona, CA 92878

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Toll Roads

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

---

**3.75** Nonpriority creditor's name and mailing address

Robertson's
PO Box 3600
Corona, CA 92878

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Concrete

Date or dates debt was incurred   08/07/2025

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$ 8,235.08

---

**3.76** Nonpriority creditor's name and mailing address

San Diego County Construction Laborers Trust Fund
P.O. Box 51838
Los Angeles, CA 90051

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Union Fees

Date or dates debt was incurred   02/01/2025

Last 4 digits of account number   6808

Is the claim subject to offset?
☑ No
☐ Yes

$ 9,000.00

---

Debtor    Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)*    25-04421-CL7

---

**Part 2:**   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.** 77   **Nonpriority creditor's name and mailing address**

Sandco Insurance Agency
5155 West Rosecrans Ave
#205
Hawthorne, CA 90250

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

$ 23,083.90

Date or dates debt was incurred    06/02/2023

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 78   **Nonpriority creditor's name and mailing address**

Savala Equipment Company, Inc.
16402 Construction Circle East
Irvine, CA 92606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 16,597.80

Date or dates debt was incurred    11/01/2024

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 79   **Nonpriority creditor's name and mailing address**

Scott Citlau
7461 WIndrose Drive
Highland, CA 92346

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** EMPLOYEE Unpaid Vacation 80 hrs

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 80   **Nonpriority creditor's name and mailing address**

Screamin' Signs & Graphics, LLC
1710 Palmyrite Ave
Ste 15
Riverside, CA 92507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Uniform

$ 119.63

Date or dates debt was incurred    07/09/2025

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.** 81   **Nonpriority creditor's name and mailing address**

South Bay Expressway (the 125 Toll Road)(Sandag Customer Service Center)
1129 La Media Road
San Diego, CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll Roads

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Mountain Movers Engineering Contractors, Inc.
        _____
        Name

Case number *(if known)* 25-04421-CL7

---

**Part 2:**  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.82**  Nonpriority creditor's name and mailing address

Spotlink
4669 Murphy Canyon Rd
Ste 21
San Diego, CA 92123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: IT Services

$ 600.00

Date or dates debt was incurred  04/30/2024

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.83**  Nonpriority creditor's name and mailing address

Team Sweep
387 Magnolia Ave
Corona, CA 92879

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Street Sweeping

$ 33,918.00

Date or dates debt was incurred  04/09/2025

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.84**  Nonpriority creditor's name and mailing address

Tencate Geosynthetics N.A.
PO Box 100288
Atlanta, GA 30384

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Materials

$ 25,240.62

Date or dates debt was incurred  06/13/2024

Last 4 digits of account number  3426

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.85**  Nonpriority creditor's name and mailing address

Terra Mapping Solutions
1762 Big Boulder Court
Reno, NV 89521

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Site Model

$ 6,662.50

Date or dates debt was incurred  02/21/2025

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.86**  Nonpriority creditor's name and mailing address

The Construction Pros Corp
12646 10th Street
Yucaipa, CA 92399

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trucking (Equipment Hauling)

$ 6,102.50

Date or dates debt was incurred  06/03/2025

Last 4 digits of account number  _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor     Mountain Movers Engineering Contractors, Inc.

Name     Case number (*if known*)   25-04421-CL7

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87**   **Nonpriority creditor's name and mailing address**

The Toll Roads
PO Box 57011
Irvine, CA 92619

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Toll Roads

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.88**   **Nonpriority creditor's name and mailing address**

Tierrag Inc.
PO Box 8635
Redlands, CA 92375

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trucking

$ 147,999.00

Date or dates debt was incurred   05/22/2024

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.89**   **Nonpriority creditor's name and mailing address**

Tonka Tractor Rentals, Inc.
5256 South Mission Road
Ste 703-002
Bonsall, CA 92003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Rental

$ 345,700.00

Date or dates debt was incurred   10/22/2024

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.90**   **Nonpriority creditor's name and mailing address**

Traut Petroleum, Inc.
1208 South Main Ave.
Fallbrook, CA 92028

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number   25CL037331N

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.91**   **Nonpriority creditor's name and mailing address**

Travis Tidwell Settlement (Wilshire Law Firm)
660 S. Figueroa St.
Sky Lobby
Los Angeles, CA 90017

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Court Ordered Settlement

$ 20,000.00

Date or dates debt was incurred   05/13/2025

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    Mountain Movers Engineering Contractors, Inc.
_____
Name

Case number *(if known)* 25-04421-CL7
_____

| **Part 2:** | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.92** Nonpriority creditor's name and mailing address

TRB Equipment Company
2128 Oak Canyon Lane
Chino Hills, CA 91709

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Repair

$ 725.00

Date or dates debt was incurred  01/01/2025

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.93** Nonpriority creditor's name and mailing address

Trinity Equipment Inc.
9650 South La Cadena Drive
Colton, CA 92324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 76,754.15

