CSD 1162 [12/01/25]

Name, Address, Telephone No. & I.D. No.
GARRY MASTERSON (SBN 297208)
Weltman, Weinberg & Reis Co., L.P.A.
5990 West Creek Dr, Independence, OH 44131
Telephone: (216) 672-6984 / Facsimile: (216) 739-5680
BnkEcf-CA@weltman.com - WWR# 042003277

Order Entered on
January 14, 2026
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

| In Re<br>Mountain Movers Engineering Contractors, Inc.<br>Debtor(s) | BANKRUPTCY NO. 25-04421-CL7 |
|---|---|
| First Citizens Bank & Trust Company<br>Moving Party | RS NO. GAL-002 |
| Mountain Movers Engineering Contractors, Inc., Debtor,<br>and Christopher R. Barclay, Trustee<br>Respondent(s) | |

**ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY**
☐ **REAL PROPERTY**   ☑ **PERSONAL PROPERTY**

The court orders as set forth on the continuation pages attached and numbered __1__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion Docket Entry No. __52__

//
//
//
//

DATED: January 14, 2026

_____
Judge, United States Bankruptcy Court

CSD 1162 [12/01/25]

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Mountain Movers Engineering Contractors, Inc.　　　CASE NO: 25-04421-CL7
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　RS NO.: GAL-002

The Motion of  First Citizens Bank & Trust Company  ("Movant"),

for relief from the automatic stay having been filed with the above-entitled court on  12/19/2025 , and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto

as Exhibit A OR Notice Docket Entry  53 , if filed electronically), the Motion, and accompanying Declarations

having been served upon parties named below on  12/19/2025 , and

- [x] Debtor *(Name)*: Mountain Movers Engineering Contractors, Inc.
- [x] Debtor's Attorney *(Name)*: Martin A. Eliopulos
- [x] Trustee *(Name)*: Christopher R. Barclay
- [x] United States Trustee (in Chapter 11 & 12 cases)
- [ ] Any successor, transferee, assignee or third-party purchaser at a foreclosure sale *(Name)*:
- [x] Others, if any *(Name)*: Brian A. Kretsch, Attorney for Trustee

No objection or Request for Hearing having been filed by or on behalf of the Debtor, **it is hereby ordered** as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. [ ] The following real property:
   a. Street address of the property including county and state:

   b. Legal description is  [ ] attached as Exhibit B or  [ ] described below:

2. [x] The following personal property as described [x] below or [ ] in Exhibit B attached:
   2021 Toyota Tundra SR5 4x2 Crew Cab Pickup, VIN No. 5TFRY5F1XMX279631

**It is further ordered** that *(Optional)*:
waiver of the 14-day stay pursuant to rule 4001(A)(4) is hereby granted.

Signed by Judge Christopher B. Latham January 14, 2026

United States Bankruptcy Court
Southern District of California

In re:                                                    Case No. 25-04421-CL

Mountain Movers Engineering Contractors,                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                              User: Admin.                                          Page 1 of 2

Date Rcvd: Jan 14, 2026                      Form ID: pdfO1                             Total Noticed: 4

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mountain Movers Engineering Contractors, Inc., P.O. Box 962, San Marcos, CA 92079, UNITED STATES 92079-0962 |
| aty | + Ian Rodriguez, 540 Enterprise St., Escondido, CA 92029-1243 |
| cr | Commercial Credit Group Inc, c/o Wright Law Group, PLLC, 1110 N Virgil Ave PMB 90003 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: BKRMailOps@weltman.com | Jan 14 2026 23:28:00 | First Citizens Bank & Trust Company, c/o Weltman, Weinberg & Reis Co, L.P.A., 5990 West Creek Rd, Suite 200, Independence, OH 44131, UNITED STATES 44131-2191 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2026                            Signature:             /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A. Kretsch | on behalf of Trustee Christopher R. Barclay brikretsch@sbcglobal.net BAKretschCalifornia@jubileebk.net |
| Christopher Beyer | on behalf of Creditor Commercial Credit Group Inc cab@replevin.com ecf@writofseizure.com |

| Name | Details |
|---|---|
| Christopher R. Barclay | admin@crb7trustee.com mlcunanan@crb7trustee.com;QCRBARCLAY2@ecf.axosfs.com |
| Garry Masterson | on behalf of Creditor First Citizens Bank & Trust Company BnkEcf-CA@weltman.com gmasterson@weltman.com |
| Martin A. Eliopulos | on behalf of Debtor Mountain Movers Engineering Contractors Inc. elio@higgslaw.com, begaym@higgslaw.com |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 6