ALEXANDER B. CVITAN (SBN 81746),
Email: alc@rac-law.com
AARON G. LAWRENCE (SBN 258113) of
E-mail: AaronL@rac-law.com
REICH, ADELL & CVITAN, A Professional Law Corporation
330 Brand Boulevard, Suite 250
Glendale, California 91203
Telephone: (213) 386-3860, Facsimile: (2l3) 386-5583

Attorneys for Creditor Construction Laborers Trust Funds for
Southern California Administrative Company

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| IN RE: | CASE NO.: 25-04421-CL7 |
|---|---|
| | CHAPTER 7 |
| MOUNTAIN MOVERS ENGINEERING CONTRACTORS, INC., | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |
| Debtor. | |

Pursuant to Bankruptcy Rule 2002, 3017(a), 9010(b), and 9013 Reich, Adell & Cvitan, a Professional Law Corporation by Aaron G. Lawrence, appear as attorneys for creditor, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, apparently erroneously identified (including by incorrect address) in the Debtor's bankruptcy filings as "San Diego Construction Laborers Trust Fund." This Creditor further requests that all notices given, and all pleadings, motions, orders and other documents

1

served, in the above-captioned case be given and served to:

Aaron G. Lawrence of
REICH, ADELL & CVITAN
A Professional Law Corporation
330 N. Brand Blvd., Suite 250
Glendale, California 91203
Telephone: (213)386-3860: Fax: (213)386-5583
E-mail: AaronL@rac-law.com


Respectfully Submitted,

Dated: January 26, 2026

REICH, ADELL & CVITAN
A Professional Law Corporation


By: /s/ Aaron G. Lawrence
Aaron G. Lawrence
Attorney for Creditor
Construction Laborers Trust Funds
For Southern California Administrative
Company

602058.1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 330 N. Brand Boulevard, Suite 330, Glendale, CA 91203

A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **1/26/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| *Debtor* <br> **Mountain Movers Engineering Contractors, Inc.** <br> P.O. Box 962 <br> San Marcos, CA 92079 <br> SAN DIEGO-CA <br> United States <br> Tax ID / EIN: 20-8261715 | represented by <br> **Martin A. Eliopulos** <br> Higgs, Fletcher & Mack LLP <br> 401 West A Street, Suite 2600 <br> San Diego, CA 92101 <br> (619) 236-1551 <br> Fax: (619) 696-1410 <br> Email: elio@higgslaw.com |
| *Trustee* <br> **Christopher R. Barclay** <br> P.O. Box 2819 <br> La Mesa, CA 91943-2819 <br> 619-255-1529 | represented by <br> **Brian A. Kretsch** <br> Law Office of Brian A. Kretsch <br> 810 Jamacha Road <br> Suite 202 <br> El Cajon, CA 92019 <br> 619-696-6629 <br> Email: brikretsch@sbcglobal.net |

[X] Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 1/26/2026 | Mary Ann Chua | *signature* |
| *Date* | *Printed Name* | *Signature* |

# ATTACHMENT

| | |
|---|---|
| ***United States Trustee***<br>**United States Trustee**<br>Office of the U.S. Trustee<br>880 Front Street<br>Suite 3230<br>San Diego, CA 92101<br>619-557-5013 | |
| Garry Masterson, Esq.<br>Weltman, Weinberg & Reis Co., L.P.A.<br>5990 West Creek Road, Suite 200<br>Independence, OH 44131<br>Telephone: (216) 672-6984<br>Facsimile: (216) 739-5680<br>Email: BnkEcf-CA@weltman.com<br>Attorney for Creditor<br>First Citizens Bank & Trust Company | |
| Christopher Beyer<br>WRIGHT LAW GROUP, PLLC<br>1110 N Virgil Ave PMB 90003<br>Los Angeles, CA  90029<br>Tel.: 310-256-2519<br>E-mail: cab@replevin.com<br>Attorneys for Creditor<br>Commercial Credit Group Inc. | |