Date or dates debt was incurred  06/13/2023

Last 4 digits of account number  1715

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** Nonpriority creditor's name and mailing address

TWP Inc
4675 Wade Ave
Peris, CA 92571

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

$ 5,401.01

Date or dates debt was incurred  04/21/2025

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** Nonpriority creditor's name and mailing address

United Rentals
1301 South State College Blvd
Fullerton, CA 92831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment

$ 11,708.08

Date or dates debt was incurred  08/18/2024

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96** Nonpriority creditor's name and mailing address

Upland Specialty Insurance Company
5050 Quorum Drive
Suite 700-#473
Dallas, TX 75254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Claim Deductible

$ 5,000.00

Date or dates debt was incurred  07/30/2024

Last 4 digits of account number  _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor _____Mountain Movers Engineering Contractors, Inc._____
　　　　　　　Name

Case number (if known) __25-04421-CL7__

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.97** **Nonpriority creditor's name and mailing address**

VanderSpek Howerzyl, CPAS
350 West 5th Avenue
Escondido, CA 92025

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting

$ 5,885.00

Date or dates debt was incurred ___04/30/2025___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98** **Nonpriority creditor's name and mailing address**

Vaughan Trucking LLC
38725 Avenida Bonita
Murrieta, CA 92562

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trucking

$ 10,668.40

Date or dates debt was incurred ___09/19/2023___

Last 4 digits of account number ___1995___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99** **Nonpriority creditor's name and mailing address**

Vista Irrigation District
1391 Engineer Street
Vista, CA 92081

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Water Service

$ 2,142.00

Date or dates debt was incurred ___07/01/2025___

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.100** **Nonpriority creditor's name and mailing address**

Warrior Machinery LLC
2353 S Cactus AVE
Bloomington, CA 92316

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___0642___

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.101** **Nonpriority creditor's name and mailing address**

West Coast Sand & Gravel, Inc.
PO Box 5067
Buena Park, CA 90622

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Materials

$ 8,549.00

Date or dates debt was incurred ___07/10/2023___

Last 4 digits of account number ___4928___

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Mountain Movers Engineering Contractors, Inc.

Name

Case number *(if known)* 25-04421-CL7

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.** 102    **Nonpriority creditor's name and mailing address**

Workwise Compliance
PO Box 5750
Carol Stream, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Compliance

**Date or dates debt was incurred**    04/04/2025
**Last 4 digits of account number**    2457

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 909.29

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

---

**3.** ____    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor **Mountain Movers Engineering Contractors, Inc.**

Name

Case number *(if known)* **25-04421-CL7**

| Part 3: | List Others to Be Notified About Unsecured Claims |

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **CORRECTED** 4.1. Douglas B. Vanderpool<br>330 Main Street<br>Suite 203B<br>Seal Beach, CA, 90740 | Line 3.100<br>☐ Not listed. Explain: | _____ |
| **CORRECTED** 4.2. Gurstel Law Firm PC<br>3914 Murphy Canyon<br>Suite A125<br>San Diego, CA, 92123 | Line 3.67<br>☐ Not listed. Explain | 147N |
| **CORRECTED** 4.3. Ian Rodriguez<br>40043 Gibraltar Dr.<br>Murrieta, CA, 95262-5830 | Line 3.44<br>☐ Not listed. Explain | 709N |
| **CORRECTED** 4.4. Internal Revenue Service; Special Procedures Branch<br>880 Front Street<br>Room 3269<br>San Diego, CA 92101-8869 | Line 2.2<br>☐ Not listed. Explain | _____ |
| **CORRECTED** 41. Marks & Pinto, LLP<br>2240 5th Ave, San Diego, CA 92101-2104<br>San Diego, CA, 92101-2104 | Line 3.26<br>☐ Not listed. Explain | 992N |
| **CORRECTED** 4.5. NACM Commercial Services<br>814 Morena Blvd.,<br>Suite 304<br>San Diego, CA, 92110 | Line 3.41<br>☐ Not listed. Explain | 0595 |
| **CORRECTED** 4.6. Rentto & Rentto, PLC<br>3517 Camino Del Rio South<br>Suite 412<br>San Diego, CA, 92108-4046 | Line 3.90<br>☐ Not listed. Explain | 331N |
| **CORRECTED** 4.7. Wright Law Group<br>1110 North Virgil Ave.<br>Suite 9003<br>Los Angeles, CA, 90029 | Line 3.39<br>☐ Not listed. Explain | -CJC |
| 4.8. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | Line ____<br>☐ Not listed. Explain | _____ |

**AMENDED**

Debtor  Mountain Movers Engineering Contractors, Inc.  Case number *(if known)* 25-04421-CL7
_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 1,232,597.12 |
| **CORRECTED** 5b. **Total claims from Part 2** | 5b. **+** | $ | 2,900,258.14 |
| **CORRECTED** 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 4,132,855.26 |

**AMENDED**